**TRESPASS WARNING**
**GULFPORT POLICE DEPARTMENT**
2401 53rd Street South
Gulfport, Florida 33707

Report# 620-20516  Date 9/04/20

Issued To: JESSE LEE

Race I  Sex M  DOB 3/26/83

DL/ID# L000-420-83-106-0  State FL

Address: 5621 TANGERINE AVE. S.

City Gulfport  State FL

**KIND OR NAME OF ESTABLISHMENT:**

Gulfport City Hall

Address 2401 53rd ST S
Gulfport, Florida 33707

**NOTICE TO RECIPIENT**
**VIOLATION OF THIS NOTICE MAY**
**RESULT IN YOUR ARREST**

Issued By:

Per City Manager

Address: 2401 53rd ST.

City Gulfport  State FL

Expiration: INDEFINITE

Cancellation By: _____

Date: _____  Time: _____

Officer E. Pop #622/9271

Filing Name: LEE, JESSE (Last, First)

Middle Initial

EXHIBIT 2
LEE V GULFPORT