# TRESPASS WARNING
## GULFPORT POLICE DEPARTMENT
2401 53rd Street South
Gulfport, Florida 33707

Report# GP21-16744   Date 09/14/21

Issued To: Jesse Lee

Race Ind   Sex M   DOB 03/26/83

DL/ID# L-000-420-83-106   State FL

Address: 5621 Tangerine Ave S

City Gulfport   State FL

### KIND OR NAME OF ESTABLISHMENT:

Building Department (City of Gulfport)

Address 5330 23rd Ave S
Gulfport, Florida 33707

### NOTICE TO RECIPIENT
### VIOLATION OF THIS NOTICE MAY RESULT IN YOUR ARREST

Issued By: Jim O'Reilly  City Manager

Address: 2401 53rd St S.

City Gulfport   State FL

Expiration: Never

Cancellation By: _____

Date: _____   Time: _____

Officer GRIMES

EXHIBIT 3
LEE V GULFPORT