GULFPORT POLICE DEPARTMENT                                          WRITTEN DIRECTIVE 406

| Title: Trespassing Warnings ||||| 
|---|---|---|---|---|
| Date of Issue | Effective Date | Distribution | Amends/Rescinds | Review |
| 01/05/2022 | 01/05/2022 | B | NEW | 01/05/2025 |
| C.F.A. Standards: NA || References: FSS 810.08, 810.09, 810.097, 810.11 |||
| 406.01: Purpose<br>406.02: Definitions<br>406.03: Documenting the Trespass Warning<br>406.04: Trespass After Warning on School Property || 406.05: Investigations and Arrests for Trespassing After Warning<br>406.06: Duration of Warning<br>406.07: Trespass from Public Buildings or Property<br>406.08: Appeal |||

**Policy:**
It is the policy of the City of Gulfport to maintain an environment which is open and accessible to the public. However, when an individual's actions are deemed to be harmful and/or disruptive to a reasonable person involved in government operations and/or its individual members; where the individual's actions are harmful, disruptive, and/or contrary to City of Gulfport policies, rules or regulations; or where the individual's actions are contrary to law, a trespass warning may be given to that individual to maintain an environment free of those disruptive, harmful, and/or unlawful influences. Denying a person access to and use of City facilities, conveyances, property and equipment is a matter which the City of Gulfport does not take without due consideration. The objective of this policy is to establish controls and methods to be followed in issuing a trespass warning to a person on City of Gulfport property. This policy also outlines an appeal process whereby a person may apply to have a trespass warning withdrawn in order to be able to again have access to City provided programs, facilities and services.

**406.01 Purpose:** This directive applies to all City of Gulfport personnel and establishes policy and procedures for the enforcement of Florida Statutes relating to trespassing and to provide guidelines for the issuance of a written trespass warning.

**406.02: Definitions** – 810.11, F.S. defines structure and conveyance as follows:

a. *"Structure"*: *means a building of any kind, either temporary or permanent, which has a roof over it, together with the curtilage thereof..."*

b. *"Conveyance"*: *means any motor vehicle, ship, vessel, railroad vehicle or car, trailer, aircraft, or sleeping car..."*

c. *810.08, F.S. "Trespass in a Structure or Conveyance - Whoever, without being authorized, licensed, or invited, willfully enters or remains in any structure or conveyance, or, having been authorized, licensed, or invited, is warned by the owner or lessee of the premises, or by a person authorized by the owner or lessee, to depart and refuses to do so, commits the offense of trespass in a structure or conveyance."*

1

EXHIBIT 4
LEE V GULFPORT

**GULFPORT POLICE DEPARTMENT**                                **WRITTEN DIRECTIVE 406**

d. *810.09, F.S. "Trespass on Property Other Than a Structure or Conveyance - A person who, without being authorized, licensed, or invited, willfully enters upon or remains in any property other than a structure or conveyance..."*

e. *"Authorized Personnel": shall mean those persons with the authority granted by this directive, acting in their official capacity, to petition a Law Enforcement Officer to issue a Trespass Warning. For the purpose of issuing a permanent trespass warning from public property, only the department director with immediate control over the public property in questions shall be authorized to issue such a warning.*

f. *"Public Property": Public Property shall mean property owned, leased, operated or managed by the City of Gulfport or one of its departments, including, but not limited to, structures, conveyances, parks, beach parks, public natural areas, public recreation areas, trails, playgrounds, streets, sidewalks, rights-of-way, libraries, docks, pavilions, parking lots, vacant lots, fenced land, posted land, easements, and other property generally used by the public.*

**406.03: Documenting the Trespass Warning:** The documented Trespass Warning will contain:

a. The trespassed subject's name
b. The name or address of the location the subject is trespassed from
c. The name of the person issuing the trespass and their authority to issue said trespass warning (Ex. Owner, Lessee, Manager)
d. The expiration date of the trespass warning
e. The officer serving the notice
f. The date the notice was served
g. The report number or log number if no report was taken.

**406.031:** A trespass warning will be entered into the ACISS Reporting System by the officer who delivers the warning to the trespassed subject. The officer will ensure the warning and associated address or location is attached to the subject's person page in ACISS. The trespass warning will be printed to a "pdf" version and attached to the person page in ACISS. Officers shall also remember to print a paper copy, which will be maintained in records, pursuant to section 406.05 (1)

**406.04: Trespass After Warning on School Property:** It is a common practice for the principal, SRO, or other authorized agent of a school to officially notify a subject not to trespass on the school's campus or property. These warnings not to trespass should be given in person or by certified mail.

a. Per 810.097, F.S., Trespass upon grounds or facilities of a school; penalties; arrest.

   1. Any person who:

**EXHIBIT 4
LEE V GULFPORT**

**GULFPORT POLICE DEPARTMENT**                                    **WRITTEN DIRECTIVE 406**

      i. Does not have legitimate business on the campus or any other authorization, license, or invitation to enter or remain on school property; or

      ii. Is a student currently under suspension or expulsion;

      iii. and who enters or remains upon the campus or any other facility owned by any such school commits a trespass upon the grounds of a school facility and is guilty of a misdemeanor of the second degree, punishable as provided in 775.082, F.S. or 775.083, F.S.

b. Any person who enters or remains upon the campus or other facility of a school after the principal of such school, or his or her designee, has directed such person to leave such campus or facility or not to enter upon the campus or facility, commits a trespass upon the grounds of a school facility and is guilty or a misdemeanor of the first degree punishable as provided in 755.082, F.S. or 775.083, F.S.

    2. During the course of normal school hours, orders to trespass a subject from school grounds should come directly from a school official or SRO.

    3. When an officer receives information that a valid warning has been given, the officer will enter the warning into the ACISS Reporting System as outlined above.

    4. Per F.S.S. 810.097(4), *"Any law enforcement officer may arrest either on or off the premises and without warrant any person the officer has probable cause for believing has committed the offense of trespass upon the grounds of a school facility."*

**406.05 Investigations and Arrests for Trespass After Warning:** When an officer locates a subject believed to be trespassing after a written warning has been issued, the officer shall do the following:

a. Determine if a previous trespass warning has been issued, by checking the ACISS persons page associated with that subject for a documented trespass warning.

    1. Written copies of trespass warnings served by the Gulfport Police Department will also be maintained in a file in the records division in the event that the ACISS records management system is unavailable for the purpose of verifying a trespass warning.

b. Before an officer makes an arrest for trespassing after warning, the officer should allow the suspect to explain his/her reasons for being there. If the suspect may have received authorization from the owner/lessee/agent to enter the property, the officer should contact the owner/lessee/agent to make this determination before making an arrest. If the officer is unable to contact the owner or lessee and some doubt exists as to whether or not the subject is actually trespassing, an arrest should not be made. The officer should complete an incident report and release the subject.

**EXHIBIT 4**
**LEE V GULFPORT**

GULFPORT POLICE DEPARTMENT                                          WRITTEN DIRECTIVE 406

c. Generally, a landlord does not have the right to deny entry to persons a tenant has invited to come onto his/her property. This also applies to the common areas of the premises. If the suspect has been issued a trespass warning in an apartment complex, the officer must verify with the complex manager that all leases contain a restriction that tenants do not have the right to invite onto the premises third persons who have been issued a trespass warning. In the absence of such a restriction, the tenant maintains the right to invite or permit such persons onto the property the tenant has leased, which may include common areas, as long as the person is accompanied by the tenant. Therefore, an officer should not make an arrest unless the officer has observed the suspect lingering about the common areas of the apartment complex unaccompanied by a tenant, or, the lease restricts tenants from inviting trespassed individuals.

d. An officer, who witnesses a suspect return to the same property without an invitation to do so, may arrest the suspect for trespassing after warning. If the warning was not witnessed by an officer, only a sworn complaint may be used.

e. When an arrest is made, the arresting officer shall, at a minimum, include the information in section 406.03 in the narrative of the arrest report.

**406.06 Duration of Warning:** Trespass warnings documented in accordance with this written directive shall be permanent unless a specific expiration date is requested by the issuing authority. The issuing authority may revoke a trespass warning at any time by contacting the police department. A log will be generated to document the request for removal and the responding officer will remove the trespass from the subject's person page in ACISS.

**406.07 Trespass from Public Buildings or Property:** When an individual's actions are deemed to be harmful and/or disruptive to a reasonable person involved in government operations and/or its individual members; where the individual's actions are harmful, disruptive, and/or contrary to City of Gulfport policies, rules or regulations; or where the individual's actions are contrary to law, a trespass warning may be given to that individual.

**406.071** A Law Enforcement Officer may deliver a Trespass Warning upon the request of authorized personnel after conducting an investigation and verifying the conditions enumerated in 406.07. Such investigation shall be documented in an incident report. For the purpose of this directive, only the Department Director with immediate control over the public property in questions shall be authorized to issue such a warning.

**406.072:** Trespass warnings issued by Department Directors from public buildings or property shall permanent unless a specified expiration date is requested by the issuing authority.

**.406.08 Appeal:** The trespassed individual may file an appeal with the City Manager's office to have the trespass warning repealed or amended. Upon notification by the City Manager's office of any changes regarding the status of a trespass warning, an officer will ensure that any relevant records and/or databases are appropriately updated.

4

# EXHIBIT 4
# LEE V GULFPORT

GULFPORT POLICE DEPARTMENT                                WRITTEN DIRECTIVE 406

Robert Vincent
Chief of Police

TRESPASS WARNING NOTICE
GULFPORT POLICE DEPARTMENT

ISSUED TO

Name:_____

5

# EXHIBIT 4
# LEE V GULFPORT

GULFPORT POLICE DEPARTMENT　　　　　　　　　　WRITTEN DIRECTIVE 406

NOTICE: This notice serves as lawful warning in accordance with 810.08 Florida Statutes that you are not permitted to be upon the property identified below. Violation of this notice may result in your arrest.

### LOCATION

Name of location: _____

Address: _____

### ISSUED BY

Name: _____

☐ OWNER　　☐ LESSEE　　☐ MANAGER

☐ OTHER (SPECIFY) _____

Expiration date: _____

### NOTICE SERVED

Officer name/ID#: _____

Date: _____ Report # _____

### APPEAL

Trespass warnings issued for public property may be appealed to the City Manager's office.

6

# EXHIBIT 4
# LEE V GULFPORT