On Thursday, April 27, 2023, Vincent, Robert <rvincent@mygulfport.us> wrote:

I have received intelligence indicating that either or both of you may be planning to make an appearance at this event. Please note that this is a private event open only to those who have been invited. Since neither of you have been invited, I am warning you that you are not welcome on the property. If you do come onto the property, you will be asked to leave. If you do not leave, you will be arrested for trespassing.

Likewise, if you harass any of the guests or create a public disturbance, you may be arrested for such conduct as well.

Please conduct yourselves accordingly.

Robert Vincent, M.A.

Chief of Police

Gulfport Police Department

727-893-1049

We Are Hiring!



Under Florida law, e-mails associated with government business may be public record.

If you do not want your e-mail address released in response to a public-records request,

do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

EXHIBIT 5
LEE V GULFPORT

EXHIBIT 5
LEE V GULFPORT