| | |
|---|---|
| From: | Frain, Denis |
| To: | Pinizotto, George; Fields, Tony |
| Subject: | FW: BCYC does not own / rent the docks, please explain why my boat repairman is not allowed to work on my boat |
| Date: | Tuesday, July 16, 2019 9:48:47 AM |
| Importance: | High |

**From:** City Manager, City of Gulfport, FL
**Sent:** Tuesday, July 16, 2019 9:23 AM
**To:** 'MARY CRAWFORD' <mcrwfdbsn@aol.com>; Henderson, Sam <shenderson@mygulfport.us>; Brown, Christine <cbrown@mygulfport.us>; Frain, Denis <dfrain@mygulfport.us>; jcrowson@mygulfport.com; Vincent, Robert <rvincent@mygulfport.us>
**Subject:** RE: BCYC does not own / rent the docks, please explain why my boat repairman is not allowed to work on my boat

Ms. Crawford,

For clarification purposes – ▓▓▓▓▓▓ on July 11, 2019 received a Trespass Warning on behalf of the City of Gulfport Municipal Marina.

==The City maintains a policy whereby supervisors of individual city facilities are empowered to issue trespass warnings whenever they have reason to believe an individual has caused or is likely to cause a disruption of services or put the safety of staff or the public at risk. In this case, the director of waterfront operations, Denis Frain, requested that police issue a trespass warning after observing conduct which he felt met that criteria.==

In response to Mr. Frain's request, Officer Dillard issued ▓▓▓▓▓▓ the notice of trespass warning. That notice means that he is not permitted to be within certain areas of the municipal marina, including the boat ramp, ship store, or any portion enclosed by a fence. If he is found within any of these areas, he may be charged with criminal trespassing.

Unfortunately, the uncompleted paid for work is a civil matter between yourself and ▓▓▓▓▓▓

Thank you,

James E. O'Reilly
City Manager
City of Gulfport
2401 53rd Street South
Gulfport, Florida 33707
(727) 893-1009

Under Florida law, e-mail addresses are public records. If you do not want

# EXHIBIT 1
# LEE V GULFPORT