# CIRCUIT/COUNTY COURT, PINELLAS COUNTY, FLORIDA
## CRIMINAL DIVISION

UCN:  
522020MO014077000APC - P

REF No.  
20-14077-MO - P

**STATE OF FLORIDA**

VS.

**JESSE LEE**  
PID: 311577144

# JUDGMENT & SENTENCE

The Defendant, being present in person, upon being caused to stand before the Court in the custody of the Sheriff, the Court pronounced the following Judgment, to wit:

You, having intelligently, understandingly, and advisedly **BEEN FOUND GUILTY BY THE COURT TRYING THE CASE WITHOUT A JURY OF** the offense of **OUTDOOR SALES WITHOUT PERMIT,** as contained in the Information or Complaint filed herein; and having now identified yourself to the Court as the Defendant named herein; and saying nothing in bar or preclusion why the Judgment and Sentence of the law should not now be pronounced against you, the Court hereby adjudges you to be guilty of the above charge(s).

IT IS THE SENTENCE OF THE LAW AND THE ORDER OF THIS COURT that you, for the said offense now stand convicted

You will pay Fine and Costs in the amount of **$205.00**.

The Defendant is not remanded to the custody of the Sheriff.

The Defendant is advised of the right to appeal. If the Defendant was at liberty on Bond, the sureties in the above cause shall stand discharged from liability.

DONE AND ORDERED on **December 16, 2021** in Clearwater, Florida.

_____  
JUDGE

APK

COMPOSITE EXHIBIT "A"

ICD: JDSE (34807878)

Filed, DEC 22, 2021, 15:48, Ken Burke, Clerk of the Circuit Court and Comptroller, Pinellas County

# CIRCUIT/COUNTY COURT, PINELLAS COUNTY, FLORIDA
## CRIMINAL DIVISION

UCN:
522020MO014469000APC - P

REF No.
20-14469-MO - P

**STATE OF FLORIDA**

　　VS.

**JESSE LEE**
**PID: 311577144**

# JUDGMENT & SENTENCE

　　The Defendant, being present in person, upon being caused to stand before the Court in the custody of the Sheriff, the Court pronounced the following Judgment, to wit:
　　You, having intelligently, understandingly, and advisedly **BEEN FOUND GUILTY BY THE COURT TRYING THE CASE WITHOUT A JURY OF** the offense of **SALES WITHOUT PERMIT,** as contained in the Information or Complaint filed herein; and having now identified yourself to the Court as the Defendant named herein; and saying nothing in bar or preclusion why the Judgment and Sentence of the law should not now be pronounced against you, the Court hereby adjudges you to be guilty of the above charge(s).

　　IT IS THE SENTENCE OF THE LAW AND THE ORDER OF THIS COURT that you, for the said offense now stand convicted

You will pay Fine and Costs in the amount of **$205.00**.

　　The Defendant is not remanded to the custody of the Sheriff.
　　The Defendant is advised of the right to appeal. If the Defendant was at liberty on Bond, the sureties in the above cause shall stand discharged from liability.
　　DONE AND ORDERED on **December 16, 2021** in Clearwater, Florida.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE

APK

ICD: JDSE (34807879)