```
     IN THE COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT
        OF THE STATE OF FLORIDA, PINELLAS COUNTY


STATE OF FLORIDA,

        Plaintiff,           Case Nos. 20-14469-MO
                                       20-14077-MO
vs.

JESSE LEE,

        Defendant.
_____/


     PROCEEDINGS:      Non-Jury Trial Excerpt:
                       Ruling

     DATE:             December 16, 2021

     BEFORE:           The Honorable John Carballo
                       County Court Judge

     PLACE:            Pinellas County Justice Center
                       14250 49th Street North
                       Clearwater, Florida 33762

     REPORTER:         Mary Tolson
                       Digital Court Reporter




            Administrative Office of the Courts
             Digital Court Reporting Department
               Pinellas County Justice Center
          14250 49th Street North, Ste. H-2000
                 Clearwater, Florida 33762
                       (727)453-7474
```

**EXHIBIT "B"**

<u>A P P E A R A N C E S</u>

APPEARING ON BEHALF OF THE CITY OF GULFPORT:
Andrew J. Salzman, Esquire
Unice, Salzman, Jensen, P.A.
CenterState Bank Building
Second Floor
1815 Little Road
Trinity, Florida 34655


Jesse Lee, Defendant, pro se

```
 1                      P R O C E E D I N G S
 2                         *     *     *
 3   (Thereupon, proceedings recorded but not requested as a
 4   portion of this transcript.)
 5            THE COURT:  I find the charge is proven beyond a
 6       reasonable doubt that a permit was required and none
 7       was obtained.
 8            Now, I'm sitting in verdict and I find the
 9       charge is proven beyond a reasonable doubt, I'm not
10       required to give reasons because it's a trial and
11       it's not a hearing, but I will tell you that the
12       Court does not find that the ice cream cart was a
13       mobile food dispensing vehicle within the definitions
14       provided under 509.102, which requires -- includes,
15       but it's not limited to -- but includes gas, water,
16       electricity, and says or liquid waste disposal.
17            Somewhat ironically the Department of Business
18       and Professional Regulations their definition
19       referring to it has it in the -- in the conjunctive
20       and liquid waste disposal.  Seems to make more sense.
21       But in any event it doesn't have what is required,
22       which is what one would think of with a food truck,
23       gas, electricity, water, and so forth.
24            So I do find -- I do find it's proven.
25            You have 30 days to appeal the judgment and
```

```
 1        sentence of the Court.  An appeal is when you ask a
 2        higher court to look at the decisions this Court made
 3        to see if this Court has made mistakes and you have
 4        30 days to do that.
 5             Okay.  All right.  Let's make sure all the
 6        evidence is in.
 7             THE DEFENDANT:  Your Honor, if I -- did you not
 8        get the evidence that I submitted prior --
 9             THE COURT:  Yeah, I'm making sure your evidence
10        is in.
11             THE DEFENDANT:  No.
12             THE CLERK:  No, he never gave it to me.
13             THE DEFENDANT:  No.  It was filed on a separate
14        date where I actually submitted and it's in evidence
15        that my actual cart does contain electricity, it does
16        contain (unintelligible) motors.
17             THE COURT:  I didn't hear that during this trial
18        and it didn't come out during the trial.
19             THE DEFENDANT:  No, I submitted it prior to
20        evidence.
21             THE COURT:  Okay.  I've rendered a verdict.
22   (This concludes the excerpt portions of the proceedings.
23   Further proceedings were recorded but not requested as a
24   portion of this transcript.)
25
```

CERTIFICATE OF COURT REPORTER

STATE OF FLORIDA

COUNTY OF PINELLAS

    I, Mary Tolson, a digital court reporter for the Sixth Judicial Circuit, do hereby certify that I was authorized to and did transcribe the foregoing proceedings and that the transcript is a true and correct record of said proceedings.

    DATED this 11th day of April, 2024.

                             /S Mary Tolson
                             Mary Tolson
                             Digital Court Reporter
                             Sixth Judicial Circuit