UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.:  8:23-cv-02996-VMC-AEP

JESSE LEE,

    Plaintiff,

v.

CITY OF GULFPORT,

    Defendant.

_____/

## DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

COMES NOW Defendant, CITY OF GULFPORT ("the City"), and hereby moves this Court, pursuant to Local Rule 3.01(d), for leave to file a Reply in support of its Amended Motion to Dismiss, and states:

The City requests leave to file a short Reply in support of its Amended Motion to Dismiss in this matter. Plaintiff's response to the City's Amended Motion to Dismiss raises issues for which supplemental authority and argument would be helpful. This case involves complex issues of constitutional law and brief supplemental argument, and authority will assist this Court in properly deciding the issues involved in the City's Motion to Dismiss the Amended Complaint. Additionally, Plaintiff's response raised the issue of whether a criminal proceedings transcript was provided that would show that he did in fact previously litigate the issues involved in this dispute. The City is in the process of obtaining the hearing transcript from the criminal case proceedings in that case, to

show that Plaintiff did in fact previously litigate issues that he is now attempting to relitigate in this matter. The City's ability to demonstrate that collateral estoppel should apply to those claims will disabuse the Court of any notion that an equal protection issue is involved in this case and allow it to dismiss any other claims to which collateral estoppel would apply. Ultimately, the issues involved in that prior litigation are at the very heart of the issues involved in this case, and it will be in the interests of judicial economy to have the hearing transcript available to show what was already litigated by Plaintiff and provide argument and citations to briefly demonstrated this.

The City's Reply brief will provide supplemental authority and argumentation that helps to harmonize the arguments and issues which will be raised in Defendant, JAMES O'REILLY's motion to dismiss Plaintff's Amended Complaint, such that this Court may decide the issues involved in the Motions to Dismiss in a consistent fashion. The City anticipates that its Reply in Support of its Amended Motion to Dismiss will be no longer than five (5) pages in length.

## CERTIFICATE OF 3.01(g) CONFERRAL

The Defendant reached out to Plaintiff's counsel, and she was unavailable to discuss this Motion for Leave, due to hurricane preparations. The Defendant will continue to reach out to her in the following three business days to seek clarification as to whether this Motion is agreed to, or opposed, pursuant to Rule 3.01(g)(3).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this __25th__ day of September, 2024, I electronically submitted the foregoing with the Clerk of Court using the CM/ECF system, who will send electronic notice to all parties and pro se litigants.

_/s/ Donovan A. Roper_
DONOVAN A. ROPER, ESQUIRE
Florida Bar No.: 0858544
**ROPER & ROPER, P.A.**
116 North Park Avenue
Apopka, FL 32703
TEL: 407-884-9944
FAX: 407-884-4343
email@roperandroper.com
dring@roperandroper.com
blewis@roperandroper.com
ckeep@roperandroper.com