# AFFIDAVIT

STATE OF FLORIDA
COUNTY OF ORANGE

**BEFORE ME**, the undersigned authority, personally appeared **DONOVAN A. ROPER, ESQUIRE,** who makes this Affidavit in the county and state aforesaid, and after being duly sworn by me, swears that this Affiant is competent to testify as to the matters stated herein, and all the matters stated herein are within the Affiant's personal knowledge and are true and correct, and states:

1. That I, Donovan A. Roper, Esq., am currently a Senior Partner and officer for the law firm of Roper & Roper, P.A., and have been so since March of 1996.

2. As partner for Roper & Roper, P.A. it was my duty and responsibility to calendar the proper responsive deadline to respond to Plaintiff's Amended Complaint on behalf of both Defendants, after the Court entered its Order Granting in Part Defendants' Motions to Dismiss [Doc 67].

3. As a result of inadvertent clerical/human error by myself and my staff, due to recent turnover at the paralegal position assigned to this case and resulting omission by the undersigned to communicate the need to calendar said deadline to new staff, the date that Defendants' Answers and Affirmative Defenses were to be due was not properly calendared.

4. Due to this clerical error and my inadvertent failure to independently appreciate the deadline of February 9, 2025, in which to file these Answers and Affirmative Defenses, I failed to file a timely pleading.

FURTHER AFFIANT SAYETH NAUGHT.
DATED this 17th day of February, 2025.

_____
Donovan A. Roper

**BEFORE ME**, the undersigned Notary Public, appeared **Donovan A. Roper, Esq.,** who is personally known to me or who has produced _____ as identification, and acknowledged before me that he executed the above Affidavit freely and voluntarily for the uses and purposes therein expressed.

WITNESS my hand and official seal in the county and state aforesaid this 17th day of February, 2025.

_____
Notary Public

My Commission Expires: _____



LINDSEY BLACKBURN
MY COMMISSION # HH 396584
EXPIRES: September 9, 2027