

# CITY OF GULFPORT
# CITY COUNCIL WORKSHOP
# AGENDA MEMORANDUM



Important please read.
August 8, 2013

**FROM:** James E. O'Reilly, City Manager

**DATE:** August 8, 2013

**AGENDA ITEM:** 6

**SUBJECT:** Permitting the operation of "Food Trucks" or Mobile Vending.

### RECOMMENDATION:

That City Council provides staff direction on how it wishes to proceed in reference to drafting an ordinance or making provisions for the operation of "Food Trucks" within the City of Gulfport.

### BACKGROUND:

Councilmember Fridovich had requested that City Council discuss the possibility of creating legislation permitting the operation of "Food Trucks" within the City of Gulfport. At present mobile vending is not a permitted operation in the City of Gulfport, as provided for within the City's Code of Ordinances.

The issues regarding a variety of temporary and mobile food vendors have become very prevalent in certain areas of the country.

### ANALYSIS:

At present temporary food vendors are allowed as part of City Council approved Special Events. The allowance of food vendors outside of events would require specific legislative action – creating an ordinance that would provide for the following.

- Define mobile vendor(s).
- Permitted or allowable locations. Public or Private property.
- Zoning compatibility.
- Create a permitting process.
- Create permit criteria for the use and operation of mobile vendors.
- Does permitted operation, vendors include push carts or temporary vendors on public property or right of way.
- Product or products and or services allowed to be sold by mobile or temporary vendor on public property or right of way.

April 1st 2014

| From: | Henderson, Sam |
|---|---|
| To: | Chad L. Smith |
| Subject: | Re: Food Truck Operations |
| Date: | Tuesday, April 1, 2014 5:00:54 PM |

Our ordinances do not allow food trucks in the municipal boundaries. Best of luck in your new business.

Sam Henderson
Mayor, City of Gulfport FL
727-744-6186

On Mar 22, 2014, at 8:37 PM, "Chad L. Smith" <chackras@gmail.com> wrote:

> To whom it may concern,
>
> I have recently been afforded the opportunity to take over a food truck that previously operated in Orlando, FL. I am interested in acquiring the food truck and operating it in cities throughout Pinellas County, FL. I would like information on regulations, codes, licenses, fees, inspections, etc. I would appreciate as much information on the subject as possible to create my business plan. Thank you for providing this information.
>
> Sincerely,
> --
> Chad L. Smith

*Feb 29th, 2020*

| | |
|---|---|
| From: | Taylor, Michael |
| To: | businesstax@largo.com |
| Cc: | valsvelocity |
| Subject: | RE: Please send a quick email to the City of Largo |
| Date: | Friday, February 28, 2020 12:08:00 PM |

Good Morning,

My name is Michael Taylor and I'm the Principal Planner with the City of Gulfport. I am responding to the request below from Ms. Schaefer.

The City of Gulfport does not allow any mobile vending within the City. Each of the zoning districts within the City list permitted and conditional uses. Our zoning code (Section 22-4.02) states that only those uses specifically listed within a zoning district are permitted. Any use that is not specifically listed is strictly prohibited.

Mobile vending is a use not listed in any of Gulfport's zoning districts. Therefore, mobile vending is a prohibited use within Gulfport. Mobile vending would include, ice cream trucks, food trucks, canoe/kayak rentals, hot dog vendors, etc.

Since mobile vending is a prohibited use, the City of Gulfport cannot issue Business Tax Receipts to mobile vendors.

*Michael Taylor*

Michael Taylor, AICP, Principal Planner
City of Gulfport Community Development Department
2401-53rd Street South
Gulfport, FL 33707
Phone: (727) 893-1087
Fax: (727) 893-1080
mtaylor@mygulfport.us

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public-records request, do not send electronic mail to me. Instead, contact me by phone or in writing.

**From:** valsvelocity [mailto:valsvelocity@aol.com]
**Sent:** Friday, February 28, 2020 11:50 AM
**To:** Taylor, Michael <mtaylor@mygulfport.us>
**Subject:** Please send a quick email to the City of Largo

| | |
|---|---|
| From: | Wayne Saunders |
| To: | City Manager, City of Gulfport, FL |
| Subject: | RE: May City Managers" Consortium Luncheon |
| Date: | Monday, May 8, 2017 10:39:50 AM |

Thanks

**From:** City Manager, City of Gulfport, FL [mailto:joreilly@mygulfport.us]
**Sent:** Monday, May 08, 2017 10:29 AM
**To:** Wayne Saunders
**Subject:** RE: May City Managers' Consortium Luncheon

No Food Trucks - No Mobil Vending permitted in the City of Gulfport

Jim

James E. O'Reilly
City Manager
City of Gulfport
2401 53rd Street South
Gulfport, Florida 33707
(727) 893-1009

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public-records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

**From:** Wayne Saunders [mailto:wsaunders@stpetebeach.org]
**Sent:** Monday, May 08, 2017 10:28 AM
**To:** 'Klug, Delia'; Amy Meyers; Brad Miller; Bruce Haddock; C. Rodde; Cornwell, Gary ; D. Erb; D. Jackson; Debra Sullivan; Dhonau, Bonnie; Nancy Gonzales; Helen Rhymes; Hunter, Craig; Hutchens, Doug; City Manager, City of Gulfport, FL; Lasala, Robert; Lewis, Doug; Lopes, Lucy; M. Maxwell; Manns, Debbie; Mark LeCouris; Matthew Campbell; Spoor, Matt; Meyers, Judy; Middleton; Mims, Brently Gregg; Nancy Gonzales; Mary Palmer; Patrick Murphy; R. Silverboard; Sandy Harriger; Meridy Semones; Shane Crawford; Shealy, Mary; Smith, Donna; Tobias, Janet; Toney-Deal, Ann; Eileen Torres; Horne, Bill; Woodard, Mark S; Debbie Minges; Schubert, Henry; kcollins@pinellas-park.com; Michael Staffopoulos
**Subject:** RE: May City Managers' Consortium Luncheon

To All:

Other than for special events, do you currently allow food trucks to operate in your City? If you do, I would appreciate a copy of

Jan 29th 2018

**From:** Shea, Justin
**To:** City Manager, City of Gulfport, FL
**Subject:** FW: New Kona Ice Truck - Territory includes much of Gulfport
**Date:** Monday, January 29, 2018 12:54:38 PM
**Attachments:** Image001.png

**From:** Metcalf, Frederick J.
**Sent:** Monday, January 29, 2018 9:20 AM
**To:** Charles J. Parker <charles@parkerlink.com>
**Cc:** Shea, Justin <jshea@mygulfport.us>; Taylor, Michael <mtaylor@mygulfport.us>
**Subject:** RE: New Kona Ice Truck - Territory includes much of Gulfport

Mr. Parker,

Mobile vending is not permitted in the City of Gulfport. Section 4-02 of the Zoning Code states that only those uses specifically listed or described as being permitted within a zoning district shall be permitted in said zoning district, and only in accordance with any stipulated provisions. Unless otherwise stated herein, it is the intent of this chapter that any use not specifically listed or described as permitted shall be expressly prohibited. Mobile vending of any kind is not specifically listed as a permitted use and is therefore prohibited.

*Frederick J. Metcalf*, AICP
*Director of Community Development*
City of Gulfport, Florida
2401 53rd Street South
Gulfport, Florida 33707
(727) 893-1095
fmetcalf@mygulfport.us

*Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public-records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.*

**From:** Charles J. Parker [mailto:charles@parkerlink.com]
**Sent:** Monday, January 29, 2018 8:44 AM
**To:** Metcalf, Frederick J. <fmetcalf@mygulfport.us>
**Subject:** Fwd: New Kona Ice Truck - Territory includes much of Gulfport

Mr. Metcalf;

My previous attempt to email you was apparently blocked in error. Please see below:

Dec 18th 2018

| | |
|---|---|
| From: | Taylor, Michael |
| To: | dvolpe11@tampabay.rr.com |
| Cc: | Shea, Justin; Giddens, Lisa |
| Subject: | RE: Hot dog cart question |
| Date: | Tuesday, December 18, 2018 8:42:03 AM |

Good Morning Dorene,

Normally, the City of Gulfport does not allow mobile vending in the City as a use. This would include vendors such as ice cream trucks, rentals at the Municipal Beach, and hot dog or food carts. Permits or Business Tax Receipts cannot be issued since these are prohibited uses.

Special events, however, include uses at an event that is a one-time occurrence. For Special Events, please contact Mr. Justin Shea, (727) 893-1066, jshea@mygulfport.us. Mr. Shea can assist you with your questions about the special events.

*Michael Taylor*

Michael Taylor, AICP, Principal Planner
City of Gulfport Community Development Department
2401-53rd Street South
Gulfport, FL 33707
Phone: (727) 893-1087
Fax: (727) 893-1080
mtaylor@mygulfport.us

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public-records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

**From:** Giddens, Lisa
**Sent:** Tuesday, December 18, 2018 7:32 AM
**To:** Taylor, Michael
**Subject:** FW: Hot dog cart question

Morning Mike,

Can you please response to the email below and let them know if it is allowed or not, thanks.

**From:** dvolpe11 [mailto:dvolpe11@tampabay.rr.com]
**Sent:** Monday, December 17, 2018 4:18 PM
**To:** Giddens, Lisa