UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:23-cv-02996-VMC-AEP

JESSE LEE,

    Plaintiff,

vs.

CITY OF GULFPORT and
JAMES O'REILLY

    Defendants.
_____/

## **AFFIDAVIT OF LORI ROACH**

**STATE OF FLORIDA**
**COUNTY OF PINELLAS**

Before me, the undersigned authority, personally appeared Lori Roach, who makes this Affidavit in the county and state aforesaid, who having been first sworn, deposes and says:

1. My name is Lori Roach. I am over 18 years of age and have personal knowledge of the facts contained in this affidavit, which are substantively the same as I would testify to at trial.

2. I work for the City of Gulfport as the Administrative Assistant to the City Manager. I have served in this capacity since June 16, 2004. I work with Gulfport City Manager James O'Reilly ("Mr. O'Reilly") on a daily basis. As part of my job, I interact with numerous residents on a daily basis, including many who are unhappy with a City employee or department. I've also encountered persons who have displayed mental/emotional issues. I am not a mental health

professional, but have vocational training that included study blocks on the subjects of psychology and mental health, and ten years of hands-on experience in a clinical dentistry setting have provided me with some academic understanding and practical experience with people in distress.

3. As part of my job, I have had numerous interactions with Plaintiff, JESSE LEE ("Mr. Lee"). Unfortunately, from early on in my relations with Mr. Lee, he has frequently been hostile, aggressive, and confrontational with both me myself and Mr. O'Reilly.

4. I first became aware of Mr. Lee when he had a phone conference with Mr. O'Reilly on Wednesday, January 16, 2019. I don't recall whether City Manager O'Reilly initiated the call, or if Jesse Lee called him. The call began at 1 p.m. and ended at approximately 2:30 p.m. I was not inside the City Manager's private office during the call, but I was at my desk just outside his open door. We have an open and friendly office environment. Mr. O'Reilly's phone was on speaker setting, and I could hear his interaction with Mr. Lee. Mr. Lee immediately became verbally abusive and began shouting profanities at Mr. O'Reilly. The issue entirely revolved around the fact that Mr. Lee did not like the City's long-standing ordinance prohibiting mobile vending within City limits. He seemed determined to get his way, and became angrier and more profane and quarrelsome as the call progressed. The call seemed to almost entirely consist of Mr. Lee insulting and berating Mr. O'Reilly, shouting over and interrupting any attempt by Mr. O'Reilly to address the matter.

5. My first in-person interaction with Mr. Lee was on Tuesday, January 22, 2019, when he came to the Gulfport City Hall for a 9:30 a.m. meeting with City Manager Mr. O'Reilly. When I cheerfully greeted him in the lobby, Mr. Lee glared at me and did not respond. I brought him to Mr. O'Reilly's office for a meeting and the meeting immediately devolved into an in-person replay of the January 16 phone call between Mr. Lee and Mr. O'Reilly. Mr. Lee immediately became abusive, and increasingly profane and confrontational as the meeting progressed, again interrupting and shouting over Mr. O'Reilly. The meeting lasted approximately 30 minutes.

6. My second in-person interaction with Mr. Lee was on Monday, February 4, 2019 when he came to the City Hall for a 10:30 a.m. meeting with Mr. O'Reilly. The meeting lasted for approximately 45 minutes and, again, Mr. Lee launched into another profanity-laced diatribe, shouting over and interrupting every effort by Mr. O'Reilly to address him. That was my last time seeing Mr. Lee for at least a year. He contacted Mr. O'Reilly via telephone in late May of 2020. I was not in the office when the conversation occurred, but I was advised by Mr. O'Reilly that their phone conversation ended in his hanging up on Mr. Lee because of Mr. Lee again engaging in escalating abuse and profanity.

7. On Monday, June 8, 2020, I became a target of Mr. Lee's vitriol. He contacted the City Hall via telephone and told me that he spoke with me on Friday, June 5, and that I said the City Manager would call him back. Mr. Lee was agitated and belligerent from the beginning of the call. I advised him that I wasn't the

person he spoke with on Friday, June 5, but that the City Manager did receive his message. My response made him angrier, and he demanded to know who took the call that Friday if it was not me. He then became more enraged, calling me a "fucking bitch," a "fucking liar," and a "fucking lying bitch," claiming that he knew it was me whom he spoke to. He demanded my email address, which I provided along with City Manager O'Reilly's email address. While I was providing the email address, Mr. Lee said that he could not hear me, so I spoke more slowly and louder to ensure that he got the correct information. He then continued to refer to me in derogatory terms, and rage at me in an incoherent manner for several more minutes until I told him that I would ask the City Manager to call him when he was available and wished him a good day.

8. When I advised Mr. O'Reilly of this situation, Mr. Lee called again. Mr. O'Reilly said to put the call through, so I transferred the call directly. Upon his answering Mr. Lee, Mr. Lee began ranting, calling me a "fucking bitch," a "fucking liar," and a "fucking lying bitch," claiming that he knew it was me he spoke with, and demanding that I be fired. At one point when he shouted that he spoke with me on Friday, I said that it was not me. That seemed to enrage him as he became aware that I could hear the conversation and became even more enraged. That call lasted approximately 45 minutes and involved more slander and verbal assault directed at both myself and the City Manager, and further demands for me to be fired.

9. When I arrived at work on Tuesday, June 9, 2020, I discovered an email from Mr. Lee addressed to the mayor, the city council, and the city manager requesting a "formal complaint" against both the city manager and myself, in which Mr. Lee committed libel against me, arguably, by calling me a liar and claiming that he spoke with me on Friday, June 5.

10. In his email, Mr. Lee stated that all phone calls from the City to him would be recorded. I advised Mr. O'Reilly that I believe he will also record calls that he makes to City staff, to which I did not and had not given my consent. I advised Mr. O'Reilly that I would not answer any further telephone calls from Mr. Lee and would instead have his calls roll over to my voicemail.

11. Later Tuesday morning, June 9, during the COVID-19 pandemic, Mr. Lee came to the Gulfport City Hall's lobby where he met with Mr. O'Reilly behind the limited portion of the lobby which was accessible behind a table that had been placed there for people who came inside to signal to them to stop there, and to not to come any further. Mr. Lee launched into another rage-filled, profanity-laced screed against me, attacking my character and demanding to file a formal complaint against me. He also left messages with administrative services staff and the City's Human Resources Department office demanding the same.

12. My interactions with Mr. Lee had created, at that time, a "hostile work environment," as I made clear to Mr. O'Reilly at the time. I felt uncomfortable and uneasy at work and deeply hurt by the false allegations made against me by Mr. Lee. I also became increasingly concerned that Mr. Lee's inability to control his

anger would result in serious injury or worse to either myself or other members of the City's staff. I accordingly made a suggestion on June 11, 2020 that they consider trespassing Mr. Lee from the City Hall and the connected City facilities.

FURTHER AFFIANT SAYETH NAUGHT.

_____
LORI ROACH

BEFORE ME, the undersigned Notary Public, this day appeared LORI ROACH, who is personally known to me or who has provided proper identification in the form of _____, and she acknowledged under oath that she executed the foregoing affidavit freely and voluntarily.

SWORN AND SUBSCRIBED before me this 28TH day of May, 2025.

**NOTARY PUBLIC**

_Theresa M. Carrico_
Signature of Notary

THERESA M. CARRICO
Printed Name of Notary

My Commission Expires 10/31/2028



THERESA M. CARRICO
MY COMMISSION # HH 567158
EXPIRES: October 31, 2028