

*Code enforcement & Special Event Dept*

# Bullying, and Discrimination Allowed by City questions.

Jesse Lee <mrjessele@gmail.com>
To: joreilly@mygulfport.us

Tue, Sep 1, 2020 at 1:31 PM

So to clarify some of my concerns that has never been answered prior or has never been taken Seriously prior although the city has allowed for discrimination and bullying to occur. So I'll like to know how the city plans of protecting me!

So again the city enacted new laws stating that we can only be under a business to do business. However do they Guarantee us that do to our sexual orientation, greed, or gender we won't be discriminated by putting us in that predicament?

Are they saying only Brick and Mortar businesses are actual businesses? Because that within itself is discriminatory? They don't regulate how many days they can open for business or tell them they need to be under another business to do business.

When renting a private space are they requiring the business to give us a lease agreement? So we have property rights and are protected under the same laws they are? Are we then protected under the Brick and Mortar insurance, are we considered employees of the Brick and Mortar business if we are going to be regulated by them? Do they need to get consent from the actual owner of the property or do we need to? If all their leases doesn't allow for subletting then how does this new law work for us?

During special events are all Mobile Vendors Held to the same standard in getting a tax ID thru the town? Or are they using one tax ID to blanket the entire event? Also are all Mobile vendors underneath Special Events follow all guidelines set in place for us? Insurance requirement, footage, distance, and are they allowed to violate Local and State Law requirements?

Is there fees associated with private property and attendances to special events? Are they regulated? Has the city made it mandatory for Private Brick and Mortar businesses to approve us? Did they reach out and get consent for their participation? What happens if they won't allow us in period? What happens if they don't like Black, Latin, or Gay owned Businesses?

Do they get to open up a food truck business on top of their already established business or is that restricted? Seeing how they are in complete control of other smaller businesses, their success and being able to bully us at their lessor!

Was their a work shop done to communicate all concerns on this specific matter or was the only opinions considered here Brick n Mortars?

Does the city assume liability to discriminatory or bias practices allowed by their new policies or do they wash their hands of it?

Does the city Recognize that by law Special Events Is considered Mobile Vending? If so the Special Event within itself would be considered a Mobile Vendor, which then would be in conflict of local laws in place?

How are we protected as a small business in your city because clearly we do not have the same rights.

Mr Lee
361-558-1704

*RCVD 1 SEP '20*

*PCVD*
*R.A. Lowes*

*RCVD 1 SEP '20*



## Bias, Discrimination and Bullying

**Jesse Lee** <mrjessele@gmail.com>  Tue, Sep 1, 2020 at 2:08 PM
To: joreilly@mygulfport.us

Update and Corrections to initial email sent!

Also wanted to make note that I repeated reported to you, about the Bullying, Discrimination, and Bias treatment placed on me by the city of Gulfport, it's Counsel, Major and City Manager Intentional bullying and discrimination. Not limited in allowing the GMAC to do the same with the assistance of the town and with no interference! You have done nothing but promote this behavior intentionally and only valuing certain businesses needs, which in fact leaves them yet again allowed to bully us futher and discriminate against us further on race, gender, sexual orientation and bias discrimination with no portections in place do to your lack of help!

Yet you are telling me I must be judged by the very people being abusives, bais, discriminatory, and bullying!

I'm requesting a Outside Source to proceed forward so the same one violating my rights aren't the ones passing what they deem fair as usual, including their clear bias and conflict of interest in every step here forward. This is a direct violation of my rights to a fair and unbiased trial to have you or anyone associated with the city to oversee its deliberations!

I'll wait for proper channels to be offered!

Mr Lee

[Quoted text hidden]

*Rcvd*
*4-a Corp*

RCVD 1 SEP '20