UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:23-cv-02996-VMC-AEP

JESSE LEE,

    Plaintiff,

vs.

CITY OF GULFPORT and
JAMES O'REILLY

    Defendants.
_____/

# AFFIDAVIT OF SHIRLEY DIBUCCI

**STATE OF FLORIDA**
**COUNTY OF PINELLAS**

Before me, the undersigned authority, personally appeared Shirley DiBucci, who makes this Affidavit in the county and state aforesaid, who having been first sworn, deposes and says:

1. My name is Shirley DiBucci. I am over 18 years of age and have personal knowledge of the facts contained in this affidavit, which are substantively the same as I would testify to at trial.

2. I work for the City of Gulfport as a Records Clerk. I have served in this capacity since February 13, 2013.

3. As part of my job, I have had numerous interactions with Plaintiff, JESSE LEE ("Mr. Lee"). Unfortunately, from early on in my personal interactions and relations with Mr. Lee, he has frequently been hostile, aggressive, and confrontational with me.

4. In particular, Mr. Lee has often told me that I work for him, insisted on a certain price for records even when the amount charged has been pursuant to applicable law, and yelled and complained when records were not provided as quickly as he thought they should be.

5. Mr. Lee has also referred to me numerous times in email correspondence as Mrs."DiBitchy."

6. Interactions with Mr. Lee have frequently left me feeling uncomfortable, scared & fearful for my life.

FURTHER AFFIANT SAYETH NAUGHT.

_____
SHIRLEY DIBUCCI

BEFORE ME, the undersigned Notary Public, this day appeared SHIRLEY DIBUCCI, who is personally known to me or who has provided proper identification in the form of _____, and she acknowledged under oath that she executed the foregoing affidavit freely and voluntarily.

SWORN AND SUBSCRIBED before me this 23rd day of April, 2025.

**NOTARY PUBLIC**

_____
Signature of Notary

Cynthia Hayes
Printed Name of Notary

My Commission Expires Sept. 4, 2025



CYNTHIA HAYES
MY COMMISSION # HH 145816
EXPIRES: September 4, 2025
Bonded Thru Notary Public Underwriters