407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

ORIGINAL

1   UNITED STATES DISTRICT COURT

2   MIDDLE DISTRICT OF FLORIDA

3   TAMPA DIVISION

4   CASE NO.: 8:23-cv-02996-VMC-AEP

5

6   JESSE LEE,

7   Plaintiff

8

9   V.

10

11  CITY OF GULFPORT

12  Defendant

13

14

15

16

17

18

19

20

21

22

23  DEPONENT: BARBARA BANNO

24  DATE:     FEBRUARY 20, 2025

25  REPORTER: CHALEN CAFIERO

401 EAST JACKSON STREET,
SUITE 2370
TAMPA, FL 33602

315 EAST ROBINSON STREET,
SUITE 510
ORLANDO, FLORIDA 32801
CORPORATE

1                    APPEARANCES

2

ON BEHALF OF THE PLAINTIFF, JESSE LEE:
3   Marcy I. Lahart, Esquire
    Marcy I. LaHart, P.A.
4   240 South East Tuscawilla Road
    Micanopy, Florida 32667
5   Telephone No.: (352) 545-7001
    E-mail: marcy@floridaanimallawyer.com
6   (Appeared via videoconference)

7

    AND
8

9   John R. Thomas, Esquire
    Law Office of John R. Thomas P.A.
10  6493 Emerson Avenue South
    St. Petersburg, Florida 33707
11  Telephone No.: (727) 692-4384
    E-mail: jrthomasesq@gmail.com
12

13  ON BEHALF OF THE DEFENDANT, CITY OF GULFPORT:
    Donovan A. Roper, Esquire
14  Roper & Roper
    116 North Park Avenue
15  Apopka, Florida 32703
    Telephone No.: (407) 884-9944
16  E-mail: donroper@roperandroper.com

17

    Also present:
18  ISABELLA GARBUTT, Videographer

19

20

21

22

23

24

25



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     **Toll Free 855-MYDEPOS**

1                         INDEX

2                                           Page

3   PROCEEDINGS                             5

4   DIRECT EXAMINATION BY MR. ROPER         6

5   CROSS-EXAMINATION BY MS. LAHART         37

6   RE-DIRECT EXAMINATION BY MR. ROPER      56

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1                    STIPULATION

2

3  The deposition of BARBARA BANNO was taken at ST.

4  PETERSBURG CONFERENCE CENTER, 8950 DR. MLK JR. STREET

5  NORTH, SUITE 160, ST. PETERSBURG, FLORIDA 33702, via

6  videoconference in which some participants attended

7  remotely, on THURSDAY the 20th day of FEBRUARY 2025 at

8  10:16 a.m. (ET); said deposition was taken pursuant to

9  the FLORIDA Rules of Civil Procedure. It is agreed that

10 CHALEN CAFIERO, being a Notary Public and Court Reporter

11 for the State of FLORIDA, may swear the witness.

12

13

14

15

16

17

18

19

20

21

22

23

24

25



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1             PROCEEDINGS

2        THE VIDEOGRAPHER:  We are now on the video

3    record.  The time is now 10:14 a.m.  My name is

4    Isabella Garbutt, and Chalen Cafiero is the court

5    reporter. Today is the 20th day of February, 2025.

6    We are at St. Petersburg Conference Center, located

7    at 8950 Dr. Martin Luther King Jr. Street, North

8    Suite 160,     St. Petersburg, Florida 33702, to

9    take the deposition of Barbara Banno in the matter

10   of Jesse Lee v. City of Gulfport, pending in the

11   United States District Court, case number

12   8:23-cv-02996-VMC-AEP.

13        Will counsel please introduce themselves for

14   the record, starting with plaintiff?

15        MS. LAHART:  Marcy Lahart, for the plaintiff.

16        MR. ROPER:  And Donovan Roper for the

17   defendants, City of Gulfport and James O'Reilly.

18        THE VIDEOGRAPHER:  Thank you.

19        And, Ms. Banno, will you please raise your

20   right hand to be sworn in by the court reporter?

21        THE REPORTER:  Do you solemnly swear or affirm

22   that the testimony you're about to give will be the

23   truth, the whole truth, and nothing but the truth?

24        THE WITNESS:  I do.

25        THE REPORTER:  All right.  We may begin.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1              DIRECT EXAMINATION

2       BY MR. ROPER:

3       Q.   Can you state your name for the record,

4   please, ma'am?

5       A.   Barbara Banno.

6       Q.   Okay.  Do you have a middle initial?

7       A.   A.

8       Q.   Okay.  And can you give us the benefit of your

9   occupational or business address, currently?

10      A.   The -- the current business address?

11      Q.   Yes, ma'am.

12      A.   2914 Beach Boulevard South.

13      Q.   Okay.  And what type of business is that?

14      A.   It's a restaurant.

15      Q.   Okay.  And what is the name of that restroom?

16      A.   Stella's.

17      Q.   Okay.  And can you describe for the judge or

18  the jury that'll be hearing your testimony, exactly

19  where that business, Stella's, is actually located?

20      A.   It's located -- the small downtown area, Long

21  Beach Boulevard in Gulfport, in a -- in a courtyard.

22      Q.   Okay.

23      A.   The courtyard is multiple businesses within

24  that courtyard.

25      Q.   And does that courtyard go by a particular

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  name?

2      A.   You might have it as the Art Courtyard.  It's

3  been recently changed to the Village Courtyard.

4      Q.   Okay.  And is it a -- that's in the downtown

5  Waterfront Redevelopment District?

6      A.   It is.

7      Q.   Okay.  And how long have you had that business

8  there?

9      A.   Well, at that location, I've had it there five

10 years.

11     Q.   Okay.  Have you ever had your deposition taken

12 before, Ms. Banno?

13     A.   I have.

14     Q.   Okay.  How many times?

15     A.   Once.

16     Q.   Okay.

17     A.   Yeah.

18     Q.   So I take it that you're generally familiar

19 with the rules -- the ground rules of a deposition?

20     A.   Yes.

21     Q.   Okay.  If you do not understand a question or

22 even a line of questioning that I'm asking you, please

23 let me know and I'll do my very best to rephrase it or

24 ask it in a different way, such as it's intelligible for

25 you to understand and respond to.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

1      A.    Okay.

2      Q.    If you don't understand what I'm asking you,

3   let me know, because I'll definitely try to clear it up.

4      A.    Okay.

5      Q.    We don't want you to guess.  We don't want you

6   to speculate here today, and we don't want you to assume

7   something, if you don't know it.  We just want to know

8   what you have firsthand or independent knowledge of --

9      A.    Okay.

10     Q.    -- or what you can recall, what you have a

11  memory of, or a recollection of.  But if you do not

12  recall or you don't know, please just tell us that.

13     A.    Okay.

14     Q.    There's nothing wrong with that.

15     A.    Okay.

16     Q.    Okay?  Especially given the passage of time,

17  memories fade, et cetera.

18     A.    Uh-huh.  Okay.

19     Q.    Just as you have been doing so far, and more

20  importantly so because Ms. Lahart is zooming in from

21  elsewhere for this deposition, if you could wait until I

22  finish my question before answering.

23     A.    Okay.

24     Q.    You've been doing that great so far.  The

25  reason that that is accentuated in the Zoom deposition



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1 is because there's a delay in everything that gets to

2 Ms. Lahart, and therefore we need to give her an

3 opportunity, if she's going to object, to object.  So if

4 she starts to object while you're answering, if you

5 would just let her object for the record, then you can

6 go ahead and answer the question, okay?

7     A.   Okay.  Uh-huh.

8     Q.   Despite any attorney objecting to a question,

9 unless you're instructed -- and I don't think that'll

10 happen today, unless you're instructed not to answer a

11 question.  Despite an objection, you can feel free to go

12 ahead and answer the question after the objection is

13 lodged, either by Ms. Lahart, or by me on cross

14 examination, okay?

15     A.   Okay.

16     Q.   If you need to take a break for any reason

17 whatsoever, please let us know.  We'd be more than happy

18 to do that --

19     A.   Okay.

20     Q.   -- and accommodate you.  Just answer a pending

21 question, if there is one, and then we can take the

22 break for any number of reasons.  I don't think we're

23 going to be here that long today, but --

24     A.   Okay.

25     Q.   -- just in case, okay?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

1      A.    Okay.

2      Q.    And then just like you have been doing, last,

3 but not least, if you can answer out loud, enunciate the

4 responses, because court reporters cannot get uh-huhs

5 and uh-uhs, and shaking of the head or nodding of the

6 head, despite the video, with any degree of accuracy,

7 and we want to make sure that we have an accurate

8 transcript here today.

9      A.    I understand.

10     Q.    All righty.  Let's get started then.  Are you

11 familiar with -- well, let me strike that.

12           What role do you play with regards to the

13 Gulfport Merchants Association?

14     A.    I was -- I served on the board for a total of

15 nine years.

16     Q.    Okay.

17     A.    And, six years, I was president of that

18 organization.

19     Q.    So you served on the board for nine years?

20     A.    Uh-huh.

21     Q.    From when to when, ma'am?

22     A.    I'll have to, like, go back in my -- so --

23     Q.    Sure.  Take your time.

24     A.    Yeah, yeah, yeah.  So -- so 2016.  I think

25 that would be -- I'm sorry.  Nope.  It's going to be



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  2000, like, 14, because I've been off the -- I -- I

2  currently am no longer on the board.  I haven't been on

3  the board for the past year.

4       Q.   Okay.  So you held that position up until

5  2023, or thereabouts?

6       A.   Yeah.

7       Q.   And you said for six years, or six of those

8  nine years, you were the president?

9       A.   Correct.

10       Q.   And would that have been at the beginning of

11  your tenure on the board, or towards the end?

12       A.   It was towards the end.

13       Q.   Okay.  Would it be fair to say the last six

14  years of your tenure on the Gulfport Merchants

15  Association Board was as president?

16       A.   Yes.

17       Q.   Okay.  Was there a particular reason that you

18  are no longer president, or on that board?

19       A.   Better work-life balance.

20       Q.   Okay.

21       A.   I just resigned.

22       Q.   Okay.  Do you live in Gulfport?

23       A.   I do.

24       Q.   Okay.  And how long have you lived in

25  Gulfport?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

1      A.    Almost 19 years.

2      Q.    Okay.  And you -- do you have every intention

3   on remaining a resident of the city of Gulfport?

4      A.    I do.

5      Q.    Okay.  Can you explain for us, and more

6   particularly for the judge and/or jury, who's going to

7   be hearing your testimony and viewing your testimony

8   here at a later date, can you explain for those folks

9   how one goes about obtaining a special events permit, or

10  any type of permit for that matter, to be able to

11  perform vending services, such as a food truck, or an

12  ice cream cart, or any other type of product in the City

13  of Gulfport Waterfront Redevelopment District?

14     A.    So there's two different answers to that.

15     Q.    Okay.

16     A.    So there's the special events permit, which an

17  organization can apply for through the City of Gulfport,

18  to hold a special event in a specific area.  So the

19  Gulfport Merchants Association, and Chamber, it's now

20  called the Gulfport Merchants Chamber, could apply for

21  -- or do apply for special events along Beach Boulevard.

22     Q.    Such as?

23     A.    Such as --

24     Q.    Can you give us an example?

25     A.    -- the Gulfport Tuesday Fresh Market.  We have



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

1  a first Friday and a third Saturday event.  We have

2  Gecko Festival.  There's Get Rescued Festival.  And the

3  special event application can either request the street

4  to be closed, or for the vendors to actually be on the

5  sidewalks, in the pavers, on the city right of way.

6      Q.   Okay.  Does it alternate between the two

7  choices?

8      A.   It depends on the event and the application

9  that we fill out.  So the art walks, or Tuesday Fresh

10 Market, the events are along the -- the pavers and the

11 city right of way, on the sidewalks, where the bigger

12 events, like Get Rescued or Gecko Fest, we do street

13 closures, and the street is actually closed off and the

14 vendors are up and down the middle of the street.

15     Q.   Okay.  And that's for special events?  The --

16     A.   That's for special events.

17     Q.   Okay.

18     A.   So an organization can have a special event

19 within the City of Gulfport.  And so there's a deadline

20 every year to -- if I remember correctly, it might be

21 September, where you get your applications in August or

22 September, and they go in front of city council for

23 approval of those events.

24     Q.   Okay.  And has that always been the

25 established procedure with the City of Gulfport, as long



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  as you have been on the board or the Gulfport Merchants

2  Association?

3     A.   Yes, for as long as I can remember.

4     Q.   Okay.  And then there is a second method, you

5  said, besides special events, by which a permit can be

6  issued?

7     A.   Yeah.  So I can talk to special events that

8  are managed by the Gulfport Merchants Chamber, that when

9  we have a special event, it's usually managed by an

10  event management company.  A lot of times, the chamber

11  uses SIK Productions, and they -- an applicant who wants

12  to participate in that special event has to fill out an

13  application.  Usually, it's online, and then they have

14  to -- and then there's a fee to those applications to be

15  -- to participate in the event.

16     Q.   In that special event?

17     A.   In that special event.  So it's an online --

18     Q.   And how much is that fee?

19     A.   It depends on the event.  You know, it --

20  it'll vary.  So I know -- I mean, recently, Tuesday

21  Market just went up to $50.  It used to be 25.  So

22  depending on the event, the -- the fee changes, but

23  that's all on -- on the event application.  There's also

24  requirements that vendors have certain special

25  licensing.  If they're going to serve food, they need



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  special licensing through the State of Florida, or

2  different types of insurance coverage, if they're going

3  to be a vendor in there.  And then the application.  You

4  know, they provide us with their business, the

5  description of the business, what they're going to be

6  selling, a product of what they're going to be selling.

7  And like I said, that's managed by a third party.

8      Q.   Okay.  And SIK Productions actually manages

9  that aspect of the process?

10     A.   Yes.

11     Q.   Okay.  Now, the application that you discuss,

12  is that available online for the Gulfport Merchants

13  Association?

14     A.   Yes.

15     Q.   Okay.  And other than going online and

16  clicking on the Gulfport Merchants Association link to

17  access that application form for a special event in the

18  Waterfront Redevelopment District in Gulfport, can one

19  go down to a location -- a physical location, and obtain

20  a paper copy of an application?

21     A.   We typically do not do that because it goes

22  into a database that helps us manage all the different

23  vendors that we get, so we don't really accept paper

24  applications.

25     Q.   And back in 2020, what would be the least



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  expensive and the most expensive permits, special events

2  permits, in the Waterfront Redevelopment District?

3      A.   To participate in an event?

4      Q.   Yes, ma'am.

5      A.   I would probably say, back in 2020, it was

6  around $20 to $25.  Gecko Festival is our biggest event.

7  Depending on the products that you sell -- so if you're

8  selling retail, it's cheaper than food.  The most

9  expensive, if we brought a food truck down there for

10  that event, is $300 to $500.

11      Q.   Okay.

12      A.   It also depends on the size of the space that

13  they're requesting.

14      Q.   Okay.  Now, if someone were just selling ice

15  cream instead of actually running a food truck and

16  selling food, prepared, cooked food, what would the

17  permit fee be?

18      A.   I mean, I -- I don't have the specifics.  Like

19  I said, it would vary for the -- the -- the vendor fee

20  for a Tuesday Market or for an art walk was pretty

21  straightforward, no matter what you sold.

22      Q.   Okay.

23      A.   And that ranged from $25 to $35.

24      Q.   Okay.

25      A.   For Gecko Fest, I can't talk about that



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  specific price amount.  I -- I don't -- I didn't really

2  manage that, you know?

3      Q.   Sure.  Okay.

4      A.   Once we turned it over to -- to Suzie to

5  manage, she managed all those different costs.

6      Q.   Okay.  You're speaking about Suzanne King?

7      A.   Yes, I am.

8      Q.   She's known as Suzie?

9      A.   Yes.

10     Q.   Did she work for SIK Productions?

11     A.   She owns SIK Productions.

12     Q.   Okay.  Do you recall when -- or when it was

13  that you all at the merchants association turned over

14  the handling of that whole process to SIK Productions?

15     A.   It's -- I don't recall.  I know when I came on

16  the board, she already was managing that piece of the

17  business.

18     Q.   Okay.  Fair enough.  So is it fair to say

19  then, ma'am, that after an applicant who wants to sell

20  any type of products, such as those we've been

21  discussing, can go online, even back in 2020 and 2021,

22  and obtain an application to fill out and turn into SIK

23  Productions and pay the fee?  And what would happen from

24  there?

25     A.   Each -- each event -- so I will clarify.  So



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

1  on every, what I call first Friday and third Saturday,

2  they're known as art walks.  Today, they're called night

3  markets.  They -- at that given time, those night

4  markets, it was more art-driven, so there was no food of

5  any sorts that was being sold on the street.  So I can

6  talk about -- if you want to talk specifically maybe

7  about ice cream, for the Tuesday market, the -- there

8  were certain guidelines that were set in regards to

9  percentages of each vendor.  So a percentage of how much

10  food was being sold on the street, how much jewelry, how

11  much clothing, each different category, right?  So it

12  wasn't, like, overpopulated by just selling T-shirts on

13  the streets.

14      Q.   Sure.

15      A.   So there was this -- I do not recall exactly

16  what those numbers were, but if somebody were to apply,

17  their application would be reviewed, and if we had space

18  available, and it was within those parameters of meeting

19  the percentage, and we didn't have enough of that

20  category, then they would be receiving an e-mail that

21  they were accepted into the market, and the fees were

22  either collected the day of or they're collected by the

23  month.

24          If, for some reason, we did not have any open

25  spaces, because our -- our paver and spaces along the



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

1  sidewalks are limited, but they were accepted, they

2  would also receive an e-mail that their application has

3  been approved, but that they would be put on a wait

4  list.  And that would be the same, too, if we had too

5  many people selling earrings.  Their application, if it

6  was approved, they would let them know that, currently,

7  we don't have any spaces available, and then once space

8  became available within that category, that we would

9  open that space available to them.

10      Q.  Okay.  Do you know, or can you describe, any

11  other process through which someone who wanted to sell

12  ice cream, or similar type of vending products, in the

13  Waterfront Redevelopment District back in 2020, 2021,

14  other than at special events, can you describe that

15  process?

16      A.  Currently, there -- at -- at that given time,

17  there -- there wasn't a process.  There wasn't -- from

18  my understanding, you know, there wasn't allowed to have

19  public vendors out on public right of ways of any city

20  property.

21      Q.  Okay.  Do you know -- well, were you ever told

22  what the stated purpose or the reason behind that was?

23      A.  The city is very much in support of small

24  businesses.  The Waterfront Redevelopment District is

25  lined with businesses, from restaurants, to retail



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1 stores, to candy shops, ice cream shops. And so they

2 really try to focus on the -- the small businesses that

3 are down there in that area.

4     Q. That are permanently --

5     A. That are permanently located down there.

6 Correct.

7     Q. Are you aware, based on your past experience,

8 of any allowance of food trucks to operate on private

9 property of any business located within the Waterfront

10 Redevelopment District?

11     A. Yes. I mean, I -- I know of, you know, a few

12 examples, but I also know that -- and I still was

13 present on the board when the City of Gulfport passed an

14 ordinance, allowing for food trucks to be present within

15 the City of Gulfport as long as it was on private

16 property, and they had the owner's permission to be

17 there.

18     Q. Do you recall when that occurred?

19     A. I don't recall. I would say maybe around '21,

20 '22, maybe.

21     Q. Okay. Okay. And are you familiar with the

22 restaurant, Pig & The Pole?

23     A. Yes.

24     Q. Okay. Where is that located?

25     A. Well, it was a -- it was a food truck within



**MILESTONE** | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

1  the City of Gulfport.

2      Q.   Okay.

3      A.   Yeah.  It no longer exists, but --

4      Q.   Okay.  And who owned Pig & The Pole, that food

5  truck?

6      A.   Jennifer Kimbrell.

7      Q.   Okay.  Do you know of any times in the past,

8  either 2020 or 2021, that the Pig & The Pole food truck

9  was permitted to sell food on private property in the

10 Waterfront Redevelopment District in Gulfport?

11     A.   I think there was one or two different types

12 of fundraiser events that occurred, and she was on

13 private property next to a retail store called BoTiki.

14 That retail store also owned the empty lot next door to

15 that space, and I know on several different occasions,

16 they would do different types of events and fundraisers,

17 and she was able to set up her food truck on private

18 property and contribute to that fundraiser.

19     Q.   Okay.  Was that, to your knowledge, with the

20 permission of the property owner?

21     A.   Yes.  The special -- or the fundraiser event

22 was driven by that business owner.

23     Q.   Okay.  So the answer would be yes?

24     A.   Yes.

25     Q.   She gave permission?



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    A.    Yes.  She did have permission to be on private

2  property.

3    Q.    Do you recall who that owner was, that

4  property owner?

5    A.    Maddy Gunther and Joe Gunther.

6    Q.    Is it M-A-D-D or M-A-T-T?

7    A.    M-A-D-D-Y.

8    Q.    Okay.  And it's Gunther?

9    A.    Gunther.

10    Q.    Okay.  In this -- strike that.

11        Are you aware of any type of applications that

12  were made to the Gulfport Merchants Association by Jesse

13  Lee at any point in time with regards to seeking

14  permission to sell ice cream in the Waterfront

15  Redevelopment District?

16    A.    We have not received one application for Jesse

17  Lee to participate in any of our events.

18    Q.    Okay.  Never?

19    A.    Never.

20    Q.    Not one?

21    A.    Not one.

22    Q.    Okay.  Do you recall, back in either 2019 or

23  2020, having any type of either telephonic or in-person

24  conversations with Mr. Lee about the process by which he

25  would be able to permissively sell ice cream in the

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  Waterfront Redevelopment District?

2      A.   It -- there's been numerous times.  I mean, I

3  don't recollect one specific conversation.  It was not

4  anything where -- sometimes I've had vendors approach me

5  and ask to sit down and talk to me and understand the

6  process, so it wasn't like a sit down, I want to be in

7  this event, type of thing.

8      Q.   Sure.  Well, tell us how it went down.

9      A.   By him setting up his ice cream cart during

10 the event and him not having been approved space, and

11 letting him know that in order for him to set up there,

12 he would have to be -- fill out an application to be in

13 that event.

14     Q.   Okay.  So we have a record of you calling the

15 city on October 27th of 2020 --

16     A.   Okay.

17     Q.   -- to report that Mr. Lee was impermissibly

18 selling ice cream in the district and that he had not

19 been approved by the association.  Do you recall that?

20     A.   Yes, I do.

21     Q.   Okay.  So my question to you, first, is, prior

22 to October 27th of 2020, had you spoken to Mr. Lee or do

23 you have any memory of speaking to Mr. Lee at all, prior

24 to that?

25     A.   I mean, it -- it was probably -- I -- I have a



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1 vague recollection.  I can't tell you exactly how the

2 conversation went.  Probably just like any of the other

3 conversations I've had with him where it's, you know,

4 him saying that he wants to set up here, and myself

5 saying, you have to apply to be in an event.  So if it

6 wasn't during an actual event, it could have been just

7 us standing out on Beach Boulevard, and him upset, and

8 me just telling him, in order to him -- for him to

9 participate in the event, he had to go online and fill

10 out an application.  I do have a vague memory.  I don't

11 know when it was.  I don't remember exactly how it went

12 down, but I know, prior to that date, there was me

13 instructing him, in order to be in an event, he had to

14 go online and apply for it.

15       Q.   Okay.  Do you recall when that would've been,

16 prior to October 27th of 2020?  If not, that's fine.

17       A.   I -- I don't.  I don't.

18       Q.   Fair enough.  Now, on October 27th, 2020, did

19 you actually speak with Mr. Lee when you saw his ice

20 cream cart or stand in place?

21       A.   Probably not directly, no.  I probably just

22 reached right out to the city.

23       Q.   Okay.  Did you ever meet with Police Chief

24 Vincent and Commander Farrand about that matter?

25       A.   I did.



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1      Q.    Okay.  Was that on Friday, October 30th of

2  2020?

3      A.    Yes.

4      Q.    Okay.  And what was the purpose of that

5  meeting?

6      A.    Just to understand the proper steps that I

7  needed to do, as president of that organization to

8  prevent this from happening again.  I was also very

9  frustrated because this is occurring in front of my

10  business.  He's harassing myself, he's harassing my

11  employees, and he's harassing my customers, and it was

12  taking a tremendous toll.  So I needed to understand if

13  I had -- what proper steps I needed to do, if this were

14  to occur again.

15      Q.    Okay.  Can you give us a little bit more

16  detail about what you described just now as harassment?

17  What exactly occurred, ma'am?

18      A.    I mean, it's -- I -- I don't have exact dates.

19  It's -- it's occurred numerous times.  Ongoing.

20      Q.    Sure.  Right.  But initially, back in --

21      A.    Initially, it's Mr. Lee walking up and down

22  the sidewalk, screaming horrible things about me.

23  Sometimes --

24      Q.    Specifically what, ma'am?  Unfortunately, I

25  have to ask you.  We're all adults here, and so we need

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1  literal statements, if possible.

 2      A.   Numerous times, he's called me, excuse my

 3  language, a cunt, a bitch, ice queen.  I discriminate

 4  against the LGBTQ community, against African Americans.

 5  As he's marched up and down the streets, handing out

 6  flyers with these pictures and with these awful things

 7  said about me on these flyers, he's walked up to my

 8  employees, telling them that he's -- he -- do -- do they

 9  know that they work for somebody that discriminates

10  against them, and there's a reason why all the people in

11  my kitchen are Black, is because I discriminate, and

12  that nobody in the front of the house was Black.  I keep

13  all the Black people in the black of the -- in the back

14  of the house.

15      Q.   Has he ever made any type of homophobic

16  statements towards you?

17      A.   Yes.

18      Q.   Okay.

19      A.   Yeah.  I mean, he's called me a dyke on

20  numerous occasions.

21      Q.   Okay.  Are you a gay, ma'am?

22      A.   Yes, I am.

23      Q.   Okay.  And have you had any type of responsive

24  interaction with him, when he is making these

25  statements?



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     **Toll Free 855-MYDEPOS**

1      A.    Probably the first time.  I don't remember --
2 you know, because I -- maybe the first time I ever met
3 him, but anytime that I see him, I -- I do try to walk
4 away, because I do not want to be exposed to that.  I
5 don't want my customers exposed to that, my employees
6 exposed to it.  But, you know, I try to have as little
7 interaction as possible with him.
8      Q.    Okay.  Just so we understand correctly, on
9 October 27th of 2020, when you called the city to
10 complain about this, Mr. Lee had set up his ice cream
11 stand directly in front of your business?
12      A.    Yes.
13      Q.    On the sidewalk?
14      A.    Yeah.  It was on the city right of way.  It
15 was right by a tree, so it wasn't, like, physically a
16 sidewalk, but yes.
17      Q.    Okay.  But was that type of behavior also
18 being extended to your customers of your business?
19 Would he say anything to your customers?
20      A.    Yes.  Yeah.
21      Q.    Such as?
22      A.    You're eating at a restaurant where the
23 business owner is discriminating against, you know,
24 African Americans, whatever -- what he might have been
25 saying.  He would -- he would call me a dyke to my



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  customers, a cunt.  And, I mean, it's -- it's -- it's

2  very difficult to -- to remember everything that he

3  would say, but -- but it was typically everything, over

4  and over again, so -- I could be walking through a

5  parking lot and pass him, and he'll call me a cunt.

6      Q.   Do you have any idea what you did to deserve

7  that?

8      A.   No.

9      Q.   Do you know if Mr. Lee went to City Hall after

10 that interaction on October 27th of 2020, to complain

11 about you to the city manager or others at City Hall?

12     A.   I don't -- I can't say for sure.  It wouldn't

13 surprise me, but I can't say for 100 percent.

14     Q.   Okay.  Now, notwithstanding the past, if you

15 were -- you were still on the board and Mr. Lee filed an

16 application with the Gulfport Merchants Association for

17 a special events permit in the downtown -- or the

18 Waterfront Redevelopment District, excuse me, would that

19 application be processed just like everybody else?

20     A.   Yes, it would.

21     Q.   Okay.  Would he have to pay a fee, like

22 everybody else?

23     A.   Yes, he would.

24     Q.   Okay.  Has he ever paid a fee?

25     A.   No, he has not.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1      Q.    Because he's never filed an application?

2      A.    He's never filed an application.  I -- I'm not

3  even sure I understand -- I don't -- I -- I don't even

4  think I know the name of his business, as applications

5  were coming through, to even know whether it would've

6  been his.  Especially, like, during Gecko Fest, which is

7  in the middle of the summer, to have an ice cream vendor

8  out there is, you know, beneficial.  Beneficial to that

9  ice cream vendor, beneficial to our customers that visit

10  that location.

11      Q.    But it's hot.

12      A.    It's hot.  They want to sell ice cream.

13      Q.    Okay.  How many other ice cream vendors do you

14  have down there?

15      A.    I mean, there's very -- like I said, we allow

16  a certain amount, but during Gecko Fest, I mean, I would

17  say, between snow cones and ice cream, I mean, five or

18  six, maybe.

19      Q.    Okay.  Do you remember an incident that

20  happened, looks like six or seven days after the October

21  27th, 2020 incident that we were talking about a minute

22  ago, involving Jennifer Kimbrell approaching Mr. Lee's

23  cart in --

24      A.    Yes.

25      Q.    -- in front of Stella's, I believe it was?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1       A.    Yes.  Uh-huh.  Yeah.

2       Q.    And tell us what you recall about that

3    incident.

4       A.    I think I recall him having flyers set up on

5    his ice cream cart.  I don't remember exactly everything

6    that was on that flyer.  Some of it about me.  I

7    remember her approaching the cart, taking one of the

8    flyers off the cart, and walking away.

9       Q.    Okay.  Did you see her tear it up at all?

10      A.    No.

11      Q.    Okay.  Do you recall whether or not the

12   placard or the card, whatever it was, the sign, said

13   something to the effect of, Banno is a bully?

14      A.    Yes.

15      Q.    Do you know why Mr. Lee was calling you a

16   bully?

17      A.    He thinks that I have some kind of power

18   within the city and I'm not allowing him to set up his

19   ice cream cart during these events or on city property.

20   I -- I really don't know.

21      Q.    You don't work for the city?

22      A.    I don't work for the city.  I don't have

23   control over the vendors that we allow in.  All I ask

24   for -- or all I was asked to manage, as being president

25   of the organization, was that they follow the type of


MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  proper rules.  These rules that we set in place, because

2  we have an agreement with the city, through the

3  application process, we're expected to follow those

4  guidelines.  Those guidelines that we put in place are

5  also approved by the city.

6        So I'm -- I'm asked to enforce those rules.

7  The rules are, once we are approved for that

8  application, to hold those host of events, people have

9  to apply.  They have to have proof of insurance.  They

10 have to have the proper steps with the State of Florida,

11 and I have --

12    Q.   They have to pay a fee.

13    A.   They have -- and they have to pay a fee.

14    Q.   And in this particular case, Mr. Lee did none

15 of the above at any point in time in the past; is that

16 correct?

17    A.   That's correct.

18    Q.   Now, do you recall, with regards to that

19 November 3rd, 2020 incident, the one that happened a

20 week or so after the October 27th, 2020 incident we were

21 discussing earlier, do you recall Marilyn Baker, the

22 manager of Stella's, requesting that Mr. Lee be

23 trespassed from her -- from that business?

24    A.   I do.

25    Q.   And was one issued by officer -- well, I don't



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

1  have the officer's name.  Was one issued by a Gulfport

2  police officer, pursuant to Marilyn Baker's request?

3      A.   Yes.

4      Q.   Okay.  And at that point, was Mr. Lee

5  operating or attempting to operate his ice cream cart in

6  front of Stella's?

7      A.   That specific day, I don't remember if he was

8  -- if his ice cream cart was there, but if he was being

9  trespassed, it was so that he no longer stepped on the

10 property of Stella's, where he was harassing my

11 customers and my employees.

12     Q.   Okay.  Now, on that particular day, was he,

13 indeed, abusing your customers, your employees --

14     A.   Yes.

15     Q.   -- verbally?

16     A.   Yes.

17     Q.   Okay.  Similar statements to what you

18 testified to earlier?

19     A.   Yeah.  It's always bully, cunt, and dyke.  Ice

20 queen, I think, he uses, too.

21     Q.   Have you ever tried to sit down and reason

22 with Mr. Lee about this?

23     A.   No.  I would have loved to have.  I will say,

24 as president of the organization, this is probably the

25 only vendor situation I've ever had to get involved in.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  So I can -- at any given time, I recognized some of the

2  vendors, but none of them have ever had to be escalated

3  towards me, because everything was always just being

4  followed.  There were no challenges with our process.

5  Everybody was really respectful.  If there was a certain

6  issue of, maybe they didn't like the space, you know,

7  then that would go to who was ever managing it, and they

8  worked through it.  So this is -- nothing has ever

9  really ever, regarding a vendor, been escalated to me

10 before.

11      Q.   Okay.  So this is literally -- in your nine

12 years on the board, this was the only time you ever had

13 this type of a problematic situation --

14      A.   Yes.

15      Q.   -- with a --

16      A.   Yes.

17      Q.   -- person who's trying to sell stuff down

18 there?

19      A.   Correct.

20      Q.   Have you ever had any type of telephonic

21 contact with Mr. Lee?

22      A.   Not that I recall.

23      Q.   Okay.  Have you ever received any type of

24 harassing pattern of calls, telephone calls, or

25 voicemail messages at your residence?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1      A.   Yeah, on my cell phone.  December 24th, 2023,

2 because of one of the incidences with Jesse Lee and some

3 other people harassing my customers, my business, and it

4 was on the right of way, I did call 911.  When you call

5 911, they ask you for your phone number, so you give

6 your phone number.  You know, I just wanted it recorded,

7 that he was there.  Knowing that he was on public

8 property, I knew that there was nothing that the police

9 were going to be able to do, but then somebody released

10 my phone number on a YouTube video with me making that

11 911 phone call, and I received anywhere from 200 to 250

12 phone calls, threatening my life.

13      Q.   Thereafter?

14      A.   Thereafter, yes.

15      Q.   Do you know who those individuals were?

16      A.   No.  All the calls were blocked and nobody

17 left names.

18      Q.   Okay.  And were there any type of voicemails

19 left or --

20      A.   Yes, there were.  Yeah, because, finally, I --

21      Q.   And there were death --

22      A.   Yeah.  And there were death threats.  And,

23 finally, I had to shut my -- at some point, I shut my

24 phone off.  And so when I turned it on, there was the

25 voicemails on there.



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.   Okay.  Did you save any of those, or did you

2  delete them?

3    A.   I -- I mean, I think I deleted them.  I -- I

4  -- I just went through my voicemail, so I -- I know that

5  they're not on there, so --

6    Q.   And that happened on Christmas Eve of 2023?

7    A.   Christmas Eve, yes.

8    Q.   Anything similar to that type of, you know,

9  telephonic harassment, either before or after that date?

10    A.   Well, I know that prior to me arriving to

11  Stella's on this day of the instance of where I called

12  911 and gave my phone number, I had a -- one of my other

13  managers, Dean Watson, had -- unaware of the -- my

14  relationship with Jesse Lee, had called 911, and also

15  was asked for his phone number.  And on the same day, he

16  also received -- Christmas Eve, also received

17  threatening phone calls, as I did, because his -- his

18  voicemail from 911 was also released.  And he actually

19  just had a baby.  And shortly after Christmas Eve, he

20  resigned from Stella's because of those threatening

21  phone calls.

22        And then once I returned from Christmas

23  vacation -- the incident that I'm speaking of did get --

24  it was very escalated, and it had huge impacts.  And I

25  have very loyal customers.  So a loyal customer of mine,



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  also during this whole incident, unaware to me, also had

2  called 911 and given out his phone number, and I found

3  out, about a year later, that this customer also

4  received threatening phone calls that day, all because

5  of this one incident.

6      Q.   Okay.  Since then, have you had any type of

7  interaction with Mr. Lee?

8      A.   No.  No.  If I see him, I -- I walk the other

9  way.  I have seen him driving -- you know, driving by

10  me, walking by me in a parade, and anytime that happens,

11  he typically will call me names or flip me off.

12      Q.   Okay.  Does he use profanity?

13      A.   Yes.

14      Q.   Okay.  Has he ever called you a fucking bitch?

15      A.   Yes.

16      Q.   Has he ever called you a fucking liar?

17      A.   Yes.

18      Q.   Has he ever called you a fucking lying bitch?

19      A.   Yes.

20      Q.   Has that been done repeatedly, ma'am?

21      A.   Yeah.  It will -- it will not stop, especially

22  if I'm -- if I -- if I'm standing there and he's on

23  public -- public property, he will continue to use all

24  that language, over and over and over again.

25      Q.   Despite you saying nothing to him?

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

1      A.   Yes.

2      Q.   And you've witnessed him doing that similar

3  type of conduct and similar type of -- making similar

4  type of statements to others?

5      A.   Yes, I have.

6          MR. ROPER:  Okay.  Ma'am, I have no further

7      questions.  Thank you.

8          THE WITNESS:  Thank you.

9                CROSS-EXAMINATION

10     BY MS. LAHART:

11     Q.   Ms. Banno, do you want to take a quick break,

12 or do you want to keep going?

13     A.   I'm good.

14     Q.   Okay.  Has Pig & The Pole ever operated on a

15 public street?

16     A.   No.  I mean, not that I'm aware of.

17     Q.   In response to questions from Mr. Roper, you

18 stated there are certain guidelines regarding the

19 percentage of each vendor that would be allowed at the

20 Tuesday market; is that correct?

21     A.   Correct.

22     Q.   Where are those guidelines?  Are they in

23 writing?

24     A.   They are.  They have -- since I am not on

25 there, I believe they've -- they've changed different



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        Toll Free 855-MYDEPOS

 1  types of tool, but I think that it's all part of the

 2  application --

 3      Q.   When you say --

 4      A.   -- I -- I think there are -- it's all part of

 5  the application process.  So when they go on there --

 6      Q.   When you say, they have changed --

 7      A.   I'm sorry.  Go ahead.

 8      Q.   They have changed the rules.  Who's they?

 9      A.   I'm sorry.  The -- the board, the

10  organization.

11      Q.   So the Gulfport Merchants Association decides

12  how many vendors can sell different things?

13      A.   Correct.

14      Q.   And you think that those guidelines are on the

15  application to be a vendor at the Tuesday Market?

16      A.   I know that when I served on the board and was

17  on the board, I can talk to you about that process.  I

18  have not been on the board for the past year, so I don't

19  know if that has changed.

20      Q.   Okay.  Are there specific rules that apply to

21  Tuesday Market?

22      A.   There are.

23      Q.   And those rules are made by the Gulfport

24  Merchants Association?

25      A.   Correct.  It's -- it's their event, so they



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

1 put the rules and the guidelines in place.

2      Q.   All right.

3      A.   The -- I'm sorry.  The rules also -- I mean,

4 there's a wide range of rules.  So it talks about if an

5 event is canceled by the city for whatever reason, or if

6 the event is a rain out, what the refund policy is.  So

7 it's not necessarily just rules about how many vendors

8 per category.  It's -- it's the overall rules of the

9 whole event.

10      Q.   And how would I get a copy of those rules?

11      A.   You can reach out to the president of the

12 organization or even the -- the production management

13 team, which, for Tuesday Market, currently, that's SIK.

14 So right now, different events have different management

15 companies.  I -- I believe that SIK is currently

16 managing the Tuesday Market.

17      Q.   Do you believe that, or you know that?

18      A.   It's changed a lot over the last couple of

19 years, so --

20      Q.   So you're not sure?

21      A.   So I'm not -- I'm not 100 percent.

22      Q.   If I understand your testimony, you said that

23 there are no -- there's no vending on public property

24 because Gulfport wants to protect small businesses from

25 competition.  Was that accurate?



MILESTONE **|** REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      A.   That's -- that's -- that's how I feel, yes.

2      Q.   What makes you feel that way?  Why do you

3 think that?

4      A.   I've -- I've had a long-standing relationship

5 with the City of Gulfport, being president of the

6 organization.  It -- they are very much in support of

7 small businesses throughout their -- throughout the

8 community.  So anytime there was any different type of

9 events coming in, you know, it's all in what's best for

10 the businesses on the streets.  The events are put on

11 the -- the mission statement of the merchants

12 association.  I know I keep using the word, chamber,

13 because that's what it's been the next -- last six

14 years.  The -- the mission statement includes what we

15 can do to bring people to the streets to support small

16 businesses.  And when you hold events and markets like

17 that, it brings people to the streets, to support the

18 small businesses along the streets.

19      Q.   So that's why there's an ordinance that says

20 it's okay for there to be food vending on private

21 property, if it's okay with the owner, but it can't be

22 on public property?

23      A.   That would be my interpretation, yes.

24      Q.   Were you involved in drafting Ordinance 13 or

25 its adoption?  Did you have any input on that?



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      A.   I did not.  I did -- I -- I believe I -- I
2  attended the meeting, and I don't recall -- I can't say
3  for sure whether I got in and -- and talked in favor of
4  it, but I attended the meeting.
5      Q.   What meeting?
6      A.   The city council meeting, when it was voted
7  on. But I had no input in the writing of it, whatsoever.
8      Q.   Did you ever talk to the city manager about
9  it?
10      A.   I have a vague memory, maybe that it was
11  something that they were doing, but I can tell you this:
12  I also served on city council for two years.  Even the
13  city council members do not have any input in writing an
14  ordinance.  You know, they -- they are presented with
15  the ordinances, they review them, and then they vote on
16  it in public.  You know, if they do want something
17  rewritten in that ordinance before they vote on it, they
18  talk about it during a public meeting.  So I would --
19      Q.   When were you on the city council?
20      A.   2011 through 2013.
21      Q.   Did you ever meet with the city manager to
22  discuss mobile food vending?
23      A.   Yes.  I don't remember exactly when, but they
24  were -- I don't know if they were scheduled meetings,
25  but we had numerous conversations about mobile food

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  vending.

2      Q.   Why?

3      A.   As a small business owner, who owns a

4  restaurant, I, personally, am not in favor of mobile

5  food vending.

6      Q.   Did the City of Gulfport share that view?

7          MR. ROPER:  Objection.  Calls for speculation.

8          You can answer, if you know.

9          THE WITNESS:  Not that I recall.

10     BY MS. LAHART:

11     Q.   So I understand that if I wanted to be a

12  vendor at Tuesday Market, I would have to apply to the

13  Gulfport Merchants Association.  Who is it that actually

14  decides whether or not I will be allowed to sell my

15  wares?

16     A.   The management company that -- at that given

17  time, is hired to manage the event.

18     Q.   So the management company decides, based on

19  what criteria?

20         MR. ROPER:  Objection.  Calls for speculation.

21         You can answer.

22         THE WITNESS:  Space availability, percentage of

23      -- if it meets the criteria in regards to, do we

24      have overpopulation of that specific item.  Those

25      are the -- the main two things that they would look

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

1      at.

2         BY MS. LAHART:

3         Q.   Okay.  So space availability and whether

4    there's too much of a certain item being sold?

5         A.   Correct.  And I -- there would probably be

6    another one.  So the other one would be -- I don't know

7    exact -- just follow me on this.  I don't know how to

8    describe it in one certain definition, but longevity of

9    being there.  So if somebody is there throughout the

10   whole season, versus that they just want to come once --

11   you know, once a week, you know, once a month.  We're

12   looking for more consistent vending, so somebody that's

13   going to be coming every week and setting up and

14   breaking down.  So somebody that's been with us and

15   stays throughout the whole season would have precedent

16   over, you know, somebody that's just going to come once

17   a week -- once a month.

18        Q.   Okay.  Is there a fee to apply to be a vendor?

19        A.   There's a fee to participate in the events.

20   And I don't know if there's an application fee.  I can't

21   recall.

22        Q.   Do you know how much the fee to participate in

23   the Tuesday Market is right now?

24        A.   As of today, it's $50 a week.

25        Q.   Who gets that money?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900         www.MILESTONEREPORTING.com         Toll Free 855-MYDEPOS

1      A.    The Gulfport Merchants Association.  They --

2   they get the money, but also, the management team gets a

3   percentage.  So it's a contract that -- the merchants

4   association and the management team have a contract, and

5   a certain percentage pays them for doing their job, and

6   the other money goes to the association.

7      Q.    When you say that the management team gets a

8   percentage for doing their job, what exactly is their

9   job?

10     A.    They manage all the applications coming in.

11  They manage the day of the event.  They do set up,

12  breakdown, make sure that all the vendors are following

13  all their rules.  They're -- they're at the event every

14  week, walking up and down the street.  They work with

15  the board on determining whether they're going to cancel

16  the event, due to other.  It's a laundry list.  They're

17  constantly receiving applications.  So there -- it could

18  be a full-time job because it is a weekly event.  If a

19  vendor, let's say, cancels one week -- let's say, they

20  requested the space for the month and they cancel one

21  week, then they would review the wait list and then put

22  somebody else in that spot.  So it's just a constant

23  management -- managing of the event.

24     Q.    Okay.  You talked about Mr. Lee showing up on

25  October 27th, 2020, with his ice cream cart.  Did you



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  actually see any ice cream?

2      A.   No.  Just the orange cart.

3      Q.   Was he blocking the sidewalk with his ice

4  cream cart?

5      A.   Not that I can recall.

6      Q.   Was the spot that he was in for somebody else?

7  Had somebody else been slotted to use that spot that

8  day?

9      A.   No.

10     Q.   So what was the problem with him being there?

11     A.   He had not applied.  We weren't able to verify

12  that he -- you know, when you apply, you have to provide

13  us with all your licensing.  With ice cream, you -- you

14  need special licensing with the State of Florida and the

15  agriculture department.  You need insurance.  So when

16  people apply, that's something else that the management

17  team also makes sure, that everything is valid.  He did

18  not apply.  We weren't able to verify any of that

19  information, and he did not pay the fee to be there.

20     Q.   Do you know whether he had insurance or

21  whether he was licensed by the state?

22     A.   No, I do not.

23     Q.   Did you ask him?

24     A.   I don't recall.

25     Q.   You talked about meeting with someone named



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1 Farrand.  Did I get that right?

2      A.   I met with somebody?

3      Q.   Police Officer Farrand.

4      A.   I think they mentioned the -- the chief of

5 police and officer -- yeah.  Yeah.  A few days later.

6      Q.   Who did you meet with a few days later?

7      A.   Well, you -- you mentioned it and you asked

8 me. I mean, this was over four years ago.  I don't

9 remember, exactly.

10          MR. ROPER:  Commander Farrand.

11          THE WITNESS:  Commander Farrand.  Yes.

12          MR. ROPER:  And for the court reporter, that's

13 F-A-R-R-A-N-D.

14      BY MS. LAHART:

15      Q.   You met with Commander Farrand.  Was there

16 anybody else at that meeting?

17      A.   Chief Vincent.

18      Q.   Anyone else?

19      A.   Not that I can recall.

20      Q.   What was the purpose of the meeting?

21          MR. ROPER:  Objection.  Asked and answered.

22          You can answer again.

23          THE WITNESS:  Okay.

24          To see what the proper steps were to prevent

25   this from happening again.  Again, I am being



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

1    harassed, discriminated against, verbally abused.

2    And to understand how to handle these type of

3    situations, moving forward.

4    BY MS. LAHART:

5    Q.   And what was the outcome of the meeting?

6    A.   Just an understanding of when he is on public

7  right of way, there's nothing that I can do, and to walk

8  away from the situation.  From a standpoint of the

9  association, that if he were to set up in one of the

10  designated spots that have been approved for the

11  association to have access to, to notify the police and

12  that they would take care of it.

13    Q.   On October 27th, 2020, he wasn't in a

14  designated spot, correct?

15    A.   He was in the -- I -- I don't -- I don't

16  recall if that's actually a designated spot.  It was

17  under a tree, and he was setting up on -- the -- the

18  merchants association has first -- first rights of all

19  the public city areas of that -- on -- on those given

20  days.  So was it a designated spot for a vendor?  No.

21  So it's a very gray line then.  So is it city public

22  right of way, or to the association?

23    Q.   So the association, you think, has the right

24  to control all public right of way in the Waterfront

25  Development --



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

1      A.    I'm not -- I'm not saying -- I'm not saying --

2      Q.    Let me finish my question.

3      A.    Okay.

4      Q.    Do you think that the merchants association

5   has the right to control all public right of way in the

6   Waterfront Development District during special events?

7            MR. ROPER:  I'm going to object to the form of

8       the question.  I think that calls for a legal

9       conclusion.

10           But you can answer.

11           THE WITNESS:  I -- I --

12           MS. LAHART:  Mr. Roper, I would appreciate it

13      if you would stop making speaking objections.

14      Objection to form is perfectly adequate.

15           MR. ROPER:  I specifically lodged an objection

16      that it called for a legal conclusion, so I don't

17      knowm --

18           MS. LAHART:  Right.

19           MR. ROPER:  -- what you're referring to --

20           MS. LAHART:  And what is likely to happen is

21      the witness to say, that's a legal matter.  I don't

22      know.  That's called coaching your witness.  Please

23      stop.

24           MR. ROPER:  It's not coaching the witness.  I'm

25      making a short, concise statement to a poorly worded

MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      question, ma'am.

2           MS. LAHART:  All you need to do is say,

3      objection as to form.

4           MR. ROPER:  If you don't tell me what I can and

5      cannot do.

6           THE WITNESS:  I can't -- I can't say, legally.

7      I can't answer that question legally.

8      BY MS. LAHART:

9      Q.   I thought not.  You talked about all of the

10     threatening phone calls that you got towards the end of

11     December, 2023.  Were any of those from Jesse Lee?

12     A.   Every phone number was blocked, so I could not

13     say.

14     Q.   Did you hear -- would you recognize his voice?

15     A.   Yes.

16     Q.   Do you recall hearing a message from him?

17     A.   I do not recall.

18     Q.   Are the streets closed off for Tuesday Market?

19     A.   No, they're not.

20     Q.   Does -- are vendors that have wheels allowed

21     at Tuesday Market?  Push carts.

22     A.   Yes.

23     Q.   Can you give me any -- do you know of any

24     wheeled vendors that have been allowed?

25     A.   I do not.  You specifically asked for Tuesday



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**

1  Market?

2       Q.   Yes.  Tuesday Market.

3       A.   I do know -- okay.  I do know of other events

4  where there's wheeled carts.

5       Q.   Can you think of any wheeled carts that have

6  been at Tuesday Market --

7       A.   No.

8       Q.   -- at your time with the city?

9       A.   No.  I do not recall.

10      Q.   How many businesses have you owned in

11 Gulfport?

12      A.   I currently own three businesses in Gulfport.

13      Q.   What are they?

14      A.   Stella's.  I own Stella's Sundries, and I own

15 Stella's Divine Wine and Gourmet.

16      Q.   Have you owned other businesses in the past?

17      A.   I do own one -- one other business, but it's

18 not in the City of Gulfport.  And that would be all.

19      Q.   Have you owned other businesses in Gulfport in

20 the past, other than the three that you've just listed?

21      A.   No.

22      Q.   How many times have you filed for bankruptcy?

23      A.   Twice.  Once.

24      Q.   You don't know if it's once or twice?

25      A.   I -- I mean, it was all driven by my ex.  I --



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**

1  once.  Once.

2      Q.   Okay.  I'm going to try to share my screen.

3  Give me just a moment.  Do you see something that says,

4  at the top, "Greetings from Gulfport"?

5      A.   Yep.  Yeah.

6      Q.   Are you familiar with a website run by the

7  Gulfport Merchants Association?

8      A.   Yes.

9      Q.   I will represent to you that this is something

10 that I copied and pasted from that website last night.

11 It says, "To participate, you must make or have a hand

12 in making your products.  Exceptions are local

13 nonprofits and fair trade items."

14         Would you agree with me, that selling ice

15 cream that you've purchased from someone else,

16 wholesale, would not be permitted under this criteria?

17         MR. ROPER:  Objection.  Calls for speculation.

18         You can answer.

19         THE WITNESS:  Can you repeat the question?

20     BY MS. LAHART:

21     Q.   Okay.  What is on the website, regarding being

22 a vendor at Tuesday Market, states, "To participate, you

23 must make or have a hand in making your product."

24         Based on that sentence, would someone be able

25 to sell popsicles or ice cream that they purchased



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1  elsewhere and did not make?

2          MR. ROPER:  Same objection.

3          You can answer.

4          THE WITNESS:  Okay.

5          Based on that statement, I would say no.

6      BY MS. LAHART:

7      Q.   So it would be pretty pointless for Mr. Lee to

8  apply to be a vendor, since he does not make or have a

9  hand in making his products, correct?

10         MR. ROPER:  Objection.  Assumes facts not in

11     evidence.

12         You can answer that.

13         THE WITNESS:  Okay.

14         Based on that being pulled off the website last

15     night, I would agree.  However, I have not served on

16     the board for a year, and I can't recall if that was

17     during that time.

18     BY MS. LAHART:

19     Q.   So you don't know whether or not, during your

20  tenure as the president, vendors were allowed to sell

21  products that they did not make or have a --

22     A.   I don't -- I don't remember if it was worded

23  exactly like that.  No, I do not.

24     Q.   Would you agree with me that the Tuesday

25  Market has a preference for handmade products?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

1      A.   As it's written there, and as of today, yes.

2      Q.   Is that something new?

3      A.   I -- I can't recall.  I -- for me, you know, I

4  know that, in the past, I've had ice cream vendors

5  during the Tuesday Market.  So you know, I can't

6  remember, word for word, what those -- what that was

7  written at four or five years ago.

8      Q.   Thank you.  Do you know if the Gulfport

9  Merchants Association has to follow the city's human

10  rights ordinance?

11     A.   Yes, they do.

12     Q.   Does the city tell the merchants association

13  how much you can charge vendors?

14     A.   No, they do not.

15     Q.   Do you enter into a contract with the

16  individual vendors?

17     A.   Yes.

18     Q.   When you were involved, did you ever permit

19  vendors with wheel-based parts to participate in the

20  Tuesday Market?

21     A.   I don't recall.  I do know there was never any

22  discussions in regards to rules on the type of equipment

23  that they would use to set up.  For example, if we have

24  kettle corn, right, they're allowed to bring their

25  equipment in to set up and sell kettle corn.  That's



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  different from somebody setting up a table with jewelry

2  or clothes racks.  From a vendor, the only thing we

3  required were the proper paperwork of the insurance,

4  proper licensing through the state, the application, and

5  the agreement to pay the fees.

6         MR. ROPER:  Can we take a bathroom break?

7     Mr. Lee needs a --

8         MS. LAHART:  Sure.

9         MR. ROPER:  -- bathroom break.

10        MS. LAHART:  Absolutely.

11        THE VIDEOGRAPHER:  All right.  One moment,

12    please.  The time is --

13          (A recess was taken.)

14        THE VIDEOGRAPHER:  We are back on the video

15    record.  The time is 11:40 -- I mean, 11:34 a.m.

16    BY MS. LAHART:

17     Q.   Ms. Banno, was there ever a time that someone

18  could get a paper application to be a vendor?

19     A.   Not that I can recall.  Not while I was on the

20  board.

21     Q.   So it's always been online?  There's never

22  been an opportunity to apply by submitting a paper

23  application?

24     A.   Not that I can recall, no.

25     Q.   Were you aware that Mr. Lee had gone to local



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     **Toll Free 855-MYDEPOS**

1  businesses in the Waterfront Redevelopment District and

2  asked if they had a problem with him selling ice cream?

3      A.   No, I did not.

4      Q.   Did you ever receive a copy of a petition

5  signed by other business owners that said that they did

6  not object to mobile food vending?

7      A.   If I did, I do not remember.

8      Q.   Okay.  Did you check to make sure that the Pig

9  & The Pole was licensed and insured before you allowed

10 it to operate outside your business?

11     A.   The Pig & The Pole did not set up outside of

12 my business.

13     Q.   Do you know if the Pig & The Pole was licensed

14 and insured?

15     A.   I can't speak on behalf of them.  I mean -- I

16 mean, I know she was so --

17          I mean, it's hearsay or whatever, but I do

18 know she was licensed.

19     Q.   Okay.  Have you ever --

20     A.   They actually did -- they -- they -- it's just

21 coming back to me.  Sorry, I don't mean to interrupt.

22 The health inspection happened in front of my

23 restaurant.  Yeah.

24     Q.   Why did it happen in front of your restaurant?

25     A.   Well, you have to, like, park your -- when you



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

1 get inspected by the State of Florida for mobile

2 vending, you know, they have to see that it's on wheels.

3 So she parked it in the space.  The health inspector

4 came out, did the inspection, and she left.  So it just

5 happened to be parked in front of the restaurant.

6      Q.   Have you ever made any complaints in writing

7 regarding Mr. Lee's name-calling and harassment?

8      A.    In writing, I do not think so.  If I've had

9 conversations with the police, it's -- they remind me,

10 it's his First Amendment rights.

11      Q.   So you've never made a written report

12 regarding his conduct?

13      A.   No, I have not.

14        MS. LAHART:  I have no further questions.

15               RE-DIRECT EXAMINATION

16      BY MR. ROPER:

17      Q.   I just have a couple of follow up cross-

18 examination questions, Ms. Banno.  You will recall the

19 line of questioning before we took a break last, whereby

20 you were shown a Gulfport Merchants Association

21 letterhead notice about ice cream.

22      A.   Uh-huh.

23      Q.   My question to you is this: In the nine years

24 that you served on the Gulfport Merchants Association

25 board, or in the six years that you served as its

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1 president, do you recall ever making any distinction

2 whatsoever with regard to ice cream sales, as to whether

3 it was purchased from elsewhere, such as a Costco or a

4 supermarket, versus making your own ice cream fresh?

5     A.   Never.

6     Q.   Okay.  So the letter that you were shown by

7 Ms. Lahart, the -- is that the first time you were aware

8 of that position?

9     A.   I would have to say, yes.  Is it new?  I -- I

10 can't say for sure, to be honest with you.  I just --

11 you know, they've been through a lot of changes in the

12 past year, so it looks new to me, but I'm not going to

13 say, 100 percent, that it was, in fact, that way when I

14 -- when I served, because I -- I -- I just don't

15 remember.  I don't remember every detail.  I mean, this

16 was just one little, small aspect of my job as president

17 of that organization, and so attention to that detail, I

18 can't recall.  I'm sorry.

19     Q.   Did you, though, ever personally reject an

20 application, in your nine years on that board, simply

21 because it wasn't handmade or homemade or fresh made --

22     A.   No.

23     Q.   -- by that vendor --

24     A.   No.

25     Q.   -- when it comes to ice cream?



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1        A.    No.

2        Q.    Okay.  Have you ever witnessed Jesse Lee

3   verbally abusing police officers, in your presence?

4        A.    Yes.

5        Q.    On how many occasion?

6        A.    Numerous.  I can't even count.

7        Q.    Okay.  And in those occasions, did he use

8   profanity?

9        A.    Yes.

10        Q.    Do you recall any specific statements that he

11   would've made towards police officers, in your presence?

12        A.    Fucking pig.

13        Q.    Anything else?

14        A.    The rants are always just the same, whether it

15   be Farrand, where she was called a dyke, to -- you know

16   -- I -- I can't -- it's all kind of bottled up in my

17   head.  I mean, it's all the same rants I hear over and

18   over again.

19        Q.    Okay.  Have you ever witnessed Mr. Lee

20   verbally abusing public officials from the City of

21   Gulfport?

22        A.    Yes.

23        Q.    Can you give us an example, or more?

24        A.    Whether they're riding their bikes down the

25   street, calling them a bitch, or a faggot, to another



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  council member, who's gay, on -- on the city council, to

2  screaming profanities of bitch, fucking bitch, cunt,

3  over and over again.  And then a lot of times, he's also

4  yelling about, you know, everything that we're doing,

5  discriminating against him.

6      Q.   Who is the public official that he called a

7  "faggot"?

8      A.   Council Member Paul Ray, who recently stepped

9  down.

10     Q.   Are you aware of the reason or reasons that

11  Councilman Ray stepped down?

12         MS. LAHART:  Objection.  Calls for speculation.

13     BY MR. ROPER:

14     Q.   You can answer.

15     A.   The current political climate change has taken

16  a toll on him and his family.

17     Q.   Okay.  Has Mr. Ray ever indicated to you that

18  one of the reasons he stepped down as a city councilman

19  for the City Council of Gulfport was because of Jesse

20  Lee?

21     A.   Yes.

22     Q.   What specifically did Mr. Ray tell you?

23     A.   The constant harassment, name-calling that he

24  goes through, has taken a toll on him, mentally, as well

25  as his family.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1     Q.   Okay.  Have you ever witnessed Mr. Lee

2  verbally abusing the Gulfport city manager, Mr. James

3  O'Reilly?

4     A.   Yes.

5     Q.   On how many occasions, ma'am?

6     A.   A few occasions.

7     Q.   Okay.  And what was said in these encounters

8  that you witnessed?

9     A.   Calling a bully, yelling and screaming about

10 his rights.  Yeah.  Just more profanity.

11    Q.    In all of the time that you have lived in the

12 city of Gulfport, Ms. Banno, can you give us a statement

13 as to whether or not Gulfport City Hall has been

14 historically supportive of gay rights?

15    A.   Very much so --

16         MS. LAHART:  Objection.

17         THE WITNESS:  I'm sorry.  I'm sorry.  Go ahead.

18         MS. LAHART:  Objection as to form.

19         You can answer.

20    BY MR. ROPER:

21    Q.   Yes, ma'am.  Go ahead.

22    A.    Never.  I've always felt welcome there.  They

23 do have the Human Rights Ordinance.  Before same sex

24 marriage was approved at the federal level, I sat on

25 council, where I requested the City of Gulfport to pass

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900         www.MILESTONEREPORTING.com         Toll Free 855-MYDEPOS

1  a domestic partner registry.  We -- the City of Gulfport

2  was the first in Pinellas County to pass this registry

3  with a vote of five to zero.

4      Q.   Okay.  So in your experience, would you agree

5  that, historically, City Hall, in Gulfport, has been

6  supportive of gay rights?

7      A.   Yes.  Absolutely.

8      Q.   Have you -- do you recall an incident on

9  February 13th of 2021, at the Art Village Courtyard,

10 where Mr. Lee was taunting businesses from the right of

11 way?

12     A.   Yes.

13     Q.   Okay.  Do you recall Mr. Lee being trespassed

14 from three different locations that day?

15     A.   Yes.

16     Q.   Can you tell us what you know about that

17 incident?

18     A.   From what I recall, the -- the courtyard

19 consists of many different businesses.  They're not

20 necessarily all connected.  I believe this incident

21 might have been directed towards The Gabber, a small

22 local newspaper, whose business resides in the

23 courtyard.  I'm -- I'm not 100 percent.  But he wasn't

24 necessarily on Stella's part of the courtyard, but he

25 was walking around there, harassing customers, saying

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

1  derogatory things about other businesses in the area,

2  and the police were called.  And in order to keep him

3  off of the courtyard property as a whole, multiple

4  businesses had to agree to trespass him, and at that

5  time, they all agreed to trespass him from their

6  business, specifically.

7      Q.   Okay.  Do you remember Officer Mills, Police

8  Officer Mills, responding to that call?

9      A.   Yes.  Yes, I do.

10     Q.   Do you remember Mr. Lee becoming irate with

11 Officer Mills?

12     A.   I do.

13     Q.   Do you recall him becoming argumentative and

14 using profanity with Officer Mills?

15     A.   I do.

16     Q.   Do you recall what was said?

17     A.   I don't remember everything that was said, no.

18     Q.   Okay.  But you recall profanity and --

19     A.   Yes.  Profanity and bullying, lots of F-words.

20          MR. ROPER:  That's all I have.  Thank you,

21     ma'am.

22          Any further questions, Ms. Lahart?

23          MS. LAHART:  No further questions.

24          MR. ROPER:  Ma'am, you have the right to read

25     your deposition.  We're concluded now, but while



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

1    we're on the record, I'll tell you that you have the

2    right to read your deposition.  It will be typed up

3    and transcribed.  You also have the right, if you

4    would like to read it.  You can also waive or give

5    up the right to read it, but if you read it, you

6    have the right to fill out an errata sheet with

7    blanks for page and line numbers, to the extent when

8    you're reading the transcript, you spot any errors

9    or irregularities in the transcript.

10        THE WITNESS:  Okay.

11        MR. ROPER:  That blank errata sheet gives you

12   the opportunity to write in, on a page number or a

13   line number, or wherever you think that error or

14   irregularity in your typed up transcript exists, and

15   you sign the bottom line, date it, and return it to

16   the court reporter.

17        THE WITNESS:  Okay.

18        MR. ROPER:  All we need to know now is whether

19   you would like to read your deposition, or you would

20   like to waive the reading of your deposition.

21        THE WITNESS:  I will waive the reading.

22        MR. ROPER:  Okay.

23        THE VIDEOGRAPHER:  Perfect.  And before we get

24   off record, would you like to order the transcript?

25        MR. ROPER:  Yes, ma'am.



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1          THE VIDEOGRAPHER:  Do you want it synced to the

2     video?

3          MR. ROPER:  Yes, ma'am.

4          THE VIDEOGRAPHER:  All right.

5          And, Ms. Lahart, would you like to order the

6     transcript at this time?

7          MS. LAHART:  No, thank you.

8          THE VIDEOGRAPHER:  Would you like to order the

9     video at this time?

10         MS. LAHART:  No, thank you.

11         THE VIDEOGRAPHER:  All right.  One moment. I'll

12    get us off the record.

13              (Deposition concluded at 11:52 a.m. ET)

14

15

16

17

18

19

20

21

22

23

24

25



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1                  CERTIFICATE OF OATH

2

3

4   STATE OF FLORIDA

5   COUNTY OF ORANGE

6

7

8        I, the undersigned, certify that the witness in the

9   foregoing transcript personally appeared before me and

10  was duly sworn.

11

12  Identification:  Produced Identification

13

14

15

16

17  _____

18        CHALEN CAFIERO

19        Court Reporter, Notary Public

20        Commission Expires: 08/08/2028

21        Commission No. HH 579949

22

23

24

25



**MILESTONE │ REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1                    C E R T I F I C A T E

2

3

4

5

6       I,  CHALEN CAFIERO, Court Reporter and Notary

7  Public, do hereby certify that I was authorized to and

8  did report the foregoing proceeding, and that said

9  transcript is a true record of the said proceeding.

10

11      I FURTHER CERTIFY that I am not of counsel for,

12  related to, or employed by any of the parties or

13  attorneys involved herein, nor am I financially

14  interested in said action.

15

16  Submitted on: February 27, 2025.

17

18

19

20          *Chalen Cafiero*

21  _____

22          CHALEN CAFIERO

23          Court Reporter, Notary Public

24

25



**MILESTONE** | **REPORTING  COMPANY**
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**       **www.MILESTONEREPORTING.com**       **Toll Free 855-MYDEPOS**