407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

MILESTONE I REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

**ORIGINAL**

1   UNITED STATES DISTRICT COURT

2   MIDDLE DISTRICT OF FLORIDA

3   TAMPA DIVISION

4   CASE NO.: 8:23-cv-02996-VMC-AEP

5

6   JESSE LEE,

7   Plaintiff,

8

9   V.

10

11  CITY OF GULFPORT,

12  Defendant.

13

14

15

16

17

18

19

20  DEPONENT:  SUZANNE KING

21  DATE:      FEBRUARY 26, 2025

22  REPORTER:  ALESSANDRA DA PRA

23

24

25

401 EAST JACKSON STREET,
SUITE 2370
TAMPA, FL 33602

315 EAST ROBINSON STREET,
SUITE 510
ORLANDO, FLORIDA 32801
CORPORATE

<pre>
 1                    APPEARANCES

 2

 3  ON BEHALF OF THE PLAINTIFF, JESSE LEE:

 4  Marcy I. LaHart, Esquire

 5  Marcy I. LaHart, P.A.

 6  240 Southeast Tuscawilla Road

 7  Micanopy, Florida 32667

 8  Telephone No.: (352) 545-7001

 9  E-mail: marcy@floridaanimallawyer.com

10   (Appeared via videoconference)

11

12  ON BEHALF OF THE DEFENDANT, CITY OF GULFPORT:

13  Donovan Roper, Esquire

14  Roper and Roper, P.A.

15  116 North Park Avenue

16  Apopka, Florida 32703

17  Telephone No.: (407) 884-9944

18  E-mail: donroper@roperandroper.com

19   (Appeared via videoconference)

20

21  Also Present: Kelley Roper, Paralegal

22

23

24

25
</pre>



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1                          INDEX

2                                          Page

3

4   PROCEEDINGS                              5

5   DIRECT EXAMINATION BY MR. ROPER          6

6   CROSS-EXAMINATION BY MS. LAHART          23

7   REDIRECT EXAMINATION BY MR. ROPER        32

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1                    STIPULATION

2

3

4  The deposition of SUZANNE KING was taken at MILESTONE

5  REPORTING COMPANY, 315 EAST ROBINSON STREET, SUITE 510,

6  ORLANDO, FLORIDA 32801, via videoconference in which all

7  participants attended remotely on WEDNESDAY the 26th day

8  of FEBRUARY 2025 at 1:02 p.m. (ET); said deposition was

9  taken pursuant to the FEDERAL Rules of Civil Procedure

10 It is agreed that ALESSANDRA DA PRA, being a Notary

11 Public and Court Reporter for the State of FLORIDA, may

12 swear the witness and that the reading and signing of

13 the completed transcript by the witness is not waived.

14

15

16

17

18

19

20

21

22

23

24

25



MILESTONE **|** REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1           PROCEEDINGS

2           THE REPORTER:  We are now on the record.  Will

3      all parties, except for the witness, please state

4      your appearance, how you're attending, and your

5      location?

6           MS. LAHART:  Marcy LaHart, counsel for the

7      plaintiff.  Attending from Tacoma, Washington.

8           MR. ROPER:  And this is Donovan Roper for both

9      defendants, the City of Gulfport and James O'Reilly.

10     Appearing from my office in Apopka, Florida.

11          THE REPORTER:  And, for the record, we also

12     have Counsel Kelley Roper, correct?

13          MR. ROPER:  She is one of our paralegals in our

14     office, yes.

15          THE REPORTER:  Thank you.  I appreciate it.

16     And, Ms. King, can you please state your full name

17     for the record?

18          THE WITNESS:  Suzanne King.

19          THE REPORTER:  Thank you.  And I have already

20     checked the witness' ID off the record.  Do all

21     parties agree that the witness is, in fact, Suzanne

22     King?

23          MR. ROPER:  Yes.

24          THE REPORTER:  Counsel LaHart?

25          MS. LAHART:  Yes.



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1          THE REPORTER:  Thank you.  Ms. King, can you

2     please raise your right hand?  Do you solemnly swear

3     or affirm that the testimony you're about to give

4     will be the truth, the whole truth, and nothing but

5     the truth?

6          THE WITNESS:  Yes.

7          THE REPORTER:  Thank you.  You may begin.

8               DIRECT EXAMINATION

9          BY MR. ROPER:

10     Q.   Can you state your name for the record please,

11 ma'am?

12     A.   Suzanne King.

13     Q.   Ms. King, my name is Donovan Roper.  I have

14 the pleasure of representing the City of Gulfport and

15 also James O'Reilly in a federal civil rights lawsuit

16 that has been filed against the City and Mr. O'Reilly by

17 Jesse Lee.  We've scheduled and we're taking your

18 deposition here today via Zoom.  And my first question

19 to you is, have you ever had your deposition taken

20 before?

21     A.   Yes.

22     Q.   Okay.  How many times, ma'am?

23     A.   Once.

24     Q.   Okay.  And what type of case was that in?

25     A.   I believe it was this same case.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1     Q.   Okay.  Was it in a -- one of the cases that

2 involved Mr. Lee --

3     A.   Yeah.  It was at the --

4     Q.   -- by the State of Florida?

5     A.   Yes.  It was at the courthouse.

6     Q.   Okay.  And were you actually called in for a

7 deposition or were you called in to testify at trial?

8     A.   I was called in to testify.

9     Q.   At trial in the courtroom?

10     A.   Yes.

11     Q.   Okay.  And was that trial relative to the

12 permit violations that were levied against Mr. Lee by

13 the State of Florida?

14     A.   I -- I'm not sure, but it was regarding the

15 same subject.  So I don't know if it was the city or the

16 Merchants Group.  It was a long time ago.

17     Q.   Okay.  No problem.  Well, today is just a

18 series of questions and answers.  If you don't recall,

19 or you don't remember, or you don't know the answer to

20 our question, please just tell us that.  You know,

21 given --

22     A.   Okay.

23     Q.   -- the passage of time, memories and

24 recollections fade, and so you're not expected to know

25 and remember everything.  And it's perfectly answer --

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1 or it's perfectly acceptable to answer, I don't know, I

2 can't recall, I don't remember, or, I simply do not

3 know, okay?

4     A.   Okay.

5     Q.   Just like you are doing so far, if you could

6 let me finish my question before you answer.  That gives

7 Ms. LaHart an opportunity to jump in and render an

8 objection to the extent she feels that one of my

9 questions is objectionable.  Just because she objects,

10 though, doesn't mean that you shouldn't go ahead and

11 answer the question, unless you're instructed not to,

12 okay?

13     A.   Okay.

14     Q.   So if a lawyer objects, we're not telling you

15 not to answer the question.  We're just objecting for

16 the record and then you can go ahead and answer, okay?

17     A.   Okay.

18     Q.   And just like you have been doing so far, if

19 you can answer out loud.  Try to enunciate as much as

20 possible so that the court reporter can pick up what

21 your testimony is with specificity.  Try to avoid the

22 uh-huhs and the uh-uhs because we -- you know, we can't

23 really tell whether that's an affirmative or negative

24 answer or somewhere in between.

25     A.   Got it.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1      Q.   Okay.  What is your current residential

2  address, ma'am?

3      A.   I live at 5225 15th Avenue South in Gulfport,

4  Florida.

5      Q.   Okay.  How long have you lived in Gulfport,

6  ma'am?

7      A.   I've lived in Gulfport since 1998.

8      Q.   Okay.  And how are you currently employed?

9      A.   I am self-employed.

10      Q.   Okay.  What is the name of your business?

11      A.   SIK Promotions, Incorporated.

12      Q.   And can you describe for the judge and/or the

13  jury that will be listening to your testimony what SIK

14  Productions does?

15      A.   It's SIK Promotions.

16      Q.   I'm sorry.  Excuse me.

17      A.   And we are event planners.  We plan and -- we

18  coordinate, plan, and execute events and festivals

19  throughout Pinellas County.

20      Q.   And is the City of Gulfport a customer or a

21  client of SIK Promotions?

22      A.   Technically, no.  I work for the Gulfport

23  Merchants Chamber of Commerce.  I work for another

24  organization called Gulfport Pride.  All of the events

25  that we do through the city, they need to be applied for

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  through a local nonprofit.  So my company is a for-

2  profit company, so I do not apply for those events

3  through the city.  The organizations that I work for

4  would be the applicants.

5      Q.   I see.  And who are some of these

6  organizations?

7      A.   Gulfport Merchants Chamber of Commerce.  They

8  were previously known as the Gulfport Merchants

9  Association.  Gulfport Pride and Gulfport Get Rescued.

10  I've also done some work for So49.  And I -- I think

11  that's it.

12      Q.   Okay.  Now, back in 2019, the year 2019, were

13  you conducting any type of planning events, whether it's

14  special events or other events that were occurring in

15  the Waterfront Redevelopment District in Gulfport for

16  the Gulfport Merchants Association?

17      A.   Yes.

18      Q.   Okay.  And do you recall being approached in

19  the year 2019 by Jesse Lee with regards to operating an

20  ice cream stand or cart in Gulfport?

21      A.   Yes.

22      Q.   Do you recall if he approached you in 2019 or

23  whether he approached you in 2020?

24      A.   I don't recall.

25      Q.   Okay.  Do you recall having Facebook



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900            www.MILESTONEREPORTING.com            Toll Free 855-MYDEPOS

1 conversations, or conversations with him via Facebook

2 back and forth?

3     A.   Yes.

4     Q.   Okay.  And did you save some of those Facebook

5 posts?

6     A.   Yes.

7     Q.   Okay.  And some of the Facebook posts, and we

8 can share if need be, but I've got some going back to

9 April 25 of 2020.  Do you know if you have any Facebook

10 posts or conversations of -- Facebook conversations that

11 you would've had with Mr. Lee prior to April of 2020?

12     A.   I -- I don't know.  I think that I saved

13 everything that was in the conversations.  I could take

14 another look.

15     Q.   Well, that's -- it's okay.  We'll move

16 forward.

17         Let me ask you: Do you recall ever meeting in

18 person with Mr. Lee either in 2020 or 2019?

19     A.   No.

20     Q.   Okay.  Have you ever met him personally?

21     A.   Yes.

22     Q.   Okay.  How is it that you first came into

23 contact with Jesse Lee with regards to his inquiries of

24 you?

25     A.   The event questions that he asked me were

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  through the Facebook.  I don't remember when I first met

2  him in person.  But all of his questions to me were

3  through the Facebook post.

4      Q.   Okay.  So I'm looking at a Facebook post from

5  August 4 of 2020, at 6:12 a.m.  And it's from Jesse Lee

6  to you.  It says, "Never heard back from you.  Need to

7  know who I can trust and who to eliminate from my life.

8  So what events do you run here for the town?"  Do you

9  recall that?

10     A.   Yes.

11     Q.   Okay.  The response says, "Good morning,

12 Jesse.

13          As you know, all of our events are on pause

14 for the time being.  For the record, the Gulfport events

15 we manage are Get Rescued, SpringFest, and GeckoFest."

16 And then it says, in parentheses, "(large scale), and

17 Art Walk and Tuesday Market.  We have no idea when these

18 events will open again.  Both of us were forced to get

19 full- time jobs since we might not be working events

20 until summer/fall 2021."  My question to you is: Do you

21 recall sending that e-mail or Facebook reply to him --

22     A.   Yes.

23     Q.   -- on August 4th?

24     A.   Yes.

25     Q.   Now, when you said in that text or Facebook



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1 text "all of our events are on pause for the time

2 being," what were you referring to?

3      A.   All of the events were canceled due to COVID,

4 so it was all of them.

5      Q.   Okay.  So this would've been in early August

6 of 2020 in the middle of the COVID lockdown, correct?

7      A.   Correct.

8      Q.   And is that why you were referring to the fact

9 that you were forced to get full-time jobs --

10     A.   Correct.

11     Q.   -- since you might not be working events until

12 the summer or fall of 2021 because of COVID?

13     A.   Yes.

14     Q.   So does that help jog or refresh your memory

15 as to when it was that Mr. Lee would've first reached

16 out to you with his question as to, so what events do

17 you run here for the town?

18     A.   I don't remember exactly.  But we had an

19 application process in order to be able to participate

20 in the events.  And so I'm not sure if he never applied

21 because they were shut down because of COVID or -- or

22 what the reason was, but he just -- he didn't apply. And

23 the initial conversation was he wanted to participate in

24 the Art Walks and the Tuesday Market. And at the time,

25 and I -- I guess still to this day, we didn't allow any

MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  mobile vendors, which was classified as anything on

2  wheels.

3          So he -- I had told him that he could do the

4  bigger, large-scale events where we closed off the

5  street, we were allowed to have mobile vendors.  But we

6  didn't do that at Art Walk or Tuesday Market.  That's

7  how I remember the whole conversation, and that's how it

8  all started.

9      Q.   Okay.  Would this have been only by Facebook

10 communication back and forth texting or would there have

11 been telephone calls?

12     A.   There may have been a telephone call.  I don't

13 remember.  I usually only conduct business via e-mail

14 because I can't -- there's too many ways for people to

15 contact and I like to be able to have a paper trail.  So

16 I'm not sure if any e-mails were sent.  I would have to

17 look.

18     Q.   Okay.  Fair enough.  Can you back up and

19 explain for the judge and the jury in this case, back in

20 2020, the year of 2020, and then into 2021, how someone,

21 if they wanted to be a vendor at a special event in the

22 City of Gulfport, how would one go about obtaining a

23 permit to perform vending services at one of those

24 events?

25     A.   We have an online application process.  So



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  that person would create a profile, basically, which

2  gives us a product description, contact information, and

3  photos of what they would like to sell.  And they would

4  also pay online.  And then for anyone with food, they

5  would be in the pending status until we received their

6  insurance and -- insurance documents and either an FDACS

7  permit or a DBPR permit.

8      Q.   Okay.  And where would one find that

9  application?  Would that be on -- online for the

10  Gulfport Merchants Association, or would that be with

11  SIK Promotions?

12     A.   That was all through SIK Promotions.

13     Q.   Okay.  And would one find the SIK Promotions

14  link on a website for the Gulfport Merchants Association

15  back in 2020 or 2021?

16     A.   I -- I don't -- I don't recall.

17     Q.   Okay.  But would you be the individual or the

18  person that an applicant for vending services at a

19  special event in Gulfport in the Waterfront

20  Redevelopment District would go to and file the

21  application with?

22     A.   Yes.  Actually, for the Gulfport Tuesday Fresh

23  Market, it was Manage My Market.  That one was available

24  through the Gulfport Merchants Association.

25     Q.   Okay.



**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**         **www.MILESTONEREPORTING.com**         **Toll Free 855-MYDEPOS**

1      A.    All of the rest of them would've gone through

2   me.

3      Q.    Okay.  So if somebody applied to the Gulfport

4   Merchants Association, they would've been referred over

5   to you for handling that application, fair enough?

6      A.    At -- at that time, they would've been

7   referred to Susan Blankenship, who was the market

8   manager at the time.  I was the assistant manager.

9      Q.    For SIK Promotions?

10     A.    For Gulfport Tuesday Fresh Market.

11     Q.    I see.  Okay.

12     A.    If they applied through SIK Promotions, that

13  would all go through me.

14     Q.    Okay.  Now, you mentioned earlier that Jesse

15  Lee never filed an application for any type of permit

16  for a special event or any other event in the Waterfront

17  Redevelopment District in Gulfport; is that correct?

18     A.    To my knowledge, that's correct.  Nothing ever

19  came through me.  It is quite possible that he sent one

20  through Manage My Market, but I -- I do not know.  I

21  don't believe so.

22     Q.    Now, I'm looking at a Facebook text or e-mail.

23  I'm not sure what -- how you refer to them on Facebook.

24  But there is a Facebook post that you ask, "Have you

25  ever even applied for one of our shows?  You would need

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  to apply, pay, and get approved before attending.  Have

2  you ever applied to a festival?"

3          And Mr. Lee's response was, "Again, I was told

4  immediately that the city manager was advising you all

5  not to allow any food trucks or carts in, which seems to

6  line up with what you said at the beginning of our

7  conversation, because I had wheels, I wasn't permitted,

8  period.  Now you're asking me if I've filed for an

9  application, for some odd reason, when you already

10  admitted we wasn't allowed in.  So how do I apply for

11  something if I wasn't allowed to do two wheels?"  Do you

12  recall that conversation on Facebook?

13      A.   Yes.

14      Q.   Okay.  Does that align with your memory or

15  recollection of the conversation in which you had asked

16  Mr. Lee had he ever even filed an application, and he

17  responded in the negative?

18      A.   I'm not sure if I replied to that actual

19  message, but I had told him at some point previously, I

20  believe, that we -- we could have them at the large-

21  scale events.  So that would be Get Rescued, SpringFest,

22  and GeckoFest.

23      Q.   Did you tell him, but he had to apply for

24  those events?

25      A.   Yeah.  Yes.



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1     Q.    Okay.  Did he tell you that he had ever

2 applied for any of those events?

3     A.    No.

4     Q.    Did Mr. Lee get frustrated over the course of

5 the back-and-forth Facebook communications with you?

6     A.    Yes, he certainly did.

7     Q.    Okay.  Did you, at some point, send him a

8 Facebook message to the effect that, "You are beating me

9 up for something beyond my control.  Do what you think

10 is the right thing.  I'm not the decision maker.  I work

11 for an organization who tells me what they want, then I

12 do the work the best I can."  Do you recall telling him

13 that?

14     A.    Yes.

15     Q.    Did he accuse you of discriminating against

16 him?

17     A.    I -- I'm not sure if he accused me exactly,

18 but there -- he has accused the organization of

19 discrimination.

20     Q.    The Gulfport Merchants Association?

21     A.    Yes.

22     Q.    Do you know why he has accused them of

23 discriminating against him?

24     A.    I don't know why.

25     Q.    Did Mr. Lee ever call you any type of profane

MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1 names, ma'am?

2     A.   Yeah, he has.

3     Q.   What type of names has he called you, if you

4 don't mind?

5     A.   I'm not exactly sure what names, but he has

6 driven by my house, yelled out the window, scared me in

7 another neighborhood just driving by, like, yelling and

8 looking at me with crazy eyes.  And every -- and I saw

9 him recently and he gave me a look that was very scary.

10 I -- I didn't want to leave the store.  I waited until I

11 saw his vehicle pull out before I left the store and got

12 into my vehicle.

13     Q.   Ma'am, I hate to use the terminology, but has

14 he ever called you a cunt?

15     A.   I'm sure he has.

16     Q.   And has he ever yelled that out loud in public

17 in your direction?

18     A.   Probably.

19     Q.   Have you heard him refer to Barbara Banno by

20 similar terms?

21     A.   No.  Not personally.

22     Q.   Do you ever recall having any conversations

23 with Jim O'Reilly, the city manager for Gulfport, with

24 regards to Mr. Lee and his application to -- or his

25 desire, I should say, to sell ice cream in the



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   Waterfront Redevelopment District in Gulfport?

2        A.   I don't recall.

3        Q.   Okay.  Do you ever recall Mr. O'Reilly calling

4   you and asking you to do all you could do to help Mr.

5   Lee on processing an application for ice cream vending

6   services?

7        A.   I don't recall.

8        Q.   Do you recall Mr. O'Reilly ever having a

9   conversation with you in which he asked you not to issue

10  Mr. Lee a permit for ice cream sales?

11       A.   No.  He would never do that.

12       Q.   So your testimony is that Mr. O'Reilly has

13  never asked you to decline or to refuse to issue Mr. Lee

14  a permit if he had the necessary licensing, insurance,

15  and application form filled out for an event; is that

16  correct?

17       A.   No.  That's correct.

18       Q.   Do you know of any substantiated

19  discrimination by the City of Gulfport or by the

20  Gulfport Merchants Association with regards to Jesse Lee

21  at any point in the past, ma'am?

22       A.   No.

23       Q.   Do you recall what Mr. Lee's reaction was, if

24  any, when you told him, or you made him aware of the

25  fact that he had to fill out an application, supply the



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  necessary and proper licensing, as well as furnish

2  liability insurance certificate of insurance for an

3  event?

4      A.   I -- he never applied, so I would not have --

5  I -- I told him to apply.  But I would not have

6  requested insurance -- if -- if he would've looked it up

7  online, he would see that he needs insurance and

8  permits.  But I never requested those from him because

9  he never submitted an application.  So I don't need his

10 insurance if he's not going to apply.

11     Q.   Okay.  Are you still involved with the City of

12 Gulfport and these events, ma'am?

13     A.   Yes.

14     Q.   Okay.

15     A.   With -- it's -- I'm actually involved with the

16 Gulfport Merchants Chamber of Commerce.  I work with the

17 City with regards to the insurance and the hold harmless

18 forms and the fire department forms and all of that, but

19 I -- I technically work for the Merchants Chamber.

20     Q.   Okay.  So the Gulfport Merchants Association

21 underwent a name change and now they're the Gulfport

22 Merchants Chamber of Commerce?

23     A.   Correct.

24     Q.   And so your client technically is the Chamber

25 of Commerce, correct?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1       A.    Correct.

2       Q.    At this point in time.  Now, do you recall,

3  when Mr. Lee was making allegations of discriminatory

4  conduct, that you responded saying, "Okay, this is not

5  on me.  If you haven't applied to a show with us, you

6  cannot call me out on discrimination.  We never

7  discriminate, period."  And never was in capital

8  letters.  Do you recall sending that Facebook message to

9  him?

10      A.    Yes.

11      Q.    Now, can you explain, again, for the judge and

12 the jury, why back in 2020, in that time period, wheeled

13 or mobile vending units, I guess, or pieces of equipment

14 were not being allowed into certain events in Gulfport

15 and how that's changed over the years?

16      A.    Yeah.  At one point they weren't allowed at

17 all, not even at the big festivals.  And then they

18 changed it to allow for food trucks at the major events.

19 Which when I say major event, I mean a road closure.

20      Q.    Okay.

21      A.    I don't know when that was changed, but the

22 rules came from the city ordinance.  So it's not

23 something we made up, it was a city ordinance or a city

24 -- I don't know what word I'm looking for, but it was in

25 -- it was in the city rules.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      Q.   Okay.  So at some point in time after the City

2    of Gulfport either passed or amended an ordinance is

3    when those -- that pattern changed, fair statement?

4      A.   Yes.  But when he was reaching out, I think we

5    were already allowing food trucks at -- at the major

6    events.

7      Q.   After the COVID lockdown had been

8    discontinued?

9      A.   No, no.  We -- we still -- we still allow

10   them.

11     Q.   Now, Mr. Lee had an ice cream cart, correct?

12     A.   I am told he had an ice cream cart.  I never

13   saw it.

14     Q.   Okay.  Do you know if he actually had a food

15   truck ever?

16     A.   I do not.

17     Q.   Have you ever actually personally met Mr. Lee?

18     A.   Yes.

19         MR. ROPER:  Okay.  I have no further questions,

20      ma'am.

21                  CROSS-EXAMINATION

22         BY MS. LAHART:

23     Q.   Good afternoon, Ms. King.  As we sit here

24   today, are mobile food vendors allowed at Tuesday

25   Market?



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1        A.    No.

2        Q.    Are they allowed at Art Walk?

3        A.    No.  Not to my knowledge.  I don't work that

4  event any longer.

5        Q.    Why is --

6        A.    I don't believe -- I believe it's the same

7  rule.  It's a city rule.

8        Q.    It's a city rule.  Is it in the Code of

9  Ordinances?

10        A.    I think so.

11        Q.    Would you agree with me that it would be

12  pointless for Mr. Lee to apply for a permit to sell ice

13  cream from his mobile food vending vehicle at Tuesday

14  Market?

15        A.    They do not do mobile vendors at Tuesday

16  Market.

17        Q.    So it would be pointless for him to apply for

18  permission, would it not?

19        A.    Correct.

20        Q.    Thank you.  Why aren't mobile food vendors

21  allowed at Tuesday Market or Art Walk?

22        A.    We -- the footprint for those is set up on the

23  median between the sidewalk and the street, so there

24  isn't really space for mobile vendors.  On the major

25  events the road is closed, so we can get them in there.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1      Q.   When you say major events, you mean the Rescue

2   Me event.  How often does that take place?

3      A.   Annually.

4      Q.   Once a year?

5      A.   Once a year.

6      Q.   Is that the same with GeckoFest?

7      A.   Yes.

8      Q.   And what's the other major event you

9   mentioned?

10      A.   The other one was SpringFest.  They are no

11   longer hosting that event.

12      Q.   So there's two major events in Gulfport right

13   now?

14      A.   There's a new one.  There's three.

15      Q.   What's the third one?

16      A.   Gulfport Pride.

17      Q.   So other than at that -- those three events,

18   Mr. Lee would not be allowed to sell ice cream as a

19   mobile food vendor; is that correct?

20           MR. ROPER:  Objection.  Form.

21           THE WITNESS:  In the major events, yes, he

22      would.

23           BY MS. LAHART:

24      Q.   So three times a year, he could sell ice cream

25   in Gulfport?



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      A.    Correct.

2            MR. ROPER:  Same objection.

3            BY MS. LAHART:

4      Q.    How often are Tuesday Markets held?

5      A.    Weekly.

6      Q.    All year?

7      A.    Yes.

8      Q.    And how about Art Walk?

9      A.    Twice a month.

10     Q.    So Tuesday Market 52 times a year?

11     A.    Correct.

12     Q.    And Art Walk, going to make me do math, 26?

13     A.    Correct.

14     Q.    So 78 events a year where he would not be

15   allowed to sell, and three events a year where he would;

16   is that accurate?

17     A.    Yes.

18     Q.    Did you ever tell Mr. Lee that you keep mobile

19   food vending to a bare minimum to protect brick-and-

20   mortar businesses?

21     A.    I don't recall, but that is likely something

22   we would do.

23           MS. LAHART:  Okay.  Madam Court Reporter, can I

24      share my screen?

25           THE REPORTER:  Sure.  Please go ahead.



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1            BY MS. LAHART:

2       Q.   Is this a message from you, Ms. King?

3       A.   I don't see anything.

4       Q.   You don't see anything?  I'm probably sharing

5  the wrong screen.  I'm sorry.  Oh.  How about now?

6       A.   Yes.

7       Q.   Do you see a Facebook message that says

8  Suzanne King at the top?

9       A.   Yep.

10      Q.   It looks like it was exchanged on August 12th?

11      A.   Yep.

12      Q.   It says, "The more I investigate, the more I'm

13  finding out people have been violating the laws."  What

14  did you mean by that?

15      A.   That wasn't me.  That's Jesse Lee.  I'm the

16  one in the white.

17      Q.   Okay.  You said you're just trying to follow

18  the rules when you're working within the city?

19      A.   Correct.

20      Q.   Correct?  Okay.  Sorry for my technical

21  difficulties.  Let me try this again.  All right.  This

22  is a -- also a Facebook message from -- Facebook

23  exchange between you and Mr. Lee; is that correct?

24      A.   Yes.

25      Q.   And you stated, "Even though we, SIK,



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  organizes events, we are still working for the GMC.

2  They don't want mobile food" -- I'm sorry.  "They don't

3  want mobile vendors competing with their paid members,

4  so we keep mobiles to a bare minimum.  We're selective

5  in who we approve and place them farthest away from

6  brick-and- mortar selling good and beverage."  Can you

7  explain to me what that means?

8      A.   Certainly.  If we're using ice cream for an

9  example, we had -- I think at that time we only had one

10  ice cream brick-and-mortar.  So we may put another ice

11  cream vendor in there, but they would be -- we have four

12  city blocks.  So that vendor would be on the opposite

13  end of the city, basically, those four city blocks, so

14  that we're not putting them in front of an ice cream

15  store.

16      Q.   Okay.

17      A.   Same with the taco.  We have a taco

18  restaurant. We can put a taco truck in there, but it

19  would be nowhere near the taco restaurant.

20      Q.   So you're trying to prevent competition with

21  members of the Gainesville -- or sorry, the Gulfport

22  Merchants Association?

23      A.   In theory.  I mean, there's competition there,

24  they're just not -- they're just separated.

25      Q.   Okay.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      A.    It's just like if we have jewelry or clothing,

2   we have stores there with jewelry or clothing, we don't

3   put those types of vendors near that store.

4      Q.    Okay.  Can you see a Facebook message exchange

5   that begins, "Okay.  Then why not carts, then, if on the

6   sidewalks?"

7      A.    Yep.

8      Q.    And you replied, "It's considered mobile"?

9      A.    Correct.  Anything with wheels is considered

10   mobile.

11      Q.    And you were telling him that nothing with

12   wheels was going to be allowed at Tuesday Market?

13      A.    I was most likely referring to the Art Walk.

14   As I mentioned before, I was an assistant manager with

15   the Tuesday Market.  But we didn't have wheels at the

16   Tuesday Market either.

17      Q.    Okay.  Trying to figure this out.  Are you

18   seeing a screenshot that says, "Tuesday Market has been

19   food-driven always, but more organic healthy type food.

20   We don't have mobile vendors at either one of those

21   events"?

22      A.    Right.

23      Q.    What events were you referring to?

24      A.    Tuesday Market and Art Walk.

25      Q.    Okay.  Are you aware that Jesse Lee had a



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1 permit from the Department of Agriculture for his ice

2 cream cart?

3     A.    No.

4     Q.    Were you aware that he had insurance?

5     A.    No.

6     Q.    You mentioned that Jesse Lee had driven by

7 your house and yelled something at you.  Did you report

8 that to the police?

9     A.    No.

10     Q.    You stated that Mr. O'Reilly had never told

11 you not to allow Jesse Lee to participate in an event.

12 Did the Gainesville Merchants Association ever tell you

13 that?

14     A.    No.

15          MR. ROPER:  Objection to form.  Not

16      Gainesville.

17          BY MS. LAHART:

18     Q.    Did the Gulfport Merchants Association ever

19 tell you that?

20     A.    No.

21     Q.    Did they ever tell you that they didn't want

22 mobile food vendors?

23     A.    That was a city ordinance.  It was a city

24 rule. We just didn't do it.

25     Q.    You indicated that you work for an

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1 organization that tells you what can be allowed at these

2 events.  Is that the Gulfport Merchants Chamber of

3 Commerce?

4      A.   So I work for the organization that is

5 permitted through the city, and the rules are the city

6 rules.

7      Q.   Okay.  So I noticed on the Gulfport Merchants

8 Association's website, which I think I can share with

9 you -- are you looking at something that says "Greetings

10 from Gulfport" at the -- on the top?

11      A.   Correct.

12      Q.   Okay.  And it says, "To participate you must

13 have -- you must make or have a hand in making your

14 products.  Exceptions are local nonprofits and fair-

15 trade items."  Would you agree that ice cream purchased

16 from somewhere else and resold is not a handmade

17 product?

18           MR. ROPER:  Object to the form.  Calls for a

19      legal conclusion.

20           THE WITNESS:  This -- this would be -- this

21      would be for Tuesday Market, Art Walk, and -- I

22      don't know what else they do through this portal.

23      This -- this is not the portal that was in operation

24      when these conversations were happening.

25           BY MS. LAHART:

MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1     Q.   Okay.  Well, this portal, this is pulled up

2  live off the internet.  So --

3     A.   Yeah.

4     Q.   -- is this a policy of the Gulfport Merchants

5  Association now, that in order to sell something at

6  Tuesday Market, it has to have been handmade?

7          MR. ROPER:  Object to the form.

8          THE WITNESS:  I would say yes.

9          BY MS. LAHART:

10     Q.   Well, that's what it says here, right?  "To

11  participate you must make or have a hand in making your

12  products."

13     A.   Yes.

14     Q.   And is that a policy of the Gulfport Merchants

15  Association?

16     A.   Yes.

17     Q.   Is it a policy of the City of Gulfport?

18     A.   No.

19          MS. LAHART:  Ms. King, I don't have any further

20      questions for you.  Thank you for your time.

21          THE WITNESS:  All right.

22                REDIRECT EXAMINATION

23          BY MR. ROPER:

24     Q.   Ms. King, I just wanted to clarify one area.

25  You mentioned that, at some point in time the City of

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  Gulfport ordinance on food trucks, mobile food

2  dispensing vehicles was amended.  Do you recall that?

3      A.   Yes.

4      Q.   And prior to that date that that ordinance was

5  amended, was that the time period where the City of

6  Gulfport was not allowing food trucks at certain events

7  in the Waterfront Redevelopment District?

8      A.   I am not sure if I understand the question

9  correctly, but there was that one time we didn't have

10 food trucks at the major events either.

11     Q.   Right.

12     A.   They do now allow them.

13     Q.   Okay.  Would that change in allowing the food

14 trucks have been around the time of that ordinance

15 amendment by the City of Gulfport?

16     A.   I don't believe so.

17     Q.   Do you know when that change was then?

18     A.   I do not know exactly when the change was.

19         MR. ROPER:  Fair enough.  Thank you very much.

20     That's all I have.

21         THE REPORTER:  Will the witness read or waive?

22         MR. ROPER:  Ma'am, you have the right to read

23     your deposition transcript.  It will be typed up

24     after today.  And you have the right to read it to

25     look for, and if you see any, correct any type of

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1    errors or irregularities in the transcript.  For

2    instance, if you think that -- or you believe, you

3    recall that you answered no to a question, and yet

4    the printed page says, yes, you have the right to

5    fill out a blank form for line and page number.

6    It's an errata sheet to put what you believe was

7    your answer as opposed to what that error or the

8    irregularity that you've, you know, spotted under

9    this assumed hypothetical here.

10        Yeah, you would sign that errata sheet, date

11   it, and just return it to the court reporter, even

12   if there's no changes.  But this is your opportunity

13   where you can tell us you want to read that

14   transcript or you want to waive or give it up.

15        THE WITNESS:  I --

16        MR. ROPER:  Most people waive the right to read

17   it.  With court reporters these days, they're pretty

18   accurate.  But you do have that right, and you have

19   the right to elect to read it or waive reading?

20        THE WITNESS:  I would like to read it, please.

21        MR. ROPER:  Okay.

22        THE REPORTER:  And what's a good e-mail

23   address, Ms. King?

24        THE WITNESS:  It's suzfest@gmail.com

25        THE REPORTER:  Fest as F-E-S-T?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1          THE WITNESS:  S-U-Z-F-E-S-T @gmail.com.

2          THE REPORTER:  Perfect.  Thank you.  And,

3     Counsel Roper, would you like to order the

4     transcript today?

5          MR. ROPER:  Yes, please.

6          THE REPORTER:  Sure.  And, Counsel LaHart,

7     would you like to order the transcript as well?

8          MS. LAHART:  No, thank you.

9          THE REPORTER:  Sure.  Give me one second to get

10    us off record.

11          (Deposition concluded at 1:56 p.m. ET)

12

13

14

15

16

17

18

19

20

21

22

23

24

25



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1                    CERTIFICATE OF OATH

2

3  STATE OF FLORIDA

4  COUNTY OF ORANGE

5

6      I, the undersigned, certify that the witness in the

7  foregoing transcript personally appeared before me and

8  was duly sworn.

9

10 Identification:  Produced Identification

11

12

13

14

15  _____

16         ALESSANDRA DA PRA

17         Court Reporter, Notary Public

18         State of Florida

19         Commission Expires: 08/09/2027

20         Commission Number:  HH 431889

21

22

23

24

25



**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

1                    C E R T I F I C A T E

2

3  STATE OF FLORIDA)

4  COUNTY OF ORANGE)

5

6       I, ALESSANDRA DA PRA, Court Reporter and Notary

7  Public for the State of Florida at Large, do hereby

8  certify that I was authorized to and did report the

9  foregoing proceeding, and that said transcript is a true

10 record of the said proceeding.

11

12      I FURTHER CERTIFY that I am not of counsel for,

13 related to, or employed by any of the parties or

14 attorneys involved herein, nor am I financially

15 interested in said action.

16

17 Submitted on: March 11, 2025.

18

19

20

21

22 _____

23 ALESSANDRA DA PRA

24                Court Reporter, Notary Public

25



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1                          ERRATA

2

3  PAGE      LINE                  CHANGE      REASON

4

5

6

7

8

9

10

11

12

13

14

15

16  I have read the entire transcript of my deposition taken

17  in the captioned matter or the same has been read to

18  me.I request that the following changes be entered upon

19  the record for the reasons indicated. I have signed my

20  name to the Errata Sheet and authorize you to attach the

21  changes to the original transcript.

22

23

24  _____      _____

25  Date                        NAME



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

**M I L E S T O N E  I  R E P O R T I N G  C O M P A N Y**

TOMORROW'S TECHNOLOGY TODAY

407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

**March 11, 2025**

**Suzanne King**

RE:     Deposition of **Suzanne King** taken on 2/26/2025
         **Jesse Lee v. City Of Gulfport**

Dear Ms. King,

## IMPORTANT NOTICE FOR DEPOSITION TRANSCRIPT READ AND SIGN

It is suggested that the review of this transcript be completed within 30 days of your receipt of this letter, as considered reasonable under Federal Rules*.

\_\_\_     **Attorney - Copy of Transcript Enclosed:**  Signature of the Deponent is required.  Please have the deponent make any corrections/changes necessary on the Errata Sheet ONLY, sign name on the form where indicated.  Please return ONLY the original signed Errata Sheet to our offices within 30 days from the date of this memorandum.  If you have any questions, please call our offices.

\_\_\_     **Attorney - No Copy Ordered:**  Since you did not request a copy of the transcript, it will be necessary for the Deponent to call our offices to arrange for an appointment to read and sign the transcript of the Deposition within 30 days of this memorandum.

 x      **Deponent:**    At the time of your deposition, you did not waive your right to read and sign the transcript of your testimony, therefore, attached please find a copy of the transcript and Errata Sheet.  Please read the transcript, make any corrections necessary on the Errata Sheet ONLY, sign the bottom of the Errata Sheet, and return it within 30 days from the date of this memorandum.  Please call our offices if you have any questions.

\_\_\_     **Deponent:**    At the time of your deposition, you did not waive your right to read and sign the transcript of your testimony, therefore, it is necessary for you to come to our offices to read and sign same.  Please call Milestone Reporting Company to arrange for an appointment at your earliest convenience.

\_\_\_     The attached executed copies of the Errata Sheet(s) are sent to you for your files.  If you have any questions, please call our offices.

Thank you for your attention to this matter.

No. 371230

cc: Donovan Roper, Esquire

Waiver:
I, Suzanne King, hereby waive the reading and signing of my deposition transcript.

_____          _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Deponent Signature                                                                            Date

*Federal Civil Procedure Rule 30 (e) / Florida Civil Procedure Role 1.310 (e)

400 North Ashley Drive, Suite 2600
**TAMPA, FL 33602**

315 East Robinson Street , Suite 510
**ORLANDO, FL 32801**
CORPORATE
WWW.MILESTONEREPORTINGCOMPANY.COM

4651 Salisbury Road, 4th Floor
**JACKSONVILLE, FL 32256**