407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

1   UNITED STATES DISTRICT COURT

2   MIDDLE DISTRICT OF FLORIDA

**ORIGINAL**

3   TAMPA DIVISION

4   CASE NO.: 8:23-cv-02996-VMC-AEP

5

6   JESSE LEE,

7   Plaintiff

8

9   V.

10

11  CITY OF GULFPORT

12  Defendant

13

14

15

16

17

18

19

20

21

22

23  DEPONENT: JESSE LEE

24  DATE:     FEBRUARY 20, 2025

25  REPORTER: CHALEN CAFIERO

401 EAST JACKSON STREET,
SUITE 2370
TAMPA, FL 33602

315 EAST ROBINSON STREET,
SUITE 510
ORLANDO, FLORIDA 32801
CORPORATE

```
1                    APPEARANCES

2
   ON BEHALF OF THE PLAINTIFF, JESSE LEE:
3  Marcy I. Lahart, Esquire
   Marcy I. LaHart, P.A.
4  240 South East Tuscawilla Road
   Micanopy, Florida 32667
5  Telephone No.: (352) 545-7001
   E-mail: marcy@floridaanimallawyer.com
6  (Appeared via videoconference)

7
   AND
8

9  John R. Thomas, Esquire
   Law Office of John R. Thomas P.A.
10 6493 Emerson Avenue South
   St. Petersburg, Florida 33707
11 Telephone No.: (727) 692-4384
   E-mail: jrthomasesq@gmail.com

12

13 ON BEHALF OF THE DEFENDANT, CITY OF GULFPORT:
   Donovan A. Roper, Esquire
14 Roper & Roper
   116 North Park Avenue
15 Apopka, Florida 32703
   Telephone No.: (407) 884-9944
16 E-mail: donroper@roperandroper

17

18

19

20

21

22

23

24

25
```



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

1                    INDEX

2                                           Page

3   PROCEEDINGS                             5

4   DIRECT EXAMINATION BY MR. ROPER         6

5   CROSS-EXAMINATION BY MS. LAHART         37

6   RE-DIRECT EXAMINATION BY MR. ROPER      58

7

8                    EXHIBITS

9   Exhibit                                 Page

10  1 - Barbara Banno Poster                58

11  2 - Permit                              69

12

13

14

15

16

17

18

19

20

21

22

23

24

25



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1                    STIPULATION

2

3  The deposition of JESSE LEE was taken at ST. PETERSBURG

4  CONFERENCE CENTER, 8950 DR. MLK JR. STREET NORTH, SUITE

5  160, ST. PETERSBURG, FLORIDA 33702, via videoconference

6  in which some participants attended remotely, on

7  THURSDAY the 20th day of FEBRUARY 2025 at 1:19 a.m.

8  (ET); said deposition was taken pursuant to the FLORIDA

9  Rules of Civil Procedure. It is agreed that CHALEN

10  CAFIERO, being a Notary Public and Court Reporter for

11  the State of FLORIDA, may swear the witness and that the

12  reading and signing of the completed transcript by the

13  witness is not waived.

14

15

16

17

18

19

20

21

22

23

24

25



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
1                    PROCEEDINGS
2          THE VIDEOGRAPHER:  We're now on the video
3     record.  The time is 1:17 p.m.  My name is Isabella
4     Garbutt, and Chalen Cafiero is the court reporter.
5     Today is the 20th day of February, 2025.  We're at
6     St. Petersburg Conference Center located at 8950
7     Dr. Martin Luther King Jr. Street North, Suite 160,
8     St. Petersburg, Florida 33702, to take the
9     deposition of Jesse Lee in the matter of Jesse Lee
10    v. City of Gulfport, pending in the United States
11    District Court, case number 8:23-CV-02996-VMC-AEP.
12         Will counsel please introduce themselves for
13    the record, starting with plaintiff?
14         MS. LAHART:  Marcy Lahart on behalf of the
15    plaintiff.
16         MR. ROPER:  Donovan Roper on behalf of the City
17    of Gulfport and defendant, James O'Reilly.
18         MR. THOMAS:  John Thomas here for Mr. Lee.
19         MR. ROPER:  Let me just, before we get started
20    on the record, register an objection to Mr. Thomas
21    being here.  He has not filed a notice of appearance
22    in this case prior to the deposition or at the
23    present time on behalf of the plaintiff.  Secondly,
24    it is my understanding he's not licensed, currently,
25    in the Middle District of Florida.  But we can get
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

1    started.

2         THE VIDEOGRAPHER:  Thank you.  And, Mr. Lee,

3    will you please raise your right hand to be sworn in

4    by the court reporter?

5         THE REPORTER:  Do you solemnly swear or affirm

6    the testimony you're about to give will be the

7    truth, the whole truth, and nothing but the truth?

8         THE WITNESS:  Yes.

9         THE REPORTER:  All right.  You may start.

10              DIRECT EXAMINATION

11   BY MR. ROPER:

12   Q.   Mr. Lee, we've been through round one of your

13   deposition before and we unfortunately ran out of time

14   on the first occasion to complete your deposition.  But

15   I'd like to play some video footage for you to review,

16   and then I'll ask you some questions.

17         If I could ask that the Video number 1, which

18   is dated July 22, 2021, be played?

19            (Video played for the record.)

20         MS. LAHART:  Mr. Roper, am I going to be able

21   to see this video?

22         MR. ROPER:  It's a split screen?

23   BY MR. ROPER:

24   Q.   Mr. Lee, will you agree that that -- that's

25   you on that video?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**

1      A.   Yes.

2      Q.   And will you agree with me that everything

3  that we heard that you said on that video, all of the

4  statements were made by you?

5      A.   Yes.

6      Q.   Okay.  And that occurred on July 22nd of 2021,

7  correct?

8      A.   I don't recall the day.

9      Q.   Okay.  Is that the incident that you were

10 arrested for battery on a law enforcement officer over?

11     A.   Yes.

12     Q.   And as a result of those criminal charges, you

13 pled guilty to those charges of battery on a law

14 enforcement officer; is that correct?

15     A.   Yes.

16     Q.   And roughly one month and three weeks later,

17 you were trespassed from the building department; is

18 that correct?

19     A.   I don't recall the date.

20     Q.   Do you recall being trespassed from the

21 building department after -- as authorized by the city

22 manager on September 14th of 2021?

23     A.   Sounds correct.  Yes.

24         MR. ROPER:  And can I ask the videographer, to

25     play Video number 2?  And for the record, this is a



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

1      video that was taken on September 20th of 2022.

2              (Video played for the record.)

3      BY MR. ROPER:

4      Q.   My question to you, Mr. Lee, is, again, that

5   is you who made those comments in that video?

6      A.   Yes.

7      Q.   Do you feel that is appropriate behavior for a

8   public forum?

9      A.   Well, these are three minutes of protected

10  under our constitution.  So yes, I should have the

11  rights to --

12     Q.   My question to you is, do you think that that

13  is acceptable behavior for a public forum?

14     A.   Confronting my government?  I think this would

15  be the one place to go to and the only time I have

16  available to do it.  So it may not have been 100

17  percent, but it's still --

18     Q.   So that's a yes?

19     A.   Half and half.

20     Q.   A half a yes, and a half a no?

21     A.   Yeah.  I mean, I could have done a little bit

22  better, but --

23     Q.   You could have done better?

24          When you say better, how so?

25     A.   Well, I'm guessing, and he said I could have

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  just said the N word, but I was repeating what her

2  husband said.

3      Q.   Okay.  So you thought that you could have been

4  more obnoxious?

5      A.   I never said that.

6      Q.   No.  I'm asking you.

7           I don't know what you mean by the term better

8  -- you could have done better?

9      A.   Well, just on that one -- one portion.

10     Q.   In which you use the N word?

11     A.   Yeah.  Reiterating the N word.  Yes.

12     Q.   Okay.  You had to be led away from the -- from

13  the lector, correct?

14     A.   Yes.

15     Q.   Was that by the police chief?

16     A.   Yes.

17     Q.   And did you accuse Police Chief Vincent of

18  committing assault on you?

19     A.   Yes.

20     Q.   And was it based on the events that we saw in

21  that video, Video number 2, just now?

22     A.   I don't know.  This is like the second or

23  third time he's put his hands on me.  So I don't recall

24  even doing that.  But if he did put his hands on me in

25  the middle of my First Amendment protected activity,

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  those were my three minutes, for me, that would be an

2  assault.

3      Q.   Okay.  But did you attempt to file charges

4  against Chief Vincent as a result of him trying to

5  escort you out of Counsel Chambers?

6      A.   Possibly.  I don't recall.  But --

7      Q.   You don't recall filing charges against Chief

8  Vincent for assaulting you?

9      A.   I was never allowed to file charges.

10     Q.   Why weren't you allowed to file charges,

11 Mr. Lee?

12     A.   The police station didn't take complaints.

13     Q.   Who didn't take complaints?

14     A.   They wouldn't take complaints.

15     Q.   Who is they?

16     A.   The police department.

17     Q.   Gulfport Police Department?

18     A.   Yes.  I attempted to, but I was told an

19 incident wasn't going to be allowed.

20     Q.   So your testimony under oath, sir, is that you

21 may -- you went to try to file a complaint or to file

22 charges -- criminal charges with Gulfport Police

23 Department against Chief Vincent, but they refused to do

24 so?

25     A.   Yes.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

1    Q.   Who did you speak to?

2    A.   Several officers.

3    Q.   Can you give me some names?

4    A.   Officer Neves, Dillard.

5    Q.   And what did Officer Neves said to you?

6    A.   If we're talking about this in the same

7   incident -- because I think I've already attempted twice

8   and sent to file charges that we had to continue -- keep

9   trying to go through the city manager to file a

10  complaint.  I didn't want to file a complaint.  I wanted

11  to file charges.  So -- and he said there was no

12  subordinate of his in -- in the position, he said, to be

13  able to take any complaints against him -- or offense

14  report, I think he called it.

15    Q.   Okay.  What did Officer Dillard say to you?

16    A.   Dillard attempted, if I remember correctly, to

17  file it, he said, but was told to stand down.  That

18  apparently, it was being investigated at some point by

19  someone, he said.  But no one ever got back to me.  No

20  one -- or allow me to present even more evidence.  No

21  one sat down with me.  It just pretty much got swept

22  under the rug.

23    Q.   Okay.

24       MR. ROPER:  If we could play back Video 2, once

25    again, Madam Videographer?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1      BY MR. ROPER:

2      Q.   I'd like you to tell me where in that video it

3  is that Chief Vincent allegedly assaults you?

4           (Video played for the record.)

5           THE WITNESS:  Can I answer your questions? When

6      he put his hands on me.

7      BY MR. ROPER:

8      Q.   When he touched your right shoulder?

9      A.   My right shoulder and is holding my arm at the

10 very limit.

11     Q.   After you have been told to leave and were not

12 leaving?

13     A.   I left forcefully, yes.  Under duress, yes.

14     Q.   Okay.  So you're alleging that that was a

15 battery?

16     A.   Yep.

17     Q.   Okay.  Did you ever contact the Pinellas

18 County Sheriff's Office about that incident?

19     A.   I don't recall.

20     Q.   Did you ever contact the Florida Department of

21 Law Enforcement about that incident?

22     A.   I don't recall.  No.  I think the second one

23 he did, I did.  But I'm not sure for this one.

24     Q.   Did you contact any other law enforcement

25 agency, besides Gulfport PD, about that incident?



MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1       A.    I don't think I did.  No.

2       Q.    Why not?

3       A.    I didn't think it was an option.

4       Q.    Did you ever file any type of complaint or

5  appeal with the city manager as a result of that

6  incident?

7       A.    An appeal for what?  I'm sorry.

8       Q.    I'm just asking you, did you file any type of

9  claim or appeal or complaint as a result of that

10  incident with the city manager?

11      A.    I don't recall.

12           MR. ROPER:  Can I ask you to play Video number

13      3 as well, Madam Videographer?  For the record, this

14      video is dated February 1st, 2022.

15           (Video played for the record.)

16      BY MR. ROPER:

17      Q.    So Mr. Lee, that was a fairly short recording.

18  But would you agree with me that that was you on that

19  call?

20      A.    Yes.

21      Q.    Okay.  Do you acc -- do you, at this point in

22  time, think that it is appropriate to use that type of

23  language, again, in a public meeting?

24      A.    For my duration of my three minutes, yes.

25      Q.    So you feel that it is okay to use profanity

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  in the public forum when speaking to the City Council?

2       A.   It was just done yesterday by Barbara Banno.

3  She said the word fuck at least three, four times in the

4  middle of a meeting.  So why is she allowed to do it and

5  I'm not?

6       Q.   Sir, can you answer the question?

7       A.   Sorry.  Yes.

8       Q.   Is that a yes or is that a no, sir?

9       A.   I feel that it is a protected three minutes on

10 my constitution and the word shit should not bother or

11 have anyone throw me out.

12      Q.   Is that a yes or is that a no?

13      A.   I do feel it's a, yes, appropriate.

14      Q.   Okay.

15      A.   Sorry.  I thought I answered a different way.

16      Q.   What were you calling in that day to complain

17 about, sir?

18      A.   I don't recall.

19      Q.   How is it that when you speak to the city

20 officials from Gulfport in that type of tone of voice

21 and language, that you anticipate that they're going to

22 want to be cooperative with you?

23      A.   Because my should never have gotten that

24 far --

25           MS. LAHART:  -- as to form.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

1      THE WITNESS:  Sorry.

2      MS. LAHART:  I'm sorry.  Objection as to form.

3    Go ahead and answer, Mr. Lee.

4      THE WITNESS:  And what we're looking at, and

5    this is almost two years after, my attempting this

6    and to offer a good handshake, to sit down, have a

7    good dialogue, to make sure this and everything went

8    well. They continue to keep ignoring me the entire

9    time and continue to keep violating my

10   constitutional rights.  So I mean, this is, again,

11   another protest that I'm doing just to prove a point

12   that one white person can do one thing and the other

13   one the same gets kicked out.

14    BY MR. ROPER:

15    Q.   But we spoke at length, sir, that from the

16  very beginning, specifically January 16th of 2019, you

17  would agree with me that from the very get go you had a

18  tortured beginning, middle, and, up to date here, end,

19  with Mr. O'Reilly because of the fact that you went into

20  his office at 1:00 p.m. and berated him for an hour and

21  a half until 2:30 p.m.  And you agreed that you were

22  being abusive and that you were shouting profanities.

23        So my question to you is, if you start out on

24  that type of basis and you continue to show that same

25  type of pattern of conduct thereafter, how do you



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1  realistically expect these folks are going to respond to

2  that type of behavior, and conduct, and language

3  favorably?

4      A.   I already said, I don't recall, and I said,

5  what happened that day 100 percent in December.  But

6  what I do recall is being told, and he said, oh, and

7  whose palms get greased, and it's as a response.

8  Including letting me know at some point, and they said

9  that if I didn't like the way things were done here in

10  Gulfport, to take my ass to Tampa where it's more

11  diverse and more ethnic.  So if you expect me to listen

12  this and to be polite, and responsive, and cordial when

13  some -- certain things like that are being said to me, I

14  -- I -- I don't know what else to say.  But again, if

15  I'm being the one expected to be polite and cordial at

16  every single moment while I'm being disrespected, I

17  don't understand in this and the -- the balance here.

18  Especially this then when he's the one getting paid in

19  this and for me to be able to report these issues to.

20      Q.   Do you think, though, that you are encouraging

21  cooperation with that type of behavior?

22      A.   At that point, I don't think there was any

23  cooperation that was given to me -- or there was any

24  cooperation that was going to be afforded to me,

25  especially what -- after what came out of his mouth.  I



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

1  mean, it was a -- it was a joke.  But would you say that

2  to someone, especially as a human rights officer?  Well,

3  what I need to know and understand, who is padding your

4  -- your pockets?  Who's greasing your palms?  How is

5  that going to help my situation?

6          MR. ROPER:  If I can ask you to download Video

7     number 4?  For the record, this is April 5th, 2022.

8          THE WITNESS:  This is the fifth video?

9          THE VIDEOGRAPHER:  No.

10          THE WITNESS:  Oh, sorry.

11          MR. ROPER:  Video.

12            (Video played for the record.)

13     BY MR. ROPER:

14     Q.   Okay.  Mr. Lee, that was another presentation

15  to the City Council, you'll agree with me, that you

16  made?

17     A.   Yes.

18     Q.   And, again, you feel it's okay to use that

19  type of profanity in a public forum again, right?

20     A.   Under my three minutes, yes.

21     Q.   Okay.  And you feel that you have a First

22  Amendment right to use profanity in a public forum?

23     A.   Yes.

24          MR. ROPER:  Okay.  Let's go off the record very

25     quickly.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1           (A recess was taken.)

 2           THE VIDEOGRAPHER:  Time is 1:55 p.m.  We're

 3     back on the video record.

 4           MR. ROPER:  Ready whenever you guys are.

 5           THE WITNESS:  Yep.  We're -- we're -- I think

 6     we're on the record already.

 7           THE VIDEOGRAPHER:  Yeah.

 8           MR. ROPER:  We're ready.

 9           THE VIDEOGRAPHER:  We're on the record.

10           THE WITNESS:  Okay.

11           MR. ROPER:  Oh, I did not know.  Sorry.  I'm

12     zoning out there, guys.

13           All right.  Mr. Lee, we're back on the record.

14     And if I can get the videographer to play, I'm

15     actually going to jump forward here, Video 6 for me.

16     This is a video dated December 16th, 2021.

17           (Video played for the record.)

18      BY MR. ROPER:

19      Q.   Okay.  Again, Mr. Lee, that -- you'll agree

20 with us that that's you in that video?

21      A.   Yes.

22      Q.   Okay.  And for purposes of context, did that

23 occur in the parking lot of the courthouse following the

24 Court hearing, actually the bench trial on your -- the

25 two charges for operating the ice cream cart without



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1  proper permitting?

 2      A.   Yes.

 3      Q.   And were -- was that individual that you were

 4  speaking to Andrew Salzman, the city attorney for the

 5  City of Gulfport?

 6      A.   Yes.

 7      Q.   And what was the particular reason for you

 8  approaching him and having that conversation with him?

 9      A.   With what happened inside the Court.

10      Q.   Okay.  What about what happened inside of the

11  Court?

12      A.   He goes from saying that I had a truck bike

13  with a cooler on it.  For me, he misrepresented --

14  misrepresenting thing in the Court with false details. I

15  had to go in and prove that again, I had a mobile food

16  bike.  I provided all the photos, all the pictures. When

17  he realized that all of a sudden he was losing the case,

18  he decided to pivot, all the way right now.

19          So instead of it being a matter of now the

20  permits that apparently I was supposed to get that I

21  couldn't get, and instead of it being a mobile food

22  issue now, that he was trying to convert to me just

23  being a random bike person with a chest and some ice in

24  it, now all of us sudden it was a matter of the

25  placement.  Now it was just because I was there and not

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1 in another section of town, which yet again, no one's

2 ever explained to me or given me detail on.

3         So if I was allowed to operate that day, just

4 not there, but in another section of town, then why

5 didn't you just tell me?  And if I wasn't supposed to --

6 if I wasn't allowed to get these tickets or these

7 permits, why are we in court to begin with?  The --

8 nobody even ruled on the tickets.

9     Q.   Well, the judge previously ruled that day, no,

10 against you?  And held you guilty of those two permanent

11 infractions?

12     A.   The judge did not find me guilty on the

13 tickets.  He only found me apparently guilty on

14 something I wasn't even there for.

15     Q.   And what was that, sir?

16     A.   He found me guilty of being -- not being a

17 mobile food vendor.  When already, again, you got two

18 cops, and Lieutenant Ray acknowledged the fact that

19 again, I had my licenses.  I had my state license, my

20 insurance.  He went to my house twice.  I already asked

21 the building department personnel, the one that he runs,

22 literally, if I have to sign up with Barbara Bannos.

23 He's like, no.  The only thing you have to do is show up

24 side to side.  Which is exactly what I did, as a mobile

25 food vendor that was licensed, insured.  I'm following

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  rules.

2       Q.   Who told who told you that?

3       A.   Metcalf, in court.  He was there.

4       Q.   Who is Metcalf, sir?

5       A.   He's the building department manager.

6       Q.   Okay.  And when did Mr. Metcalf tell you that?

7       A.   He was on the dais on cross, or whatever you

8  want to call it, with the judges.  It was on the cross

9  examination.  I was the one --

10      Q.   In the hearing?

11      A.   Yes.

12      Q.   In the bench trial?

13      A.   Yes.

14      Q.   Okay.  So you were confronting attorney --

15 city Attorney Salzman, about what you felt was an unfair

16 result and an unfair ruling by the judge; is that

17 correct?

18      A.   No.  I confronted him because he's the one

19 that intentionally called it, and all of a sudden he's

20 trying to wash his hands of it.  So now my entire

21 business is destroyed.  I can't -- this is a Catch-22.

22 I -- I need to be state registered in order for me to

23 run my business.  And so but now if I'm not, because you

24 just deemed me not a mobile food vendor, and so where am

25 I supposed to go?  And how am I supposed to run my



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1 business?

2        So you know, if you're going to go in, at

3 least tell the truth.  At least in this represent the

4 city and the citizens of the city, and as we pay you to

5 do, and this ain't correctly.  And stop doing all types

6 of pivoting stuff, and instead of causing all of these

7 problems, which inevitably caused all this damage.

8     Q.   So you're alleging that Attorney Salzman lied

9 to the judge?

10     A.   Yes.  I think he intentionally went out of his

11 way to this mislead the judge by telling him -- they

12 said that I had a trike bike with an ice cooler on it.

13 Which is what you said last time, I think at

14 depositions.

15     Q.   Do you think that it is appropriate, sir, to

16 confront attorneys in the parking lot of -- parking lots

17 of courthouses in the aftermath of contested civil

18 matters when you're the loser?

19     A.   I think, if I remember correctly, he invited

20 me out to have a conversation.  I don't think I followed

21 him.  But then Acura Amanda, also known as Jennifer is

22 the one that started recording him.  So you didn't get

23 the first half of it.  You only have whatever else.

24     Q.   Okay.  Acura Amanda.  Was that the female in

25 the background?



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1      A.   Yes.  She's the auditor.

2      Q.   First Amendment auditor?

3      A.   I guess you can call it that.  I guess she

4  does a lot of cop watching or stuff like that.  So --

5      Q.   So she's a member of a First Amendment auditor

6  organization, correct?

7      A.   Well, I don't know if she's a member of one,

8  but I know that they're underneath a specific news

9  organization, like BOLT Action News, or something like

10  that.

11      Q.   Okay.  Have you ever heard of Boogla?

12      A.   I don't know what that is.

13      Q.   Okay.  Have you ever been a member of a First

14  Amendment auditor organization?

15      A.   No.

16      Q.   But you have shared lots of your video footage

17  regarding the City of Port St. Lucie -- or excuse me,

18  the City of Gulfport, with Acura Amanda and her First

19  Amendment auditor network; isn't that true?

20      A.   I don't know if that's part of her First

21  Amendment network.  But yeah, I mean, she was here.  We

22  hung out, and she decided to do what she needed to do

23  to, and THAT was fine.  And yes, I did share some of her

24  videos because it pertained to me.

25      Q.   Okay.  And you're friends with her?



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1      A.    No.  We're acquaintances.

2      Q.    Okay.  But you deny being a member of any

3  First Amendment auditor organization; is that correct?

4      A.    I don't -- yeah.  I'm not a First Amendment

5  auditor.

6      Q.    Okay.

7          MR. ROPER:  Madam Videographer, if I can ask

8      you to play Video Number 7.  And the date on this

9      video is September 14th of 2021.

10          (Video played for the record.)

11     BY MR. ROPER:

12     Q.    All right.  That's the conclusion of the

13  September 14th, 2021, video.

14          Mr. Lee, did you take that video on your cell

15  phone?

16     A.    Yes.  I -- I think so.

17     Q.    Okay.  And did you post that on Facebook?

18     A.    Possibly.  Yes.

19     Q.    You said at the beginning that you were on --

20  going to post it on -- or you were posting it on

21  Facebook Live; is that correct?

22     A.    Honestly, listen, I do go live.  I think I've

23  said this before to -- but technically I only put one

24  person in the chat at the time.  So that way I can save

25  it and if I need to use it later on, I could.  I don't

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  know if I launched it -- launched it 100 percent, but it

 2  would've been private to a point.  But on that specific

 3  day, I don't know if I actually launched it or -- but

 4  yeah, it could have ended up on Facebook.

 5      Q.   And did you state also at the beginning of

 6  that video that you were conducting a First Amendment

 7  audit?

 8      A.   Yes.

 9      Q.   Okay.  So you told us earlier, you were not a

10  First Amendment auditor.  But on September 14th of 2021,

11  you will agree with me that you admitted you were

12  conducting a First Amendment audit?

13      A.   It's more like an audit.  I don't really go

14  wild, doing half the things other people do.  But

15  this --

16      Q.   Is that a yes or a no, sir?

17      A.   Repeat the question.  I'm sorry.

18      Q.   Didn't you admit on that video that on

19  September 14th, 2021, you were there at Gulfport City

20  Hall conducting a First Amendment audit?

21      A.   Yes.

22      Q.   On January 24th of 2022, you showed up at --

23      A.   Sorry.  Would you mind providing the dates

24  again?

25      Q.   Sure.  On January 24, 2022, you showed up at

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  Gulfport Police Department.  And you were there

2  requesting to pick up some public records that had been

3  requested from a First Amendment auditor Group under the

4  name of Boogla, B-O-O-G-L-A?

5      A.   I think that was someone's e-mail.

6      Q.   I'm sorry?

7      A.   I think that was an e-mail.

8      Q.   Okay.  Do you recall being at the Gulfport

9  Police Department though, explaining that you were at

10 that location to pick up some public records that First

11 Amendment auditors had requested?  And the record

12 request was made under the name of Boogla?

13     A.   I don't recall that it had anything to do with

14 First Amendment auditors, but I know that I've gotten a

15 lot of requests from even officers or leads, that type

16 of thing.  So I would've done a lot of public records

17 requests.

18     Q.   Okay.  Please answer the question, sir.  Do

19 you recall that incident?

20     A.   Not 100 percent.

21     Q.   Okay.  Do you recall being videoed on a body

22 camera by the police officer that you were speaking to?

23     A.   I wouldn't recall which offer [sic] it is, no.

24     Q.   Okay.  Do you remember paying a fee for those

25 public records that were requested by the First

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  Amendment auditors?

2      A.   Possibly.  Yeah.

3      Q.   Okay.  So you remember paying the fee, but you

4  don't remember being there?

5      A.   I'm 50/50 on the fee.  Sometimes it's free.

6  Sometimes it's not.  It would not be the first time I

7  put in a records request.  So most of the time, they do

8  have a fee, so --

9      Q.   Okay.  On May 20th of 2022, did you make

10 contact with police officers from Gulfport PD in an

11 attempt to file charges against City Manager O'Reilly,

12 City Attorney Salzman, both police commanders, all

13 police sergeants, and Officer Ramos for obstruction of

14 justice?

15     A.   Yes.

16     Q.   Why did you do that, sir?

17     A.   If I remember correctly, I think that had a

18 something to do with the assault that the chief did at

19 the council meeting.  And what transpired after.

20     Q.   Okay.  So as a result of your allegations that

21 by placing his hand on your right shoulder as he was

22 trying to escort you out of a public meeting, at which

23 you had been told to leave, you attempted to file

24 charges against the city manager, the city attorney,

25 both commanders, all police sergeants, and Officer Ramos



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

1  for something that the police chief had done?

2      A.   No.  I tried doing -- because they're the ones

3  who participated in it.

4      Q.   In your allegations of obstruction of justice?

5      A.   Yes.

6      Q.   Is that correct?

7      A.   By not allowing me to file the charges, going

8  out their way to -- to then make it very difficult to go

9  through the process.  Allowing them to violate my First

10 Amendment right to be able to record in -- in a meeting.

11 They tried to have me Baker Acted.

12     Q.   Who tried to have you Baker Acted?

13     A.   The police department.

14     Q.   When did the police department try to have you

15 Baker Acted, sir?

16     A.   In the process of me trying to file charges

17 against the chief.  So this is the one that happened,

18 and this is second one.  That's the reason why there

19 were so many people.  Because what I wanted to do is

20 file charges, not a complaint.  And I was being forced,

21 and now the city manager to file a complaint, when I

22 didn't want to file a complaint.  I wanted to file

23 charges.

24     Q.   But you never went to another law enforcement

25 agency that has jurisdiction, like the Pinellas County



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

 1  sheriffs or the Florida Department of Law Enforcement,

 2  correct?

 3      A.   I did.  Yes.

 4      Q.   You did?

 5      A.   Yes.

 6      Q.   I thought -- I asked you that earlier.  Did

 7  you ever go to --

 8      A.   You asked me about two different ones.  Either

 9  the first one -- when I was at the dais, he assaulted

10  me.  The second one was we were in the back of the room,

11  and he shoved me.  So that's the one I'm thinking you're

12  talking about, with him shoving me in the back of the

13  room, correct?

14      Q.   I don't know.  I thought there was only one

15  incident involving the dais.

16      A.   No, there was two.  Actually, probably

17  multiple.  But who knows?  I don't remember all of them,

18  other than the fact that he assaulted me.  I didn't

19  remember that one either, until you showed me.  The one

20  I do remember 100 percent is the one him shoving me in

21  the back of the room, while recording him on his tablet.

22  So sorry for the confusion, but that's the one I kept

23  trying to refer to.  Until you showed me at least this

24  one.

25      Q.   Going back to November of 2020, is it true

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  that you kept contacting the State Attorney's Office,

2  specifically, Assistant State Attorney Hamilton, and

3  repeatedly calling -- sort of robocalling and tying up

4  their phone lines claiming racial discrimination?

5      A.   I wasn't claiming racial discrimination, no.

6      Q.   But you admit that you were robocalling the

7  State Attorney's Office on November 19th of 2020?

8      A.   I called, yeah, multiple times.  I asked for a

9  supervisor.

10     Q.   And why --

11     A.   The moment I brought up Jennifer Kimbrell,

12 they just continued to hang up the phone on me.  I don't

13 understand why.

14     Q.   And you were calling about Jennifer Kimbrell?

15     A.   Yeah, I was -- I was advised, you understand,

16 Ben McIntyre, you understand, that he could not make the

17 arrest, you understand, on Jennifer, that it would be

18 sent to the State Attorney's Department, and they would

19 be the one, you understand, to look into the

20 investigation.  But I haven't heard anything, you

21 understand, from the State Attorney's Department.  When

22 I attempted to call and I mentioned her name, they just

23 clicked the phone on me.

24         I called back again and, you know, I'm saying,

25 you know, what's going on?  This is Mr. Lee.



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1          Hung up the phone yet again.

2          Eventually I started asking for a supervisor,

3  and I never got to one, if I remember correctly, but --

4      Q.   Did you ever claim racial discrimination in

5  that call?

6      A.   I could have, you understand, if she's not

7  being arrested.  I don't know why, if she's stealing

8  something off someone's cart, she wasn't arrested.

9      Q.   Can you please answer the question, sir?  Is

10 that a --

11     A.   Yeah.  Yes.

12     Q.   -- yes or a no?

13     A.   That was -- I'm sorry.  Excuse me.  Yes, that

14 was -- I -- it could have possibly happened, yes, as I

15 was mentioning what was occurring with how I felt that

16 day and her not being arrested.

17     Q.   Do you know who Suzanne or Suzy King is?

18     A.   Suzanne King, yes.  She runs SIK.

19     Q.   Have you ever called her a cunt?

20     A.   No.

21     Q.   Have you ever called Barbara Banno a cunt?

22     A.   No.  You understand, honestly, I don't recall,

23 you understand?  You know, take that back.  I really

24 don't recall, you understand, ever having too many

25 conversations with her, so.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.   So it's possible that you did call Barbara

2  Banno a cunt?

3    A.   It could be possible, yes.

4    Q.   And is it likewise possible that you could

5  have called Suzy King a cunt?

6    A.   It's not a word I use often, so --

7    Q.   Is that a yes or a no, sir?

8    A.   Possible.

9    Q.   So you did possibly call Suzy King a cunt; is

10  that true?

11    A.   Oh, I already -- sorry, I already answered it.

12  Yes, possibly.  Yes, sir.

13    Q.   Okay.  And did you call Council Member

14  Christine Brown a cunt?

15    A.   I don't recall.

16    Q.   You don't recall?

17    A.   No.

18        MR. ROPER:  Can we go back and -- Madam

19     Videographer, play Video Number 5, which is also

20     from July 22 of 2021, but it's a different camera.

21          (Video played for the record.)

22     BY MR. ROPER:

23     Q.   Okay.  Mr. Lee, that is the conclusion of that

24  tape from July 22nd of 2021.

25          Again, same general question as before with

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900       www.MILESTONEREPORTING.com       Toll Free 855-MYDEPOS

1  the prior videos, but would -- is that video an accurate

2  depiction of you that day and what you were saying?

3       A.   Yes and yes.

4       Q.   Okay.  And, again, you feel that that's

5  appropriate behavior; is that correct?

6       A.   It -- it shouldn't have come to that, yes, but

7  after years and years and years and me trying to resolve

8  problems, I get to a point, you understand, where things

9  get frustrating, so if I'm going to be disrespected, I

10 might as well give them the same thing in return, but --

11      Q.   So you feel --

12      A.   I -- I take no pleasure in it honestly, but --

13      Q.   But you feel it's appropriate?

14      A.   It's not the worst thing to say.

15           MS. LAHART:  Objection.  Asked and answered.

16           MR. ROPER:  No, he hasn't answered it.  That's

17   why I keep asking.

18           THE WITNESS:  Okay.

19    BY MR. ROPER:

20      Q.   Do you feel that that is appropriate behavior

21 as depicted on that last video that we watched?

22      A.   It's not my best.

23      Q.   Do you feel it is appropriate behavior?  Yes

24 or no?

25      A.   As far as my free speech, yes.


MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1     Q.   When dealing with a law enforcement official,

2  public official, who's simply trying to respond to your

3  public records request, you feel that that is

4  appropriate; is that correct?

5     A.   I don't remember that being a public records

6  request.  That was me attempting to file charges.

7     Q.   Will you please answer the question, sir?

8     A.   Sorry.

9     Q.   Answer the question.  Yes or no?

10    A.   Like I said, I could have done better.

11    Q.   So is the answer no, or is the answer yes?

12    A.   When it comes to my First Amendment rights,

13 yes, but as far as, you understand, being -- needing to

14 be that way with someone, no, so I don't take pleasure

15 or derive any pleasure out of it, you understand, but if

16 I'm going to be ignored and nothing's ever going to get

17 done, you know, you get to a point, you understand,

18 where you just have to vent.

19         So no, I -- I don't think it was the most

20 appropriate, to answer your question, but I don't think

21 it's appropriate, you understand, with them deleting

22 evidence and all types of other things that they're

23 doing.  Never taking police complaint forms.

24    Q.   Do you feel that that was creating a

25 disturbance at City Hall?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1       A.   Again, most of the stuff I do is protesting,

2  so sometimes it's just loud, but loud in general,

3  because half the times I'm part -- you know, hard of

4  hearing.  I have to get a little loud to begin with.

5       Q.   Can you please answer the question, sir?  Do

6  you feel that that is creating a disturbance or not?

7       A.   It could be.

8       Q.   Possibly?

9       A.   I don't know.  I -- I don't know the law on

10 it.

11      Q.   Okay.  From the standpoint of simple common

12 human decency, do you think that that is appropriate way

13 to speak to a law enforcement official, in that tone of

14 voice in a public building such as the Gulfport City

15 Hall?

16      A.   Well, it just depends on the law enforcement

17 officer.  I have plenty of cop friends and plenty of

18 cops on this force, you understand, that I get along

19 with and respect every single day, and we have cordial

20 conversations, and --

21      Q.   From a common human perspective, watching that

22 video, do you feel that you were creating a disturbance

23 in City Hall that day or not?

24      A.   You already asked that question.  You just --

25      Q.   You didn't answer it yet.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

1    A.   I said I don't know the law on it, so it could

2  be possibly, you know, a disturbance.  I don't -- I

3  mean, people can hear me, I guess, but anything could be

4  considered disturbance.  Loud cars, cat fights.

5    Q.   Okay.  Let's take a break in a minute.  I'd

6  asked you about Acura Amanda before, the First Amendment

7  auditor acquaintance you discussed earlier on the

8  record?

9    A.   Yes.

10    Q.   Is her name actually Amanda Vielma?

11    A.   I don't think her name's Amanda at all.

12    Q.   Okay.  Do you know what her name is?

13    A.   If I'm guessing, I think it's Jennifer, but I

14  might be wrong.

15    Q.   Jennifer Vielma?

16    A.   It could, possibly.  I mean, I remember her

17  first name, but I think Vielma sounds about right.

18        MR. ROPER:  Okay.  Let's take a quick break.

19        THE VIDEOGRAPHER:  All right.  One moment.

20          (A recess was taken.)

21        THE VIDEOGRAPHER:  The time is 2:51 p.m.  We

22     are back on the video record.

23        MR. ROPER:  We're back on the record, sir.  I

24     don't have any further questions.

25        MS. LAHART:  I have a few.  Maybe only one.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

1            CROSS-EXAMINATION

2      BY MS. LAHART:

3      Q.   Mr. Lee, would you walk us through your

4  efforts to become permitted to legally sell ice cream

5  from your cart in Gulfport, both your efforts to obtain

6  a license or permission from the city as well as from

7  the Gulfport Merchants Association?

8           MR. ROPER:  Let me just object to the form of

9      the question.

10           You can answer, sir.

11           THE WITNESS:  Yeah, so I tried going online to

12      see, you understand, what the permitting process

13      would be, even if it was allowed, and could not find

14      anything relevant, you understand, on the actual

15      sites.  Come find out, you understand, again, that

16      the absence of something apparently means it's not

17      allowed, so if you can't read it, therefore you just

18      assume that it's not permitted, which then prompted

19      me, you understand, to attempt, you understand, to

20      reach out to some of the council members.

21           After seeing all the people running, I figured

22      there had to be a way.  You know, maybe I'm just not

23      looking in the right spot,, you understand?  I did

24      go down, you understand, attempt to apply for the

25      permit at the permitting department, was denied on



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

1    their 22 --

2    BY MS. LAHART:

3    Q.   Do you recall when that was?

4    A.   Say again?

5    Q.   Do you recall when that was?

6    A.   January 19th of 2020.

7    Q.   Okay.  And what happened next?

8    A.   Throughout that time, I was in the process of

9  having a conversation, you understand, with Council

10 Member Paul Ray, and I was told, you understand, that I

11 would be able to join the events.

12          I did have a conversation, you understand,

13 with the scene manager, or at least maybe some e-mail

14 version of it, saying that I am allowed, you understand,

15 to join.

16          I did go out.  I attempted to join, but I ran

17 into -- I forget.  Bless her heart.  She passed away.  I

18 don't have my notes in front of me, but she used to be

19 the one, you understand, that actually ran at the

20 beginning, and she just said, don't bother, because no

21 matter what happens, you're not getting in.  You know,

22 that the city manager has a tendency of talking to about

23 six or eight different people, eventually ended up

24 getting to Justin, and it's just not happening.

25          So that was the first time I attempted to --



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**

1  with the merchant Association.  Then I was told, you

2  understand, that I --

3      Q.   Okay.  Slow down.  Let's -- Jesse.

4      A.   Yeah?

5      Q.   Let's slow down.

6      A.   Okay.

7      Q.   As the new generation says, let's unpack

8  that --

9      A.   Okay.

10     Q.   -- okay?  You talked to somebody associated

11 with the Gulfport Merchants Association who is now

12 deceased?

13     A.   Yes.

14     Q.   And you don't remember her name?

15     A.   I wrote it down.

16     Q.   That's fine.

17     A.   Yeah, I just don't have it with me.

18     Q.   If you don't remember it, say you don't

19 remember it.

20     A.   Yeah.  She's very sweet.  I think it was

21 Marsha.  Marsha --

22     Q.   Okay.  That's fine.

23     A.   Marsha Warner.

24     Q.   When did --

25     A.   There it is.


MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1      Q.   When did the conversation with Marsha take

2   place, and where?

3      A.   It was --

4      Q.   Did you call her?  Did you meet her for

5   coffee?

6      A.   No, it was in-person.  She was down next to --

7   what's that Greek place called?  Beach Boulevard and

8   Shore Boulevard South, just maybe a few doors down, you

9   understand, on Beach Boulevard.  But she was at the

10  Tuesday Market, and we were having that conversation.

11     Q.   And she relayed to you that it wouldn't -- you

12  shouldn't bother applying to be a vendor because the

13  city manager wouldn't let you be one; is that what she

14  said?

15     A.   Yeah, she implied, you understand, the city

16  manager, you understand, although he says he has nothing

17  to do with the events and they can do what they need to

18  do, eventually interferes with their ability to be able

19  to run their business, so eventually it'll get back to

20  Justin Shane, you understand, for them to tell them to

21  deny me from getting in.

22          So you know, it was really, what's the whole

23  point of attempting when I know for a fact -- I mean,

24  she's the only one out of all of them who's ever been

25  really blunt and straightforward with me, and honest.  I

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1 mean, God, honest.  I definitely miss her, you know?

2          Just don't waste your time.

3          I'm good.  Thank you.  You know?  And so I

4 move forward.

5     Q.   So Marsha told you not to waste your time --

6     A.   Yep.

7     Q.   -- because the city would not allow you to be

8 a vendor at Tuesday Market?

9          THE WITNESS:  Yes.

10          MR. ROPER:  Objection to the --

11     BY MS. LAHART:

12     Q.   Is that what she said?

13          MR. ROPER:  Objection to the form.

14     BY MS. LAHART:

15     Q.   Okay.  What happened next?

16     A.   I think, you understand, I reached out, you

17 understand, to Paul Ray again at some point.  I was

18 told, you understand, about another -- I think it was

19 called either, like, the 49th Street Fusion was allowing

20 in, you understand, mobile food trucks, mobile food

21 carts.

22          I think, you understand, the person running,

23 you understand, had some type of, like, nursing

24 practice, you understand, somewhere off of 49th and it's

25 either 26th or something like that street.  I might be

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  wrong, you understand, but it's next to the car wash.

2        So I went and decided to have a conversation

3  with him, asked him for permission. Metric (phonetic)

4  apparently knew who he was immediately, and took me to

5  where he was at.

6      Q.   Who is he?

7      A.   I don't remember the guy's name, but he's the

8  one that ran the 49th Street Fusion in 2019.

9      Q.   Okay.

10     A.   And I was immediately denied.

11     Q.   What was the reason you were given for the

12  denial?

13     A.   He just -- nope, we don't allow -- allow it

14  in. That was it.

15     Q.   We don't allow --

16     A.   That was pretty much it, yeah. He just -- we

17  don't allow it in.

18     Q.   We don't allow ice cream? We don't allow

19  mobile food vending? We don't allow --

20     A.   Mobile vendors, mobile food --

21     Q.   -- non-Hispanic people? What did he say?

22     A.   We don't allow mobile food vending. Sorry.

23     Q.   Okay. What happened next?

24     A.   Eventually, I think sometime after, I -- I

25  went and talked to Suzanne King about, you understand,

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1 these issues. You know, I'm try to figure out, you

2 understand, why, you know, again, I'm still seeing other

3 people operating. You know, I'm -- if the state law,

4 you understand, says, you understand, anything that is

5 considered, you know, mobile food vendors would be

6 kiosk, on a cart, you know, why are we just allowed in?

7      She then told me that the city ordinances did

8 not permit, you understand, any type of mobile food

9 vendors at her specific event because we had wheels.

10     Q.   Did you ask for a citation to the ordinance?

11     A.   No.

12     Q.   So she told you that the city did not allow

13 wheeled --

14     A.   That they did not allow mobile food vendors,

15 period, at their event, but --

16     Q.   When you say their event, do you mean the

17 Gulfport Merchants Association?

18     A.   Tuesday Market.

19     Q.   Tuesday Market. The city -- there was a city

20 ordinance that did not allow mobile food vending at the

21 Tuesday Market, that's what you were told?

22     A.   Yes. It's in writing.

23     Q.   What happened next?

24     A.   I started asking her, you understand, how

25 long, you understand, has these events started -- you

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

 1 | know, been done?

 2 |         She said 14 years.

 3 |         And I said, in the entire 14 years, you

 4 | understand, you have never allowed, you understand, any

 5 | type of mobile food vending?

 6 |         She said no.

 7 |         I think she addressed, you understand, the

 8 | concerns, you understand, to protect, like, brick and

 9 | mortar businesses, if I remember correctly.  It's been a

10 | while.  And pretty much essentially said, you

11 | understand, that since I have wheels, I just wasn't

12 | going to be allowed in.  That I was not permitted to be

13 | at that Tuesday Market.

14 |     Q.   Do you remember about when that conversation

15 | happened?

16 |     A.   No.

17 |     Q.   So how is it that you came to go to Tuesday

18 | Market with your ice cream cart?

19 |     A.   After the law was passed, somewhere -- I

20 | guess, it's in between the time I'm attempting to pull a

21 | permit and the year of headaches that I've received, you

22 | understand, the governor, you understand, passed the

23 | law, you understand, 509.102, which then preempted us to

24 | the state, and to the state only, making sure, you

25 | understand, that no municipality, county or entity could



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1 say no, you understand, to mobile food vendors, and no

2 longer were they had -- were they to have, you

3 understand, in any abilities to be able to charge

4 additional fees, permits, applications.

5          So although I knew that -- although that was

6 kind of at the very beginning because, I mean, the city,

7 you understand, still had to do something.  They still

8 had the ability to regulate it, you understand, but my

9 first time going out, you understand, again, was a

10 matter of protesting, and I was still harassed then.

11          Second time, I already knew, you understand,

12 once they passed Chapter 13 I was going to be harassed

13 again, so I -- I took my cart off, you understand.

14 Although I was invited, you understand, by the local

15 business that was there at one point, I didn't do her

16 any favors, and I think she was later shut down, you

17 understand, because of her support behind me.

18     Q.   What local business was that?

19     A.   The Country -- Country Charm, I think it was

20 called at some point.

21     Q.   The owner of the Country -- of Country Charm

22 said, hey, you can set up your ice cream cart here?

23     A.   Yep.

24     Q.   And did you?

25     A.   I did.


MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
407.423.9900          www.MILESTONEREPORTING.com          *Toll Free 855-MYDEPOS*

1     Q.   Were you on private property?

2     A.   No, I was on the slab, you understand, that it

3  gets rented, or wherever, I guess, the -- the citations

4  they we were giving me were the permits that the brick-

5  and-mortar businesses had to get that gave them

6  permission to be able, you understand, to do outdoor

7  sales or utilize that in that area.

8     Q.   That -- the two times that you went to Tuesday

9  Market, did you have a permit from the State?

10         THE WITNESS:  I had my license from the State,

11    yes.

12         MR. ROPER:  Objection.

13    BY MS. LAHART:

14    Q.   The Department of Agriculture?

15    A.   Yes.

16    Q.   Did you have insurance?

17    A.   I thought I did.  I may -- I don't remember,

18  honestly.  I -- I -- I showed the paperwork to the cop,

19  you understand, I'm not sure where it is at the very

20  moment, so I can't -- forgot if I had or I hadn't at

21  this very moment, since I've had to shuffle a lot of

22  stuff around.  But the officer saw the --

23    Q.   And --

24    A.   -- paperwork.  He said, yes, I had my

25  insurance, so I'm guessing at some point I got the

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

1  policy out.

2      Q.   Didn't you have to have insurance to get a

3  license from the State?

4      A.   I don't know.  I just got the insurance just

5  to get it, just to protect my car.

6      Q.   What was -- if anything, was sent to you on

7  those two occasions when you were at the Tuesday Market?

8  Who approached you first?

9      A.   The first time they send the -- owner they

10 sent from Symmetry's (phonetic) approached me.  He had

11 claimed that Barbara Banno, you understand, wanted him

12 to relay whatever message to me, and I pretty much told

13 him -- I told him very politely, "Look, me and you've

14 got along with each other for a really long time."  I

15 said, "Do not let that bitch, you understand, interfere

16 in our relationship.  If she's got something to say, she

17 can come and say it to me."

18         And so he politely -- and we still talk to

19 this day.  He politely went and told Barbara Banno, you

20 understand, to handle her own business and he did not

21 want to interfere.

22     Q.   And what happened next?

23     A.   She showed up like a bat out of Hell saying --

24 claiming that she owned the sidewalk, and, you know,

25 started calling everyone underneath the tree, and then



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

 1 | when the officer told her, you understand, that she
 2 | didn't own the sidewalk and I had every ability, you
 3 | understand, to be there, she decided she wanted to start
 4 | calling the chief of police, and started demanding
 5 | everyone else, and --
 6 |     Q.   Okay.  Back up.
 7 |     A.   All right.
 8 |     Q.   The officer told her, you don't own the
 9 | sidewalk.  What officer?
10 |     A.   McIntyre, I think.
11 |     Q.   Officer McIntyre said that you had the right
12 | to be there?
13 |     A.   Yeah, he said it's a public sidewalk.  I
14 | wasn't on the sidewalk itself, you understand, but I was
15 | off to the side, so, yes, that she did not own it.  It
16 | was city property.
17 |     Q.   What happened next?
18 |     A.   Barbara Banno came by, you understand, decided
19 | to start going into the store, trying to get some -- one
20 | of her other friends, you understand, to involve herself
21 | in whatever matter -- I think that was pretty much, you
22 | understand, the only place, you understand, that really
23 | wasn't occupied.  It was kind of slightly off to the
24 | right.  But she was bothered, you understand, by me
25 | being there.  But I think there was -- at that point, I



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**

1  think it was next to -- almost close to, like, Let It Be

2  Ice Cream.  She was really, really pissed off, you

3  understand, and she felt offended, you understand, that

4  I was selling or trying to sell something like that, and

5  decided to call the police on me.

6      Q.  She was -- you were selling ice cream that --

7  she was offended that you were selling ice cream near a

8  brick-and-mortar business that sells ice cream?

9      A.  Well, she wasn't open.  Actually, I'm

10  confusing it.  I apologize, you understand?  That was

11  the first time I went out to protest.  The second time

12  is when I got the tickets.  That was the one time, you

13  understand, that I went out, and I was actually in front

14  of the new sandwich shop that was owned by, I think,

15  someone called TP or JP.

16      Q.  So how many times altogether did you attempt

17  to sell ice cream --

18      A.  Three in total.

19      Q.  -- at Tuesday -- three?

20      A.  No, twice.  Twice.  At Tuesday, yes.

21      Q.  All right.  Let's go back to when you were

22  talking to Officer McIntyre.  Did he stay after he told

23  Barbara Banno that she didn't own the sidewalk?  Did he

24  move on?  What happened?

25      A.  Well, I think Justin Shane (phonetic) was



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  called.  You know, I was told, you understand, that they

2  really had nothing to do, you understand, with the

3  Tuesday Markets, but yet they're still asking her, you

4  understand, to print out a list of her vendors.  So

5  Barbara Banno goes into the Merchants Association, which

6  was being rented a few doors down, which is where I

7  initially picked up the application.

8          But -- what's it called?  She comes back out.

9  She gives them, you understand, the information, starts

10  claiming, you understand, that I were not part of the

11  actual event.  You know, it's like, well, you know,

12  Chapter 13 says, you understand, clearly, you

13  understand, the only thing I have to do to show up

14  side-by-side in conjunction with her special event in

15  order for me to run my business.  No one told me that I

16  needed to be anywhere else, you understand, throughout

17  that time.

18          It just kept claiming, you understand, that I

19  was not allowed, you understand, to run my business

20  unless I applied for her -- or applied with her

21  organization, paid the fees, the permits, applications,

22  whatever the case might be.  And I already knew, you

23  understand, that in contrary to the law, they couldn't

24  do that.  They couldn't put us in a position to now

25  enforce -- have someone else enforce something, you

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

1  understand, they had no business enforcing.

2       Q.   Okay.  So Barbara Banno went, and she came

3  back with a list of vendors.  You were not on that list.

4  What happened next?

5       A.   The officer had politely asked me, you

6  understand, to leave, and I did.  Yeah, at some point

7  after having a conversation.

8       Q.   Officer McIntyre asked you to leave, and you

9  did?

10      A.   Yeah.  So right at the very end, yeah.  But --

11 but was waiting for the officer on the phone to get back

12 to me, and apparently he was in the middle having a

13 conversation, you understand, with the city manager, and

14 decided to tell me that the city manager said that if --

15 that he was just going to change the ordinance and was

16 just going to result in more tickets after hearing, you

17 understand, that I were protesting or even kind of

18 mocking them to a point, you understand, that your

19 Chapter 13 literally does the very opposite of what

20 you're trying to do, at least, you understand, for that.

21 So since you're going to force us on this organization,

22 and this is my only choice is this, I want to show up

23 and protest, and I want to prove to you, you understand,

24 that you're allowing, you understand, of the Merchants

25 Association to bypass and violate the law.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**       **www.MILESTONEREPORTING.com**       **Toll Free 855-MYDEPOS**

1          So that was the point of my protest.  But I
2    was essentially threatened that he was going to change
3    the ordinance and, well, it was just going to continue
4    to keep resulting in more and more tickets.
5          Q.   So Officer McIntyre told you --
6          A.   No, it was the --
7          Q.   -- that --
8          A.   -- other officer.  The -- I don't remember his
9    name.  It was the one that was answering the phone.  He
10   was actually out in the street, you understand? McIntyre
11   was still talking to me at that point, you know, about
12   what was happening, and then eventually, you understand,
13   we were waiting for the officer, the second one there,
14   to get off the phone, and apparently he just needed to
15   tell me what the city manager said.  Officer McIntyre
16   had asked me nicely if I just would mind going, and I
17   did.
18         Q.   Okay.  So a second police officer showed up,
19   was on the phone with the city manager, got off the
20   phone, and said the city manager wants you to know that
21   they're going to change the ordinance, so you get more
22   tickets?
23         A.   Yes.
24         Q.   Is that what happened?  Yes?
25         A.   That's what happened.



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

1     Q.   Is that what happened?

2     A.   Yes.  I have it on video.

3     Q.   Okay.  Thank you.  Okay.  And then when was

4  the next time that you went to the Tuesday Market?

5     A.   I want to say it was the upcoming Tuesday

6  Market.  At some point, they had decided, you

7  understand, to now go and put a ton of chairs at the

8  location that -- it really wasn't -- tables, whatever on

9  the outside, even if the business wasn't open, to

10 prevent me, you understand, from utilizing, you

11 understand, the space that was perfectly open and

12 available, so I decided to take me right, you

13 understand, to a tree in front Stella's, and decided to

14 park my bike in front of the tree and protest.

15    Q.   Did you have posters on your ice cream cart?

16    A.   I did, yes.  I had a sign that says "Barbara

17 Banno is a bully.  Know your rights."  I quoted, you

18 understand, the State Law 509.102.  I did have copies,

19 you know to send, that if someone was interested, I

20 would just pass them out and send the vendors.  That way

21 they knew, you understand, exactly, you understand, what

22 their rights were.

23    Q.   You were passing out copies of the statute?

24    A.   Yes.

25    Q.   Do you recall what time you arrived?



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1     A.    Maybe around 10:00, 11:00.

2     Q.    And then what happened?

3     A.    Some random woman I'd never met decided to

4  come up to my cart.  She was acting real polite and real

5  sweet, but by then we all had masks.  I didn't know who

6  she was, and at the same time, she was literally peeling

7  the sign off my cart, and by the time I realized, you

8  know, I think either Metric pointed it out or I kind of

9  saw a little bit.  I was like, wait, what the hell are

10 you doing?

11          And she snatches it and then runs into Barbara

12 Banno's Sundries treat business.  So I went behind her

13 to get my sign back, and, you understand, and then

14 that's when they trespassed me.

15    Q.    What happened after that?

16    A.    She was just mocking me.  Kept saying, good

17 luck with that, you understand, she's never going to see

18 the inside of the jail, and had the other manager come

19 out, you understand, trespass me at the same time.  You

20 understand, she's admitting to the cop, and, you

21 understand -- and, again, all on camera that it just

22 offended her.  She didn't like it.

23          But what business -- do you -- do you -- you

24 know, if it was me, as a Latino or a, you know, Black

25 person who would have done that to a white person, I



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  would've been thrown in jail.  But now all of us sudden

2  COVID was being used as an excuse, you understand, not

3  to throw her in.

4        So once that was done and, you understand, I

5  got, you understand, the second ticket, you know,

6  Officer McIntyre said, hey, I'm sorry to have to do this

7  to you, and you know, here you go.

8        And, you know, so like, okay, no problem.

9        So after I got the ticket, I packed up and

10  left it.  Well, I also had, by the way, you understand,

11  the mayor show up to harass me, calling me an asshole

12  and whatever else, you understand, came out of his

13  mouth. He tried to get me trespassed from a city

14  sidewalk, too. That was on a radio [sic] tape.  So now

15  you got two divas, you understand, apparently, you

16  understand, who don't respect, you understand, the

17  constitutional rights.

18      Q.   I'd like to talk about your trespasses a

19  little bit.  Were you warned verbally or in writing that

20  you would receive a trespass if you did not cease

21  particular conduct?

22      A.   Never.

23      Q.   Were you ever given anything in writing that

24  told you why you had been trespassed?

25      A.   Never.  I remember the police report was



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1  generated after the trespass, you understand, but

2  apparently the -- the chief of police said that they had

3  no obligations to write any reports, and they normally

4  don't, that the city manager, you understand, had every

5  authority, you understand, for any reason -- no reason

6  at all to trespass me at will at any given time, and so

7  therefore I was trespassed.

8       Q.   Were you ever given a written notice of how

9  you could appeal?

10      A.   Never.

11      Q.   Was there some point were the trespass

12  warnings were actually expanded to include a larger

13  area?

14      A.   Yes.  All of a sudden buildings that I were

15  never in, that I never had a problem, I wasn't allowed

16  into.  And then all of a sudden, you understand, and I

17  was not allowed, you understand, to protest on my city

18  hall steps anymore.  So the essential entire island.  So

19  even if I didn't have problems with two of them, that

20  wasn't a concern for him, and they just did not want me

21  anywhere being able to tend to -- to talk or speak or

22  protest, or --

23      Q.   You say it wasn't a concern for him.  Who's

24  him?

25      A.   City manager, and the chief of police.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  Apparently I was supposed to get an e-mail that I never

2  got.  That's what the chief of police said that you'll

3  be receiving an e-mail, you understand, from, you

4  understand, the city manager, and it just never came.

5      Q.   Speaking of e-mails, did you see the e-mail

6  telling you that you were not welcome at the Gulfport

7  Volunteer Association -- or Gulfport Volunteer

8  Appreciation Luncheon before you went to the casino?

9      A.   I definitely saw it, you understand, at 2:30

10 in the morning after I'm arrested and thrown out like

11 trash, but no I --

12     Q.   My question is whether you saw it before you

13 went to the casino?

14     A.   Never.  No.

15     Q.   Did you attempt to force your way into the

16 Gulfport casino?

17     A.   No.

18     Q.   Were you on casino property when you were

19 arrested?

20     A.   No, I wasn't.

21     Q.   Did you prevent anybody from entering the

22 casino that day?

23     A.   No, I didn't.

24     Q.   Did you physically touch any other person that

25 day?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

1      A.   Nope.  No.

2      Q.   Did you threaten anybody that day?

3      A.   No.

4           MS. LAHART:  I have nothing further, Mr. Lee.

5           THE WITNESS:  Thank you.

6                   RE-DIRECT EXAMINATION

7      BY MR. ROPER:

8      Q.   I have a couple of follow-up questions, sir.

9  You talked earlier about the flyer that you handed out.

10 Is that a copy of it?

11     A.   Yes, it is.

12     Q.   That's one in which you call Barbara Banno a

13 bully?

14     A.   It is.

15     Q.   And a copy of the Florida Statute underneath

16 it?

17     A.   Yes, it is.

18     Q.   Okay.

19          MR. ROPER:  We'll mark that as Exhibit 1.  Oh,

20     well, actually, no.  Well, we will mark it in the

21     proper sequencing from the prior deposition that was

22     taken in this case.  It won't be Exhibit Number 1,

23     but we'll figure that out, so -- I don't think I

24     have too many more.

25          (Exhibit 1 was marked for identification.)

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

1      BY MR. ROPER:

2      Q.   When I last took your deposition, sir, I had

3 handed you a copy of a Florida Department of Agriculture

4 and Consumer Services Division of Food Safety Inspection

5 Report.  Do you remember that?

6      A.   Yes.

7      Q.   I'll hand you a copy of one dated March 11th

8 of 2020.

9           Ask you if you recognize that.  Could be in

10 the permit --

11      A.   Yes, it's the license.

12      Q.   -- that you operated the ice cream stand

13 under.

14      A.   Yeah, that's the license.

15      Q.   Now, let me show -- and the name of the food

16 entity name was Naked Pops?

17      A.   Eventually, yeah.  I changed it after.

18      Q.   Okay.  And the original name was Sweet Cheeks

19 Snack Bar?

20      A.   No.  The original name, you understand, was

21 Naked Pops, you understand, I changed it after, you

22 understand, to Sweet Cheeks Snack Bar.

23      Q.   Okay.  So here is actual copy of an

24 October 7, 2024, Florida Department of Agriculture and

25 Consumer Services Division of Food Safety Annual Food



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

1  Permit. This is issued, it says Wite Lee, W-I-T-E L-E-E,

2  but at the bottom --

3      A.   It was White then.

4      Q.   -- it says, "Location, Sweet Cheeks Snack

5  Bar." Is that the permit that you operate the ice cream

6  stand under?

7      A.   Yeah.

8      Q.   Okay.  Is that the only permit that you have

9  from the State of Florida to operate that ice cream

10  stand under?

11      A.   It should be the only one I went for, yes.

12      Q.   Okay.  Did you ever apply for or obtain any

13  type of food -- mobile food dispensing vehicle permit

14  from the Department of Business and Professional

15  Regulation at any point in time in the past for the ice

16  cream stand?

17      A.   I have not.

18      Q.   Okay.  Did you ever file an application with

19  the Gulfport Merchants Association at any point in the

20  past for a special events permit to sell ice cream in

21  the Waterfront Redevelopment District?

22      A.   You said apply with whom?

23      Q.   With the Gulfport Merchants Association?

24      A.   No, I don't think they gave all special event

25  permits, but --

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1    Q.   So the answer is no, correct?

2    A.   No.

3    Q.   Okay.  Did you ever approach Suzanne or Suzy

4  King with SIK Productions and file or make an

5  application for a special events permit to be issued by

6  the Gulfport Merchants Association to sell ice cream at

7  any point in the past?

8    A.   I want to say I picked up the permit, yes,

9  because I wanted a copy for my files, but no, I never

10  applied with them.  I was already told that, again, I

11  couldn't get in.

12    Q.   Okay.  So you obtained a copy of the

13  application form from Ms. King?

14    A.   If I remember, I either went there, or --

15  yeah, or actually got it from one of them.

16    Q.   Okay.  And did you have a conversation with

17  Ms. King that day about what would -- what one would

18  need to do in order to complete that application?

19    A.   Again, I was already told, you understand, I

20  wasn't going to be allowed in because I had wheels.

21    Q.   By another individual, correct?

22    A.   By Suzanne King.

23    Q.   I thought you were told by Marsha Warner?

24    A.   No.  At some point or another, you understand,

25  I would've ran into Suzanne King.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1      Q.   Okay.

2      A.   She was, I think, at that point, you

3  understand, with -- the double Susans, I guess, is what

4  they call them, so it was her, you understand, and

5  someone else, you understand, and I guess, you

6  understand, Marsha, you understand, was assisting on one

7  end of it.

8      Q.   Okay.  And your allegation is that Ms. Suzy

9  King told you what, sir?

10     A.   That due to me having wheels, the city does

11 not allow, you understand, any type of mobile food

12 vehicles into their events.  Eventually it was put down

13 in writing because I wanted to make sure, you

14 understand, that I understood that straight.

15     Q.   And your allegations are that Ms. King put

16 that down in writing?

17     A.   Yes.

18     Q.   Okay.  Did she -- Ms. King ever tell you that

19 you needed liability insurance?

20     A.   I don't remember, you understand, going that

21 in depth, you understand, of a conversation with her,

22 but I know that she was busy with work and getting back

23 and forth, and, you understand, it was just taking too

24 long. Once she gave me, you understand, what I

25 essentially needed, I was -- but I don't know.  I would



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  have to go look, so I don't recall.

2      Q.   Which one is it, sir?

3      A.   I don't recall --

4      Q.   Okay.

5      A.   -- to be honest with you.

6      Q.   So even though Ms. King furnished you with an

7  application form for a special events permit to sell ice

8  cream at the Gulfport Merchants Association, you elected

9  not to file the application, correct?

10     A.   Yes.

11     Q.   Okay.  In the video that I showed you last --

12 on July 22nd of 2021, you referred twice to Commander

13 Stone as Blanche.  My question to you is, why did you

14 call him Blanche?

15     A.   It's a gay thing.

16     Q.   What's a gay thing?

17     A.   Blanche from -- what's it called?  The show.

18     Q.   Can you explain to me what that means, sir?

19     A.   He's just a -- looks like a miniature version

20 of him -- or her, I should say.

21     Q.   Okay.  And what does that refer to?  I still

22 don't understand what you're saying.

23     A.   It's just a gay term that we use when

24 someone --

25     Q.   Okay.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1      A.   -- you understand, is acting a little bit more

2   necessary than -- than need be.

3      Q.   When someone is acting more unnecessarily than

4   need be?

5      A.   Yes.

6      Q.   What was Commander Stone doing that you felt

7   merited him being call that name?

8      A.   It was what happened, you understand, prior,

9   what transpired, you understand, with other issues.

10     Q.   With what issues?

11     A.   With cameras.  What's it called?  Video is

12  going missing.  Our reports not being taken.  Him as a

13  -- I think he was a professional standards person, you

14  understand, never getting him himself involved, you

15  understand, when a video was produced by their own

16  station of two of their officers taking wagers and bets

17  on who's going to be the first one who gets to arrest

18  me.

19          He was quite comfortable, you understand,

20  calling me a douche bag and an asshole, you understand,

21  but, then again, when you do it to them, they're

22  supposed to be the well-respected ones.  I expected

23  Stone, you understand, to go in and do his job as a

24  professional standards person, even if the chief, you

25  understand, didn't want to do anything about it, he

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  should have done something.  He should have brought the

2  concern, you understand, to the city manager.  The two

3  officers should have been reprimanded, told, you

4  understand, that that's not the type of behavior, you

5  understand, that's accepted, but yet it was still

6  promoted and pushed.

7           And then there was another incident, you

8  understand, with a camera going off where I -- McIntyre,

9  you understand, had invited me in, and I have the video

10 that day, at least the one prior to, where I'm telling

11 him, no, this sounds like a trap.

12          He's like, no, no, no.  My supervisor gave me

13 permission for you to come in to get your open records.

14          And so I'm in getting my open records, and

15 then all of a sudden there's an argument happening, you

16 understand, with, like, what records I put in.  It's

17 like, I know the records that you're saying.  I already

18 ordered them.  I didn't put that records.

19          Well, I can prove it.  I can prove it.

20          Well, go prove it.

21          Then Stone shows up and he's antagonizing the

22 entire situation.  And then by the time you know, you

23 understand, the supervisors, including him and Farren

24 (phonetic), had ordered, you understand, McIntyre to

25 have me arrested for trespass after the fact, when I was

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  invited in.

2          And Dillard was tampering with his cameras.

3  There would be no need to do that.  If you're going to

4  conspire, you understand, to go after someone, you

5  understand, at least be smart enough, you understand,

6  not to keep getting caught doing it.

7          So -- and, again, was that properly

8  investigated by Stone?  No.  Was it investigated him by

9  the city manager?  No.  Name one thing, you understand,

10  they've investigated 100 percent, you understand,

11  without finding themselves, you understand, void of any

12  type of actions or influence.  Even getting a simple

13  police report to follow up was not allowed, because

14  apparently they're claiming, you understand, under the

15  statute laws of Florida, you understand, I'm not allowed

16  to get a police claim -- claim form.

17          I've never been to a police department where

18  you can't take one home, write it out, you understand,

19  without coming back.  But we're being denied at every

20  given moment, you understand, the ability to be able,

21  you understand, to file, and file, and file.

22      Q.   Why did you throw that CD and strike him in

23  the back?

24      A.   I didn't throw it at him.  I threw it past the

25  door line, because I knew, you understand, I wasn't



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  allowed --

2      Q.   You hit him with it.

3      A.   I know I did.  I didn't realize I hit him at

4  that moment, because the camera was in front of my face,

5  and this is not the first time he lies to me.

6      Q.   So why did you throw a CD at him and hit him?

7      A.   Again, I object to the point that you're

8  saying I threw it at him.  I didn't throw it at him.

9      Q.   Why did you throw it, period, sir?

10     A.   I threw it past the door line in protest

11 because I wasn't going to leave there, you understand,

12 with knowing that this is, like, the second or third

13 time I've already received a CD that I can't use, and if

14 it's working for their systems, fine, you understand,

15 but it's not working, you understand, for what all I

16 need.

17     Q.   So you feel that's acceptable behavior to go

18 throw a CD in the direction of a cop who's walking away?

19     A.   I threw past the door line.  I didn't expect

20 it to --

21     Q.   Yes or no, sir?  You feel that that's

22 appropriate behavior to throw a CD at a police officer

23 who's walking away from you?

24     A.   Under the circumstances, at that moment,

25 yes --



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1       MS. LAHART:  Objection.  You're

2    mischaracterizing his testimony.

3    BY MR. ROPER:

4    Q.  Answer the question, sir.  Under the

5 circumstances -- you said under the circumstances.

6 Finish your answer.

7    A.  I felt that it was appropriate, you

8 understand, with, you know, the current situation that

9 was happening.  Like --

10   Q.  Sir, can you please answer the question?

11   A.  I just did.

12   Q.  It's a real simple one.  No, you didn't, sir.

13   A.  I just told you.  Under the circumstances, at

14 that moment, I, again, thought, you understand, with

15 everything that was happening, you understand, that was

16 my motions, and it's what happened.

17   Q.  And, yes?  Is that a yes?

18   A.  Okay.  Yes.

19       MR. ROPER:  Okay.  No further questions.

20       MS. LAHART:  I have no follow-up questions.

21       MR. ROPER:  I'll go ahead and attach the permit

22    that I referred to as the next exhibit.

23       We'll have to figure out what the sequencing --

24    the last exhibit number from the prior deposition

25    was --

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1              (Exhibit 2 was marked for identification.)

2         THE REPORTER:  All right.

3         THE VIDEOGRAPHER:  Perfect.

4         MR. ROPER:  -- so that they flow together, but

5    other than that will --

6         THE REPORTER:  All right.  Before we get off

7    record, do you want to read or waive?

8         MR. ROPER:  -- rest.

9         Read or waive, Marcy?

10        MS. LAHART:  He'll read.

11        THE VIDEOGRAPHER:  All right.

12        THE REPORTER:  Okay.

13        Would you like to order a copy of the

14   transcript, sir?

15        MR. ROPER:  Yes.

16        THE REPORTER:  And a copy of the video?

17        MR. ROPER:  Yes.

18        THE REPORTER:  Got you.

19        THE VIDEOGRAPHER:  Do you want it --

20        MR. ROPER:  And we need that expedited.

21        THE VIDEOGRAPHER:  Do you want it synced?

22        MR. ROPER:  Yes.

23        THE VIDEOGRAPHER:  All right.

24        And, Ms. LaHart, would you like a copy of the

25   video?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1          MS. LAHART:  No, thank you.

2          THE VIDEOGRAPHER:  Would you like a copy of the

3     transcript?

4          MS. LAHART:  No, thank you.

5          THE VIDEOGRAPHER:  All right.  One moment,

6     please.

7              (Deposition concluded at 3:31 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1                    CERTIFICATE OF OATH

2

3

4  STATE OF FLORIDA

5  COUNTY OF ORANGE

6

7

8      I, the undersigned, certify that the witness in the

9  foregoing transcript personally appeared before me and

10 was duly sworn.

11

12 Identification:  Produced Identification

13

14

15

16

17 _____

18         CHALEN CAFIERO

19         Court Reporter, Notary Public

20         Commission Expires: 08/08/2028

21         Commission No. HH 579949

22

23

24

25



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
1                C E R T I F I C A T E
2
3
4
5
6       I,  CHALEN CAFIERO, Court Reporter and Notary
7   Public, do hereby certify that I was authorized to and
8   did report the foregoing proceeding, and that said
9   transcript is a true record of the said proceeding.
10
11      I FURTHER CERTIFY that I am not of counsel for,
12  related to, or employed by any of the parties or
13  attorneys involved herein, nor am I financially
14  interested in said action.
15
16  Submitted on: August 15, 2024.
17
18
19
20
21  _____
22  CHALEN CAFIERO
23  Court Reporter, Notary Public
24
25
```



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

1                           ERRATA

2

3 PAGE      LINE                 CHANGE      REASON

4

5

6

7

8

9

10

11

12

13

14

15

16 I have read the entire transcript of my deposition taken

17 in the captioned matter or the same has been read to

18 me.I request that the following changes be entered upon

19 the record for the reasons indicated. I have signed my

20 name to the Errata Sheet and authorize you to attach the

21 changes to the original transcript.

22

23

24 _____    _____

25 Date                     NAME



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

**MILESTONE I REPORTING COMPANY**
TOMORROW'S TECHNOLOGY TODAY

407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

**February 27, 2025**

**Marcy LaHart, Esquire**
Law Office of Marcy I. LaHart, P.A.
207 SE Tuscawilla Rd
Micanopy, FL 32667

RE:     Deposition of **Jesse Lee** taken on **2/20/2025**
        Jesse Lee v. City Of Gulfport

Dear Ms. **LaHart**,

## IMPORTANT NOTICE FOR DEPOSITION TRANSCRIPT READ AND SIGN

It is suggested that the review of this transcript be completed within 30 days of your receipt of this letter,
as considered reasonable under Federal Rules*.

___     **Attorney - Copy of Transcript Enclosed:**  Signature of the Deponent is required.  Please have the deponent make any corrections/changes necessary on the Errata Sheet ONLY, sign name on the form where indicated.  Please return ONLY the original signed Errata Sheet to our offices within 30 days from the date of this memorandum.  If you have any questions, please call our offices.

_x_     **Attorney - No Copy Ordered:**  Since you did not request a copy of the transcript, it will be necessary for the Deponent to call our offices to arrange for an appointment to read and sign the transcript of the Deposition within 30 days of this memorandum.

___     **Deponent:**   At the time of your deposition, you did not waive your right to read and sign the transcript of your testimony, therefore, attached please find a copy of the transcript and Errata Sheet.  Please read the transcript, make any corrections necessary on the Errata Sheet ONLY, sign the bottom of the Errata Sheet, and return it within 30 days from the date of this memorandum.  Please call our offices if you have any questions.

___     **Deponent:**   At the time of your deposition, you did not waive your right to read and sign the transcript of your testimony, therefore, it is necessary for you to come to our offices to read and sign same.  Please call Milestone Reporting Company to arrange for an appointment at your earliest convenience.

___     The attached executed copies of the Errata Sheet(s) are sent to you for your files.  If you have any questions, please call our offices.

Thank you for your attention to this matter.

No. 370711

cc: Donovan Roper, Esquire


Waiver:
I, Jesse Lee**,** hereby waive the reading and signing of my deposition transcript.


_____                    _____
Deponent Signature                                                  Date

*Federal Civil Procedure Rule 30 (e) / Florida Civil Procedure Role 1.310 (e)



Florida Department of Agriculture and Consumer Services
Division of Food Safety

## ANNUAL FOOD PERMIT

Chapter 500, Florida Statutes
Rule Chapter 5K-4.020 Florida Administrative Code
(850) 245-5520 | www.FDACS.gov

October 07, 2024

**WILTON SIMPSON**
**COMMISSIONER**

ılıplıllıllıllıllıllıplıllıplıllıllıplıllıplıllıll
**WiteLee**
**5621 Tangerine Ave S**
**Gulfport, FL 33707 - 4157**

**PERMIT TYPE:** 164
**PERMIT NUMBER:** 2020-N-1841705
**FOOD ENTITY NUMBER:** 391883

**PERMITTED LOCATION ADDRESS:**
Sweet Cheeks Snack Bar
5621 Tangerine Ave S
Gulfport, FL 33707 - 4157

### The attached permit will expire on  , .

This annual food permit must be detached and shall be displayed in a conspicuous location at the permitted location. Failure to conspicuously display the permit may result in administrative action for violation of 5K-4.020, F.A.C.

The renewal fee for all food permits shall be the same as the food permit fee required by subsection 5K-4.020(4), F.A.C., and shall be due annually on or before  . A late fee of $100 will be imposed in accordance with Chapter 500, F.S., if the renewal fee for this food establishment is received by the Department after  . This fee is in addition to the food permit fee required by subsection 5K-4.020(4), F.A.C.  It is the business owner's responsibility to ensure the accuracy of their account. Rule 5K-4.020(7), F.A.C., requires food establishments to notify the department within 30 days of closing. Updates to the owner contact information, email, and mailing addresses can be made at https://foodpermit.fdacs.gov or at (850) 245-5520.

### THIS FOOD PERMIT IS NOT TRANSFERABLE

FDACS-14414 Rev. 08/23

----------------------------------------------------------------------------------------------



Florida Department of Agriculture and Consumer Services
Division of Food Safety

## ANNUAL FOOD PERMIT

Chapter 500, Florida Statutes
Rule Chapter 5K-4.020 Florida Administrative Code
(850) 245-5520 | www.FDACS.gov

**WILTON SIMPSON**
**COMMISSIONER**

**PERMIT TYPE:** 164
**FOOD ENTITY NUMBER:** 391883

**LOCATION:**
Sweet Cheeks Snack Bar
5621 Tangerine Ave S
Gulfport, FL 33707 - 4157

**EXPIRATION DATE:**  ,

**OWNER:**
WiteLee
5621 Tangerine Ave S
Gulfport, FL 33707 - 4157

This permit must be conspicuously displayed at the permitted location.  Rule 5K-4.020(7), F.A.C., requires food establishments to notify the department within 30 days of closing.

### THIS FOOD PERMIT IS NOT TRANSFERABLE

FDACS-14414 Rev. 08/23



EXHIBIT

tabbies®

2