**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CASE NO.: 8:23-cv-02996-VMC-AEP

JESSE LEE,

    Plaintiff,

v.

CITY OF GULFPORT and
JAMES O'REILLY

    Defendants.
_____/

**MOTION FOR PERMISSION TO FILE PHYSICAL VIDEO EXHIBITS IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

    COMES NOW, Defendants, CITY OF GULFPORT and JAMES O'REILLY, files this Motion for Permission to File Physical Video Exhibits in support of their separate Motions for Summary Judgment and state:

    1.    On May 29, 2025, Defendant, CITY OF GULFPORT, filed its Motion for Summary Judgment [Doc 89].

    2.    On May 29, 2025, Defendant, JAMES O'REILLY, filed his Motion for Summary Judgment [Doc 88].

    3.    Throughout Defendants' motions, the following video footage is referred to:

        a.    Two (2) videos taken at City Hall for the City of Gulfport lobby on or about July 22, 2021;

    b. Video taken at City of Gulfport's Building Department on or about September 14, 2021;

    c. Video taken of Commander Stone on or about March 2022;

    d. Video taken at a City of Gulfport City Council meeting on or about April 5, 2022; and

    e. Video taken of Plaintiff at the Gulfport Casino on or about April 27, 2023.

WHEREFORE, Defendants, CITY OF GULFPORT and JAMES O'REILLY, requests this Honorable Court grant an Order for permission to file physical video exhibits in support of their Motions for Summary Judgment [Docs 88 and 89].

## LOCAL 3.01(g) CERTIFICATE OF COMPLIANCE

The undersigned certifies that in compliance with Local Rule 3.01(g), he has contacted Plaintiff's attorney, and while she is agreeable to the relief sought as to video identified in ¶3e above, she objects to the remaining videos listed.

Dated May 29, 2025.

                                        Respectfully submitted,

                                        */s/ Donovan A. Roper*
                                        DONOVAN A. ROPER, ESQUIRE
                                        Florida Bar No.: 0858544

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of May, 2025, I electronically submitted the foregoing with the Clerk of Court using the CM/ECF system, who will send electronic notice to all parties and pro se litigants.

DAR/lb

/s/ *Donovan Roper*
DONOVAN A. ROPER, ESQUIRE
Florida Bar No.: 0858544
IAN DEPAGNIER, ESQUIRE
Florida Bar No.: 116385
R. DUSTYN RING, ESQUIRE
Florida Bar No.: 1049924
**ROPER & ROPER, P.A.**
116 North Park Avenue
Apopka, FL 32703
TEL: (407) 884-9944
FAX: (407) 884-4343
email@roperandroper.com
idepagnier@roperandroper.com
dring@roperandroper.com
kroper@roperandroper.com