| From: | joreilly@mygulfport.us |
|---|---|
| To: | ASalzman@unicesalzman.com |
| Bcc: | City Manager, City of Gulfport, FL |
| Subject: | Fwd: Jesse Lee trespass at City Hall complext |
| Date: | Tuesday, July 26, 2022 5:52:40 PM |

FYI

Please let me know if you have any questions.

Thank you

Jim

Sent from my iPhone

Jim O'Reilly

Begin forwarded message:

> **From:** "Vincent, Robert" <RVincent@mygulfport.us>
> **Date:** July 26, 2022 at 4:52:20 PM EDT
> **To:** POLICE DEPARTMENT ALL EMPLOYEES <Police_All_Employees@mygulfport.us>
> **Cc:** "City Manager, City of Gulfport, FL" <joreilly@mygulfport.us>
> **Subject: Jesse Lee trespass at City Hall complext**
>
> I have communicated to Mr. Lee clarification that the trespass warning issued to him for city hall/community development office applies to the entire property, not just the inside of the buildings. If you see him on any part of the city hall campus, you may tell him to leave. If he refuses to comply, he may be arrested for trespassing.
>
> Please note that this does not apply if he is attending a public meeting.
>
> Thank you.