Under Florida law, e-mail addresses are public records.  If you do not want your e-mail address released in response to a public-records request, do not send electronic mail to this entity.  Instead, contact this office by phone or in writing.

**From:** Jesse Lee [mailto:mrjessele@gmail.com]
**Sent:** Tuesday, December 29, 2020 1:46 PM
**To:** Hayes, Cynthia <chayes@mygulfport.us>
**Cc:** Vincent, Robert <rvincent@mygulfport.us>
**Subject:** Re: Resolution 2020-08

City manager accused me of trying to force my way into your building.  Please give me all records that done in writing, incident reports, complaints involving my name by employees of the date I was banned from City Hall.

First it was employees felt threatened by me and now it's I've tried forcing my way into a building.

I'd like the documents proving these allegations made by the City Manager Over the phone 5 minutes ago.

Mr Lee
361-558-1704

On Friday, November 6, 2020, Hayes, Cynthia <chayes@mygulfport.us> wrote:
> Mr. Lee,
>
> I have received your records request and have forward to the Chief and Commander Farrand.
>
> Cynthia Hayes
> Gulfport Police Dept.
> Police Services Supervisor
> 2401 53rd Street S.
> Gulfport, FL 33707
> 727-893-1050 (PH)
> 727-552-1351 (Fax)
> chayes@mygulfport.us
>
> Under Florida law, e-mail addresses are public records.  If you do not want your e-mail address released in response to a public-records request, do not send electronic mail to this entity.  Instead, contact this office by phone or in writing.

| From: | Hayes, Cynthia |
|---|---|
| To: | Jesse Lee |
| Cc: | Vincent, Robert; Farrand, Mary |
| Subject: | RE: Resolution 2020-08 |
| Date: | Wednesday, December 30, 2020 9:10:00 AM |

Mr. Lee,

You will have to contact the City Manager 727-893-1009 if you would like that questioned answered.

Cynthia Hayes
Gulfport Police Dept.
Police Services Supervisor
2401 53rd Street S.
Gulfport, FL 33707
727-893-1050 (PH)
727-552-1351 (Fax)
chayes@mygulfport.us

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public-records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

**From:** Jesse Lee [mailto:mrjessele@gmail.com]
**Sent:** Tuesday, December 29, 2020 4:35 PM
**To:** Hayes, Cynthia <chayes@mygulfport.us>
**Subject:** Re: Resolution 2020-08

I may also add that my trespass wasn't from the permits department, it was from city hall, on video I was told that employees felt threaten in city hall when I wasn't in city hall that day period. So provide me with any claims at all by those claiming in city hall they felt threatened.

Two deferent department and only one is the City Hall and the other is Code enforcement and permits!!

So why was I banned from City Hall and not the other!!??

I want clear written complaints from whomever claimed I threatened them and how from your City Hall.

One has nothing to do with the other and making false allegations is against the law. So

provide me with proof that I tried forcing my way into any of your building! I'm sure there will be evidence other then the word of your employee when there was another witness there that saw everything!!

Meanwhile my rights yet again are being trampled on because at no point did anyone ask me what happened, was concerned to what happened and I was immediately trespassed from city hall by City Manager who not only refused to talk to me but continues to hang up the phone for anyone and all reasons he can validate not to get my input or side of story.

Meanwhile a special policing case is being done only taking the word from your lying associates and no one has come to me asking me to sit down!! Not much of an investigations!! This is only being done spiteful and intentionally to violate my rights by "in my opinion" because I question why only white people are allowed to consistently violate their procedures and so called laws and I'm the only being attacked. The implication alone made the city manager angry and this is retaliation for it.

Mr Lee
361-558-1704

On Tuesday, December 29, 2020, Jesse Lee <mrjessele@gmail.com> wrote:
> I want to request video footage of the front entrance of the code enforcement building. I at not point ever placed my hands on the door of that building nor ever asked what happened that day during this flase investigation.
>
> So please provide me with any and all video footage of that day in question.
>
> Mr Lee
> 361-558-1704
>
> On Tuesday, December 29, 2020, Hayes, Cynthia <chayes@mygulfport.us> wrote:
>> Mr. Lee,
>>
>> I am providing you again with all the copies of the incident on 9/4/2020 regarding the Trespass from City Hall. Please find attachment for the following:
>>
>> - The incident report (initial call)
>> - The Trespass Warning citation
>> - The report GP20-20516
>>
>> Cynthia Hayes
>> Gulfport Police Dept.
>> Police Services Supervisor
>> 2401 53rd Street S.
>> Gulfport, FL 33707
>> 727-893-1050 (PH)

From: Jesse Lee
To: City Manager, City of Gulfport, FL
Subject: Violation of my constitutional rights, preferential treat of white people only, harassment, bullying and bias treatment is to be investigated by an outside agency
Date: Thursday, December 31, 2020 5:27:39 PM

Please tell me how certain laws only apply to me and not to others here?   Please tell me how that's equality on any part when others who are white aren't ticketed yet I am for the same or worse infractions.

When others who are white don't get treated the way I do and how cops here in Gulfport Fl legally get to pick and choose the laws they get to exercise freely 100%? They get to ignore and pick which laws apply to whites only and Latins are being supported.

How can we really say we are a peace community, for equality, not racist, when we sit aside and watch the very elected officials we elect to represent our values clearly untilize the power we granted to be bullies, Unethical, bias, use their influence only to protect one race?

Why am I the only person to have recieved treatment when others are allowed to violate the same ordinances so blatantly and continue to be blessed by bias cops, and corrupt elected officials who never care to resolve issues instead allow the behavior to be validated and continue!!

How much harassment, bullying, bias, and blatant discrimination should I be subjected to before I get my elective officials are held accountable or take actions to help stop this type of mistreatment towards me?

Why am I the only one being attacked? Why am I the only one to have recieved a ticket In all the years other have done the same thing why cops where directed not to not get themselves involved with them but I still continue to be bullied, harassed and the only sighted for these infractions??

Why only me!?!?

Don't think I didn't realize that right after I asked these questioning, you banned me from city hall.

Don't pretend that every single time I mention any issues for bullying on your behalf, council, mayor and merchant association you never look into or immediately dismiss it yourself.

You are a corrupt piece of shit that continues to violate my rights, treat me different then you do other white people, while utilize the police department as your personal toy to continue to be vindictive and bias!   It's against the law to be utilizing your power in an official capacity in this matter!!

Again am requesting an I'm investigation but your telling me you would be the one deliberating over the very accusations I'm making against you, the council, mayor, and chief of police...  when your allow such violations to continue to be perpetrated without investigation and being friends with those doing it.

You continue to violate laws with your own version in of law While my constitutional rights

are being purposely dragged thru the dirty purposely by you. I can't file any complaints without you dismissing them instantly! I have no one of my race protecting me in a position of power here, all Chanel's of management or authority are all white!

I want my rights and protected class "protected"with out your filth of discrimination attached to it. seeing how you won't do anything about it and continue to protect and shield those doing it! I can't voice my concerns and it be respected without you being an enabler utilizing your position to harass me, bully me, or violate my rights when I try filing such complaints.

Two years of this allowed harassment by you and the others elected or hired to represent us is enough!!

Mr Lee
361-558-1704

Ps this email is in response to yet again hanging up
The phone on me for whatever reason you choose to!

You made allegations over the phone that has now evolved to fit another narrative of your with the help
of one of bullies!   Stating I tried forcing myself into your building!  But here we are again, I will never be asked for my side because if a white person says it! It's all that matters for your to violate my rights further.