UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:23-cv-02996-VMC-AEP

JESSE LEE,

 Plaintiff,

v.

CITY OF GULFPORT,

 Defendant.
_____/

# DEFENDANT'S RULE 26 INITIAL DISCLOSURES

COME NOW, Defendant, CITY OF GULFPORT, ("City"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i)-(iv), hereby serves her mandatory initial disclosures upon Plaintiff, JESSE LEE.

**(i) The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

**DISCLOSURE:**

  (1) Jesse Lee
    c/o Marcy I. LaHart, Esquire
    Liability and Damages

  (2) City of Gulfport
    c/o Roper & Roper, PA
    Liability

  (3) Robert Vincent
    Chief of Police, City of Gulfport
    c/o Roper & Roper, PA

    Liability

  (4) Jim O'Reilly
    City Manager
    City of Gulfport
    c/o Roper & Roper, PA
    Liability

  (5) Officer Grimes
    City of Gulfport Police Department
    c/o Roper & Roper, PA
    Liability

  (6) All individuals identified in Plaintiff's Complaint
    [Doc 1]
    Liability

**(ii) A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

**DISCLOSURE:**

  (1) Plaintiff's Notice of Claim

  (2) All court records or court filings pertaining to the specific incident and/or subject matter referenced in:

    a) *State of Florida v. Jess Lee,* Case No.: 20-14469-MO-P, Pinellas County, Florida

    b) *State of Florida v. Jess Lee,* Case No.: 20-14077-MO-P, Pinellas County, Florida

**(iii) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

**DISCLOSURE:**

(1) Attorney's fees and expenses incurred in defense of this cause pursuant to 42 USC § 1988.

**(iv) For inspection and copying as under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

**DISCLOSURE:**

(1) The City of Gulfport is a member of Public Risk Management of Florida ("PRM"), a Florida self-insured inter-governmental risk management program. See Public Risk Management of Florida Coverage Document No. PRM022-009.

(2) Coverage Period: 10/01/2022 – 10/1/2023

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of May, 2024, I electronically submitted the forgoing via electronic mail to all parties and pro se litigants.:

>*/s/ Donovan A. Roper*
>DONOVAN A. ROPER, ESQUIRE
>Florida Bar No.: 0858544
>**ROPER & ROPER, P.A.**
>116 North Park Avenue
>Apopka, FL 32703
>TEL: 407-884-9944
>FAX: 407-884-4343
>email@roperandroper.com
>lblackburn@roperandroper.com
>blewis@roperandroper.com
>ckeep@roperandroper.com

DAR/bl