## TRESPASS WARNING
## GULFPORT POLICE DEPARTMENT
### 2401 53rd Street South
### Gulfport, Florida 33707

Report# GP18-5095     Date 03/12/18

Issued To: Ada M. Lewis

Race W     Sex F     DOB 03/20/56

DL/ID# L200013566OO     State FL

Address: Transient

City _____ State _____

**KIND OR NAME OF ESTABLISHMENT:**
Gulfport Library

Address 5501 28 Ave S
Gulfport, Florida 33707

**NOTICE TO RECIPIENT**
**VIOLATION OF THIS NOTICE MAY**
**RESULT IN YOUR ARREST**

Issued By: Carol Parker

Address: 5501 28 Ave S

City Gulfport     State FL

Expiration: _____

Cancellation By: _____

Date: _____ Time: _____

Officer Priest 596

---

## TRESPASS WARNING
## GULFPORT POLICE DEPARTMENT
### 2401 53rd Street South
### Gulfport, Florida 33707

Report# GP18-5081     Date 03/01/18

Issued To: Ada M. Lewis

Race W     Sex F     DOB 03/20/56

DL/ID# L200013566000     State FL

Address: Transient

City _____ State _____

**KIND OR NAME OF ESTABLISHMENT:**
Veterans Park

Address _____
Gulfport, Florida 33707

**NOTICE TO RECIPIENT**
**VIOLATION OF THIS NOTICE MAY**
**RESULT IN YOUR ARREST**

Issued By: Brian Van Slyke

Address: 2401 53 St S

City Gulfport     State FL

Expiration: _____

Cancellation By: _____

Date: _____ Time: _____

Officer Priest 596

# TRESPASS WARNING
## GULFPORT POLICE DEPARTMENT
### 2401 53rd Street South
### Gulfport, Florida 33707

Report# GP18-6971   Date 4/8/18

Issued To: Riley Judd

Race White   Sex M   DOB 8/5/05

DL/ID# _____ State _____

Address: 2660 46 St S.

City Gulfport   State FL

**KIND OR NAME OF ESTABLISHMENT:**

Gulfport Casino

Address 5500 Shore Blvd.
Gulfport, Florida 33707

### NOTICE TO RECIPIENT
### VIOLATION OF THIS NOTICE MAY
### RESULT IN YOUR ARREST

Issued By: Brian Vanslyke

Address: 5500 Shore Blvd.

City Gulfport   State FL

Expiration: _____

Cancellation By: _____

Date: 4/8/18   Time: _____

Officer: Selena Ramos

Filing Name: Judd, Riley

---

# TRESPASS WARNING
## GULFPORT POLICE DEPARTMENT
### 2401 53rd Street South
### Gulfport, Florida 33707

Report# GP18-6294   Date 03/30/18

Issued To: Ada Lewis

Race W   Sex F   DOB 03/20/56

DL/ID# L200-013-56-600-0   State FL

Address: Transient

City _____ State _____

**KIND OR NAME OF ESTABLISHMENT:**

Gulfport Casino

Address 5500 Shore Blvd S
Gulfport, Florida 33707

### NOTICE TO RECIPIENT
### VIOLATION OF THIS NOTICE MAY
### RESULT IN YOUR ARREST

Issued By: Jeffrey Ferron

Address: 5500 Shore Blvd S

City Gulfport   State FL

Expiration: _____

Cancellation By: _____

Date: _____   Time: _____

Officer: Priest 596

Filing Name: Lewis, Ada

MP

## TRESPASS WARNING
## GULFPORT POLICE DEPARTMENT
2401 53rd Street South
Gulfport, Florida 33707

Report# GP20-824   Date 1/11/20

Issued To: Riley Judd

Race W   Sex M   DOB 8/5/05

SSN N/A

Address: 2660 46th St S

City Gulfpt   State Fl

**KIND OR NAME OF ESTABLISHMENT:**
Gulfport Skate Park
Address 5701 Shore Blvd S
Gulfport, Florida 33707

### NOTICE TO RECIPIENT
### VIOLATION OF THIS NOTICE MAY RESULT IN YOUR ARREST

Issued By: Manuel Gortarez

Address: 5701 Shore Blvd

City: Gulfport   State: Fl

Violation Date: _____   Time: _____

Cancellation By: Kellington

Date: 3/8/2020   Time: #

Officer Kellington

Filing Name: Judd, Riley

---

## TRESPASS WARNING
## GULFPORT POLICE DEPARTMENT
2401 53rd Street South
Gulfport, Florida 33707

Report# GP20-824   Date 1/11/20

Issued To: James Ashcroft

Race W   Sex M   DOB 7/22/00

SSN N/A

Address: 2920 50th St S

City Gulfport   State Fl

**KIND OR NAME OF ESTABLISHMENT:**
Gulfport Skate Park
Address 5701 Shore Blvd
Gulfport, Florida 33707

### NOTICE TO RECIPIENT
### VIOLATION OF THIS NOTICE MAY RESULT IN YOUR ARREST

Issued By: Manuel Gortarez

Address: 5701 Shore Blvd S

City: Gulfport   State: Fl

Violation Date: _____   Time: _____

Cancellation By: M. Gortarez

Date: 3/8/2020   Time: 11:42pm

Officer Sgt. Kellington

Filing Name: Ashcroft, James

**TRESPASS WARNING**
**GULFPORT POLICE DEPARTMENT**
2401 53rd Street South
Gulfport, Florida 33707

Report# GP20-3336  Date 02/23/2020
Issued To: David Knoll
Race W   Sex M   DOB 06/19/62
DL/ID# K540-165-6229-0   State FL
Address: Transient
City _____ State _____

**KIND OR NAME OF ESTABLISHMENT:**
Gulfport Library
Address 5501 28 Ave S
Gulfport, Florida 33707

**NOTICE TO RECIPIENT**
**VIOLATION OF THIS NOTICE MAY**
**RESULT IN YOUR ARREST**

Issued By: Kailey Klasson
Address: 5501 28th Ave S
City: Gulfport   State: FL

Expiration: _____
Cancellation By: _____
Date: _____   Time: _____
Officer: C. Priest

Filing Name: Knoll, David III

---

**TRESPASS WARNING**
**GULFPORT POLICE DEPARTMENT**
2401 53rd Street South
Gulfport, Florida 33707

Report# GP20-824   Date 01/11/20
Issued To: Quinlan D Whitney
Race W   Sex M   DOB 9/15/03
SSN N/A
Address: 2507 54th St S
City Gulfport   State FL

**KIND OR NAME OF ESTABLISHMENT:**
Gulfport Skate Park
Address 5701 Shore Blvd. S
Gulfport, Florida 33707

**NOTICE TO RECIPIENT**
**VIOLATION OF THIS NOTICE MAY**
**RESULT IN YOUR ARREST**

Issued By: MAAsuel Guiterres
Address: 5701 Shore Blvd S
City: Gulfport   State: FL

Violation Date: _____  Time: _____
Cancellation By: Kellington
Date: 3/8/2020   Time: _____
Officer: Sgt. Kellington

Filing Name: Whitney, Quinlan D

# TRESPASS WARNING
## GULFPORT POLICE DEPARTMENT
2401 53rd Street South
Gulfport, Florida 33707

Report# GP20-17422  Date 07/30/20

Issued To: Lucas Perez

Race H  Sex M  DOB 10/8/52

DL/ID# P620-520-52-378-0  State FL

Address: Transient

City _____  State _____

### KIND OR NAME OF ESTABLISHMENT:
Veterans Park

Address 5350 31st Ave S
Gulfport, Florida 33707

### NOTICE TO RECIPIENT
### VIOLATION OF THIS NOTICE MAY RESULT IN YOUR ARREST

Issued By: Brian Van Slyke

Address: 2401 53rd St S

City Gulfport  State FL

Expiration: _____

Cancellation By: _____

Date: _____  Time: _____

Officer Priest 596

---

# TRESPASS WARNING
## GULFPORT POLICE DEPARTMENT
2401 53rd Street South
Gulfport, Florida 33707

Report# GP20-6058  Date 3/21/20

Issued To: Fabian Stapleton

Race W  Sex M  DOB 7/6/69

DL/ID# S314 240 69 2460  State FL

Address: 272 Jack Weisser Blvd.

City Lake Placid  State Fl

### KIND OR NAME OF ESTABLISHMENT:
Gulfport Youth Club

Address 4638 Del Rio Way S
Gulfport, Florida 33707

### NOTICE TO RECIPIENT
### VIOLATION OF THIS NOTICE MAY RESULT IN YOUR ARREST

Issued By: Jennifer Ehrhart

Address: 4638 Del Rio Way S

City Gulfport  State Fl

Expiration: TBA

Cancellation By: _____

Date: _____  Time: _____

Officer Sgt. Kellington

# TRESPASS WARNING
# GULFPORT POLICE DEPARTMENT
## 2401 53rd Street South
## Gulfport, Florida 33707

Report# GP20-20516  Date 9/04/20

Issued To: JESSE LEE

Race I  Sex M  DOB 3/26/83

DL/ID# L000-420-83-106-0  State FL

Address: 5621 TANGERINE AVE S

City GULFPORT  State FL

### KIND OR NAME OF ESTABLISHMENT:
GULFPORT CITY HALL

Address 2401 53rd ST S,
Gulfport, Florida 33707

### NOTICE TO RECIPIENT
### VIOLATION OF THIS NOTICE MAY
### RESULT IN YOUR ARREST

Issued By: PER CITY MANAGER

Address: 2401 53rd ST.

City GULFPORT  State FL

Expiration: INDEFINITE

Cancellation By: _____

Date: _____  Time: _____

Officer E. Pop # 622/9271

---

# TRESPASS WARNING
# GULFPORT POLICE DEPARTMENT
## 2401 53rd Street South
## Gulfport, Florida 33707

Report# GP20-20065  Date 9/2/2020

Issued To: Raymond L Rodriguez

Race W  Sex M  DOB 7/19/59

DL/ID# R362 736 59 2590  State FL

Address: 2815 Tifton St. S

City Gulfport  State FL

### KIND OR NAME OF ESTABLISHMENT:
Gulfport casino / casino Dock

Address 5500 Shore Blvd S
Gulfport, Florida 33707

### NOTICE TO RECIPIENT
### VIOLATION OF THIS NOTICE MAY
### RESULT IN YOUR ARREST

Issued By: City Employee
Justin Shen

Address: N/A

City _____  State _____

Expiration: NVNC6

Cancellation By: _____

Date: _____  Time: _____

Officer ROSS

## TRESPASS WARNING
## GULFPORT POLICE DEPARTMENT
2401 53rd Street South
Gulfport, Florida 33707

Report# GP20-28695  Date 12/19/2020

Issued To: ADA M. Lewis

Race W  Sex F  DOB 3/20/56

DL/ID# L200 013 56 6000  State FL

Address: Transient

City Gulfport  State FL

**KIND OR NAME OF ESTABLISHMENT:**
Casino

Address 5500 Shore Blvd S
Gulfport, Florida 33707

### NOTICE TO RECIPIENT
### VIOLATION OF THIS NOTICE MAY
### RESULT IN YOUR ARREST

Issued By: Tim (city employee)

Address: N/A

City _____ State _____

Expiration: Never

Cancellation By: _____

Date: _____ Time: _____

Officer Ross

Filing Name: Lewis, Ada M

---

## TRESPASS WARNING
## GULFPORT POLICE DEPARTMENT
2401 53rd Street South
Gulfport, Florida 33707

Report# GP20-27473  Date 12/01/20

Issued To: JAMES J. Dickson

Race W  Sex M  DOB 5/6/88

DL/ID# D-250-450-88-166-0  State FL

Address: 3045 49th ST APT 10

City Gulfport  State FL

**KIND OR NAME OF ESTABLISHMENT:**
Gulfport Public Library

Address 5501 28th Ave S
Gulfport, Florida 33707

### NOTICE TO RECIPIENT
### VIOLATION OF THIS NOTICE MAY
### RESULT IN YOUR ARREST

Issued By: Cailey Klasson

Address: 5501 28th Ave S

City Gulfport  State FL

Expiration: INDEFINATE

Cancellation By: _____

Date: _____ Time: _____

Officer E. Pope  622/9271

Filing Name: Dickson, James J

# TRESPASS WARNING
# GULFPORT POLICE DEPARTMENT
## 2401 53rd Street South
## Gulfport, Florida 33707

Report# GP21-2261   Date 02/03/21

Issued To: Ashley F. Hawkins

Race W   Sex F   DOB 10/7/76

DL/ID# H252-006-76-867-0   State FL

Address: Transient

City _____ State _____

**KIND OR NAME OF ESTABLISHMENT:**
Chase Park

Address 5315 28 Ave S
Gulfport, Florida 33707

### NOTICE TO RECIPIENT
### VIOLATION OF THIS NOTICE MAY
### RESULT IN YOUR ARREST

Issued By:
Brian Van Slyke

Address: 2401 53 St S

City Gulfport   State FL

Expiration: _____

Cancellation By: _____

Date: _____ Time: _____

Officer Priest 596

Filing Name: Hawkins, Ashley C

---

# TRESPASS WARNING
# GULFPORT POLICE DEPARTMENT
## 2401 53rd Street South
## Gulfport, Florida 33707

Report# GP21-988   Date 1/15/21

Issued To: Christian Nuckolls

Race W   Sex M   DOB 1/21/92

DL/ID# 121309858   State TN

Address: Transient

City Gulfport   State FL

**KIND OR NAME OF ESTABLISHMENT:**
Gulfport Casino

Address 5500 Shore Blvd S
Gulfport, Florida 33707

### NOTICE TO RECIPIENT
### VIOLATION OF THIS NOTICE MAY
### RESULT IN YOUR ARREST

Issued By:
Justin Shea

Address: 5500 Shore Blvd S

City Gulfport   State FL

Expiration: NONE

Cancellation By: _____

Date: _____ Time: _____

Officer CS 615

Filing Name: Nuckolls, Christian A

# TRESPASS WARNING
## GULFPORT POLICE DEPARTMENT
2401 53rd Street South
Gulfport, Florida 33707

Report# GP21-3555  Date 02/23/21

Issued To: Ada Lewis

Race W  Sex F  DOB 03/20/56

DL/ID# L200013566000  State FL

Address: Transient

City _____  State _____

**KIND OR NAME OF ESTABLISHMENT:**

Gulfport Casino

Address 5500 Shore Blvd S
Gulfport, Florida 33707

**NOTICE TO RECIPIENT**
**VIOLATION OF THIS NOTICE MAY**
**RESULT IN YOUR ARREST**

Issued By: Justin Shea

Address: 5500 Shore Blvd S

City Gulfport  State FL

_____

Expiration: _____

Cancellation By: _____

Date: _____  Time: _____

Officer Priest 596

Filing Name: Lewis, Ada (Middle Initial)

---

# TRESPASS WARNING
## GULFPORT POLICE DEPARTMENT
2401 53rd Street South
Gulfport, Florida 33707

Report# GP21-2453  Date 2/6/21

Issued To: Wayne Hoeft

Race W  Sex M  DOB 11/15/64

DL/ID# H130-893-64-415-0  State FL

Address: 6025 Shore Blvd S #410

City Gulfport  State FL

**KIND OR NAME OF ESTABLISHMENT:**

Gulfport Casino

Address 5500 Shore Blvd S
Gulfport, Florida 33707

**NOTICE TO RECIPIENT**
**VIOLATION OF THIS NOTICE MAY**
**RESULT IN YOUR ARREST**

Issued By: Justin Shea
Dustin Shae

Address: 5500 Shore Blvd S

City Gulfport  State FL

_____

Expiration: NONE

Cancellation By: _____

Date: _____  Time: _____

Officer Smith/615 S

Filing Name: Hoeft, Wayne M (Middle Initial)

## TRESPASS WARNING
## GULFPORT POLICE DEPARTMENT
### 2401 53rd Street South
### Gulfport, Florida 33707

Report# GP21-5799  Date 3/27/21

Issued To: David Knoll

Race W   Sex M   DOB 6/19/62

DL/ID# K540165622190   State FL

Address: transient

City Gulfport   State FL

### KIND OR NAME OF ESTABLISHMENT:
Wood Ibis Park

Address 28th + 58th
Gulfport, Florida 33707

### NOTICE TO RECIPIENT
### VIOLATION OF THIS NOTICE MAY RESULT IN YOUR ARREST

Issued By: Johnny Byrd
Gulfport Park + Rec.

Address: 2401 53rd St S

City Gulfport   State FL

Expiration: N/A

Cancellation By: _____

Date: _____   Time: _____

Officer _____

Filing Name: Knoll, David

---

## TRESPASS WARNING
## GULFPORT POLICE DEPARTMENT
### 2401 53rd Street South
### Gulfport, Florida 33707

Report# GP21-3555   Date 02/23/21

Issued To: William Gale

Race W   Sex M   DOB 08/25/59

DL/ID# G400-923-59-305-0   State FL

Address: Transient

City _____   State _____

### KIND OR NAME OF ESTABLISHMENT:
Gulfport Casino

Address 5500 Shore Blvd S
Gulfport, Florida 33707

### NOTICE TO RECIPIENT
### VIOLATION OF THIS NOTICE MAY RESULT IN YOUR ARREST

Issued By: Justin Shea

Address: 5500 Shore Blvd S

City Gulfport   State FL

Expiration: _____

Cancellation By: _____

Date: _____   Time: _____

Officer Priest 596

Filing Name: Gale, William

# TRESPASS WARNING
## GULFPORT POLICE DEPARTMENT
2401 53rd Street South
Gulfport, Florida 33707

Report# GP21-7402  Date 04/21/21

Issued To: MONIQUE

Race W  Sex F  DOB 08/14/64

DL/ID# W630-543-64-794-0  State FL

Address: TRANSIENT

City ST. PETE  State FL

**KIND OR NAME OF ESTABLISHMENT:**
GULFPORT CASINO

Address 5500 SHORE BLVD S
Gulfport, Florida 33707

**NOTICE TO RECIPIENT**
**VIOLATION OF THIS NOTICE MAY**
**RESULT IN YOUR ARREST**

Issued By: JUSTIN SHEA

Address: 5500 SHORE BLVD S

City ST. PETE  State FL

Expiration: INDEF

Cancellation By: _____

Date: _____ Time: _____

Officer OFC MCCALISTER

Filing Name: WARD, MONIQUE CECILE

---

# TRESPASS WARNING
## GULFPORT POLICE DEPARTMENT
2401 53rd Street South
Gulfport, Florida 33707

Report# GP21-7402  Date 04/21/21

Issued To: WILLIAM MUTH

Race W  Sex M  DOB 12/22/71

DL/ID# M300-921-71-462-9  State FL

Address: TRANSIENT

City ST. PETE  State FL

**KIND OR NAME OF ESTABLISHMENT:**
GULFPORT CASINO

Address 5500 SHORE BLVD S
Gulfport, Florida 33707

**NOTICE TO RECIPIENT**
**VIOLATION OF THIS NOTICE MAY**
**RESULT IN YOUR ARREST**

Issued By: JUSTIN SHEA

Address: 5500 SHORE BLVD S

City GULFPORT  State FL

Expiration: INDEF.

Cancellation By: _____

Date: _____ Time: _____

Officer _____

Filing Name: MUTH, WILLIAM A

## TRESPASS WARNING
## GULFPORT POLICE DEPARTMENT
### 2401 53rd Street South
### Gulfport, Florida 33707

Report# GP21-10832 Date 6/11/21

Issued To: Riley Judd

Race W Sex M DOB 8/5/05

DL/ID# _____ State ___

Address: 2660 46th St S

City Gulfport State FL

**KIND OR NAME OF ESTABLISHMENT:**
Gulfport Rec Center

Address 5730 Shore Blvd S
Gulfport, Florida 33707

### NOTICE TO RECIPIENT
### VIOLATION OF THIS NOTICE MAY
### RESULT IN YOUR ARREST

Issued By: Marivel Gutierrez

Address: 5730 Shore Blvd S

City Gulfport State FL

Expiration: NEVER

Cancellation By: _____

Date: _____ Time: _____

Officer Mills

Filing Name: Judd, Riley

---

## TRESPASS WARNING
## GULFPORT POLICE DEPARTMENT
### 2401 53rd Street South
### Gulfport, Florida 33707

Report# GP21-10691 Date 6/9/21

Issued To: Mason Stone

Race W Sex M DOB 1/25/06

DL/ID# No DL State ___

Address: 1326 Robin Rd S.

City Pasadena State FL

**KIND OR NAME OF ESTABLISHMENT:**
Rec center

Address 5730 Shore Blvd S
Gulfport, Florida 33707

### NOTICE TO RECIPIENT
### VIOLATION OF THIS NOTICE MAY
### RESULT IN YOUR ARREST

Issued By: Marivel Gutierrez

Address: 5730 Shore Blvd S.

City Gulfport State FL

Expiration: Never

Cancellation By: _____

Date: _____ Time: _____

Officer Ramos

Filing Name: Stone, Mason R

# TRESPASS WARNING
# GULFPORT POLICE DEPARTMENT
2401 53rd Street South
Gulfport, Florida 33707

Report# GP21-10832  Date 6/11/21

Issued To: Cole Bedard

Race W  Sex M  DOB 4/26/07

DL/ID# N/A  State FL

Address: 2660 46th St S

City Gulfport  State FL

### KIND OR NAME OF ESTABLISHMENT:

Gulfport Rec Center

Address 5730 Shore Blvd S
Gulfport, Florida 33707

### NOTICE TO RECIPIENT
### VIOLATION OF THIS NOTICE MAY RESULT IN YOUR ARREST

Issued By: Marivel Gutierrez

Address: 5730 Shore Blvd S

City Gulfport  State FL

Expiration: NONE

Cancellation By: _____

Date: _____  Time: _____

Officer Smith

Filing Name: Bedard, Cole

---

# TRESPASS WARNING
# GULFPORT POLICE DEPARTMENT
2401 53rd Street South
Gulfport, Florida 33707

Report# GP21-10837  Date 6/11/21

Issued To: Hannah Coles

Race W  Sex F  DOB 10/03/06

DL/ID# ___  State ___

Address: 5220 9th Ave S

City Gulfport  State FL

### KIND OR NAME OF ESTABLISHMENT:

Gulfport Rec Center

Address 5730 Shore Blvd S
Gulfport, Florida 33707

### NOTICE TO RECIPIENT
### VIOLATION OF THIS NOTICE MAY RESULT IN YOUR ARREST

Issued By: Marivel Gutierrez

Address: 5730 Shore Blvd S

City Gulfport  State FL

Expiration: NEVER

Cancellation By: _____

Date: _____  Time: _____

Officer Mills

Filing Name: Coles, Hannah

## TRESPASS WARNING
## GULFPORT POLICE DEPARTMENT
2401 53rd Street South
Gulfport, Florida 33707

Report# GP19-13712  Date 6/26/19

Issued To: RAY RODRIGUEZ

Race W   Sex M   DOB 7/19/59

DL/ID# R362736592590  State FL

Address: 2815 TIFTON

City GULFPORT   State FL

**KIND OR NAME OF ESTABLISHMENT:**

4600 TIFTON DR S
Address: GULFPORT YACHT
Gulfport, Florida 33707

### NOTICE TO RECIPIENT
### VIOLATION OF THIS NOTICE MAY
### RESULT IN YOUR ARREST

Issued By: RICHARD WALTERS

Address: 4600 TIFTON

City GULFPORT   State FL

Expiration: _____

Cancellation By: _____

Date: _____  Time: _____

Officer M. SIGSBEE 613

---

## TRESPASS WARNING
## GULFPORT POLICE DEPARTMENT
2401 53rd Street South
Gulfport, Florida 33707

Report# GP17-20180  Date 9/18/17

Issued To: Raymond Rodriguez

Race W   Sex M   DOB 7/19/59

DL/ID# R362736592590  State FL

Address: 2815 Tifton St S.

City Gulfport   State FL

**KIND OR NAME OF ESTABLISHMENT:**

Address 4625 29th Ave S.
Gulfport, Florida 33707

### NOTICE TO RECIPIENT
### VIOLATION OF THIS NOTICE MAY
### RESULT IN YOUR ARREST

Issued By: Cynthia New

Address: 4625 29th Ave S

City Gulfport   State FL

Expiration: Life per owner

Cancellation By: _____

Date: _____  Time: _____

Officer Ross

Filing Name: Rodriguez, Raymond K

## TRESPASS WARNING
## GULFPORT POLICE DEPARTMENT
2401 53rd Street South
Gulfport, Florida 33707

Report# GP20-20015   Date 9/2/2020

Issued To: Raymond R. Rodriguez

Race W   Sex M   DOB 7/19/59

DL/ID# R362 736 59 2590   State FL

Address: 2815 Tifton st. S

City Gulfport   State FL

### KIND OR NAME OF ESTABLISHMENT:
Gulfport casino / casino Dock

Address 5500 shore Blvd S
Gulfport, Florida 33707

### NOTICE TO RECIPIENT
### VIOLATION OF THIS NOTICE MAY
### RESULT IN YOUR ARREST

Issued By: city Employee
Justin Shen

Address: N/A

City _____ State _____

Expiration: NNCB

Cancellation By: _____

Date: _____ Time: _____

Officer ROSS

---

## TRESPASS WARNING
## GULFPORT POLICE DEPARTMENT
2401 53rd Street South
Gulfport, Florida 33707

Report# GP19-14887   Date 07/11/19

Issued To: Raymond Rodriguez

Race ~~7/19/69~~ White   Sex M   DOB 07/19/69

DL/ID# R362736592590   State FL

Address: 2815 Tifton ST S.

City Gulfport   State FL

### KIND OR NAME OF ESTABLISHMENT:
Gulfport Marina

Address 4630 29TH AVE S.
Gulfport, Florida 33707

### NOTICE TO RECIPIENT
### VIOLATION OF THIS NOTICE MAY
### RESULT IN YOUR ARREST

Issued By:
Denis Fran

Address: 4630 29TH AVE S

City Gulfport   State FL

Expiration: INDEF

Cancellation By: _____

Date: _____ Time: _____

Officer B. Dillard #624

Filing Name: RODRIGUEZ, RAYMOND K    Last First Middle Initial

# GULFPORT POLICE DEPARTMENT

## TRESPASS WARNING

Name: **RAYMOND RODRIGUEZ**

Notice: This notice serves as lawful warning in accordance with 810.08 Florida Statutes that you are not permitted to be upon the property identified below. Violation of the notice may result in your arrest.

### LOCATION

Name of location: **GULFPORT CITY HALL**

Address: **2401 53RD ST S**

### ISSUED BY

Name: **JIM O'REILLY**

☐ OWNER ☐ LESSEE ☑ MANAGER
☐ OTHER (SPECIFY) **CITY MANAGER**

Expiration date: **NEVER**

### NOTICED SERVED

Officer name/ID#: **JSTOWERS 637**

Date: **08/16/2022**  Report #: **GP22-13110**

### APPEAL

Trespass warnings issued for city property may be appealed to the City Manager's office, 727-893-1009.