UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JESSE LEE,

    Plaintiff,

v.                      Case No. 8:23-cv-2996-VMC-AEP

CITY OF GULFPORT and
JAMES O'REILLY,

    Defendants.
_____/

**ORDER**

This matter is before the Court on consideration of the Court's November 13, 2025 Order pursuant to Federal Rule of Civil Procedure 56(f) directing the parties to file responses regarding Defendants' entitlement to summary judgment on Counts X and XI (Doc. # 123), Defendants City of Gulfport and James O'Reilly's Joint Motion in Limine (Doc. # 115), and Plaintiff Jesse Lee's Motion in Limine (Doc. # 116). Defendants responded to the Court's Order on November 18, 2025 (Doc. # 125), and Mr. Lee responded on November 20, 2025. (Doc. # 126). For the reasons that follow, summary judgment is granted in favor of Defendants on Counts X and XI, and the Motions in Limine are denied as moot.

Counts X and XI, which seek declaratory and injunctive relief regarding Gulfport's trespass policy, are not stand-alone claims. Pauley v. M&T Bank, No. 8:25-cv-2429-TPB-AEP,

1

2025 WL 2624519, at *2 (M.D. Fla. Sept. 11, 2025); see also Alabama v. U.S. Army Corps of Eng'rs, 424 F.3d 1117, 1127 (11th Cir. 2005) ("An injunction is a remedy potentially available only after a plaintiff can make a showing that some independent legal right is being infringed — if the plaintiff's rights have not been violated, he is not entitled to any relief, injunctive or otherwise." (citation and internal quotation marks omitted)). In any event, in light of the Court's ruling on the parties' Motions for Summary Judgment that Gulfport's trespass policy did not violate Mr. Lee's due process rights (Doc. # 122), Defendants and Mr. Lee agree that Defendants are entitled to summary judgment on Counts X and XI. (Doc. ## 125, 126). Therefore, Defendants are granted summary judgment on Count X and XI.

The parties' Motions in Limine are denied as moot considering the Court's rulings granting summary judgment to Defendants.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Summary judgment in favor of Defendants City of Gulfport and James O'Reilly is granted on Counts X and XI.

(2) Defendants City of Gulfport and James O'Reilly's Joint Motion in Limine (Doc. #115) is **DENIED** as moot.

2

(3) Plaintiff Jesse Lee's Motion in Limine (Doc. # 116) is **DENIED** as moot.

(4) The Clerk is directed to enter judgment in favor of Defendants City of Gulfport and James O'Reilly and against Plaintiff Jesse Lee.

(5) Thereafter, the Clerk is directed to cancel the trial scheduled for December 2025, terminate all deadlines, and **CLOSE** this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 4th day of December, 2025.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE